CA 04 380 T

# United States District Court
# For The State Of Rhode Island

Oliver Lyons
vs
Ashbel T Wall Etal
Walter Whitman
James Weeden
Michael Reynolds
Cudworth

42 U.S.C." 1983
Civil Action
ca no ______________

## Complaint

**Brass**
Capt Anderson
Capt Headen
Capt Reedy
Capt Clancy
LT Yakey
LT Doyle
LT Patnaude
LT Knight
LT Berg
LT Wells

**Investigators**
Lopez
Langlois
Mallet
Aldrich
Begones

**Medical staff**
Dr. Allen MD
Dr Motola M.D
Dr Bauermiester psychiatrist
Dr. Greer psychiatrist
Dr. Frederic Fredman
Head of psychiatry
R N Cheryl Bailey
R N Greydus
R N Fogarty
Social work Chris Hebert

Correctional officers

Dennett
Duarte
Vialante
Manning
Klaus
Di Mezza
Tundis
Rafferty
Klaus
Gannon
Henry
Oliver
Souza
Worden
Daniels
Stephanopolis
Laskey
Tierney

renshaw
Mc Nulty
Magnum

Detective State Police

Daugherty
Avant

Prisoner

Randy De Mello

Marshal Mike

LT Jankowski

Counselor

Tony Amaral

Classification Board

Mr. Sullivan
Tony Amaral

Lyons V Wall Etal Complaint

Jurisdiction

This Court has lawful Jurisdiction over This legal action Pursuant to section 42 USC 1983

This Complaint also invokes the Pendant Jurisdiction of this court

Parties

The Plaintiff Oliver Lyons, is a 54 year old white male State Prisoner in the custody of Defendant Officials and is serving a sentence of 5 years 9 months that he received via Rhode Island Superior court on or about the 16th day of May 2000 at a Violation hearing.

He the Plaintiff received all his probation to serve.

The Plaintiffs probation was for an allegation he had sold some of his perscription medication.

One year later the Plaintiff was found not guilty by a jury of his peers of assault with a dangerous weapon his hands, failure to relinquish a telephone, and also simple assault

LYONS V WALL ETAL COMPLAINT

THIS IS A CIVIL ACTION LAWSUIT BEING BROUGHT AND FILED BY THE PLAINTIFF PRO-SE OLIVER LYONS, A RHODE ISLAND STATE PRISONER, IN THE CUSTODY AND CHARE OF DEFENDANT OFFICIAL(S) WALL ET. AL.

PURSUANT TO U.S.C 42 1983 THE PLAINTIFF ALLEGES THE VIOLATION AND ABRIDGEMENT OF CONSTITUTIONALLY PROTECTED RIGHT(S) UNDER THE 6TH AND 8TH AMENDMENT, VIZ. THE RIGHT TO DUE PROCESS OF LAW. AND THE RIGHT TO BE PROTECTED FROM CRUEL AND UNUSUAL PUNISHMENT.

THE PLAINT. ALSO SEEKS THE RIGHT TO A JURY TRIAL ON DEMAND, A DECLARATORY JUDGMENT THAT HOLDS DEF. OFFICIALS RESPONSIBLE FOR THEIR WRONGFUL MIS-CONDUCT AND ACTIONS. MONETARY DAMA-GES. AND INJUNCTIVE RELIEF.

LYONS V WALL ETAL COMPLAINT

PARTIES

COMPLAINT HAS BEEN IN THE LAWFUL CUSTODY OF DEF. OFFICIALS AND THEIR AGENTS. VIZ. WALL ETAL.

DEFENDANTS

THE DEF. OFFICIALS WALL, WHITMAN, WEEDEN, AND REYNOLDS ARE BEING SUED IN BOTH THEIR INDIVIDUAL AS WELL OFFICIAL CAPACITY; VIZ ON THE THEORY OF RESPONDEAT SUPERIOR.

THE DEFENDANTS ANDERSON, YAKEY, PATNAUDE, DIMEZZA, DENNETT, DUARTE, VIALANTE, Healey, LEDUC, SOUZA, OLIVER, ZINNINI, BAILEY, CLANCY, RAFFERTY, AND CURTIS; [redacted] MAKE UP THE RANK AND FILE CUSTODY STAFF, AND AS SUCH, ARE BEING SUED IN BOTH THEIR INDIVIDUAL AND OFFICIAL CAPACITIES AS WELL.

AT ALL TIMES MATERIAL AND RELEVANT TO THE FACTS ALLEGED IN THIS COMPLAINT HAVE DEF. OFFICIALS, AND THEIR AGENTS, ACTED UNDER COLOR OF R.I. G.L. STATE LAW.

LYONS V WALL ETAL COMPLAINT

## FACTS AND TRAVEL OF CASE

#1

## FACTS AND TRAVEL OF CASE

NOVEMBER 3RD 2001, WHILED HOUSED AT HIGH SECURITY IN THE E BLOCK SEG AREA I ASK DEF. DENNETT THE BLOCK OFFICER FOR A WRITING PEN REPEATEDLY AND HE IGNORES ME AND DENIES MY REQUEST

I STATE TO HIM, DENNETT, THAT SINCE HE HAS A PROBLEM DOING HIS JOB THAT I WANT TO SEE THE BRASS (AREA SUPERVISOR) APPROX ABOUT AN HOUR LATER THE AREA SUPERVISOR DEF. PATNAUDE SHOWS UP IN BLOCK AREA COMES OVER TO MY ASSIGNED CELL AREA. AND SAYS WE ARE GOING TO KICK YOUR ASS, HE THEN ORDERS THE CONTROL CENTER OFFICER TO OPEN MY CELL DOOR. AND THEN ALONG WITH DEF. DENNETT AND DEF. TIERNEY GRABS ME BY THE THROAT AND PUSHES ME UP AGAINST THE WALL, WHILE DENNETT AND TIERNEY GRAB ME BY THE ARM AND LEG AND THROW ME DOWN ONTO CELL FLOOR

# FACTS AND TRAVEL OF CASE

I AM NOT HAND CUFFED AS THIS ASSAULT UPON MY PERSON IS BEING COMMITTED AND I AM DEF INITELY NOT RESISTING

DENNETT, WHO HAS HOLD OF MY LEG, AS PATNA-UDE CONTINUES TO APPLY CHOKE HOLD TO ME AND TIERNY PLACES HIS KNEE TO MY CHEST, STATES IM GOING TO BREAK HIS FUCKING LEG. HE, DENNETT, CONTINUES TO APPLY PRES-SURE TO MY LEG UNTIL IT MAKES A LOUD CRACKING SOUND, AND I AM HOLLERING OUT AND SCREAMING IN PAIN THEN THEY ALL LEAVE IN EXITING OUT OF MY CELL AREA, LEAVING ME ON THE FLOOR WRITHING IN PAIN.

ABOUT A HALF HOUR LATER PATNAUDE RETURNS COMES TO MY CELL AND SAYS THAT HE WILL HAVE ME ESCORTED TO SEE NURSE, IF I AGREE TO SAY THAT I HURT MY LEG BY KIC KING ON THE CELL DOOR. I AGREE TO SAY THAT JUST TO GET TO THE PRISON INFI RMARY TO SEE NURSE BUT ONCE THERE TELL NURSE RN GREYDUS THAT I HAVE

#3

## FACTS AND TRAVEL OF CASE

JUST BEEN ASSLT. BY PATNAUDE ETAL. PATNAUDE SLAPS ME IN FRONT OF RN GREYDUS FOR SAYING THIS

RN. GREYDUS HAS ME TRANSPORTED AND SENT OUT TO OUTSIDE HOSPITAL FACILITY STATE CARE EMERGENCY CNT. WHERE I AM TREATED FOR MULTIPLE ABRASIONS TO KNEES AND FORE ARM THE FOLLOWING DAY NOV 4TH 2001, I AM SENT BACK TO STATE CARE TO HAVE MY KNEE DRAINED A MRI IS ALSO PERFORMED ON NOV 14TH REVEALING THAT I HAVE 3 TORN LIG-AMENTS

IN AN ATTEMPT TO COVER UP THEIR MIS CONDUCT AND ASSAULT AGAINT MY PER SON I AM BOOKED AND CHARGED WITH IN THE INST. WITH ASSAULT ON THE 3 GUARDS AND RESISTING THE HIGH SECURITY DISCIPLINARY BOARD FINDS ME GUILTY AND THE BOOKING UPHELD BY DEF. WEEDEN ON APPEAL

## FACTS AND TRAVEL OF CASE

DECEMBER 17TH, 2001, I AM AGAIN PHYSICALLY ASSLT. BY DEFENDANTS DIMEZZA, DUARTE, LEDUC, AND YAKEY, THEIR COMMAND SUPERVISOR. AFTER FIRST BEING SET UP OUT ON THE OUT DOOR REC YARD AREA - WHEN I AM PUT IN A REC CAGE WITH ANOTHER PRISONER, EVEN THOUGH THE REC YARD CO. DEF. LEDUC - KNOWS THAT I AM ON SIN GLE REC STATUS, MEANING THAT I AM SUPPOSE TO REC. ALONE BY MYSELF

ONCE IN THE REC CAGE I AM ATTACKED IMMED IATELY BY PRISONER RANDY DEMELLO AND CO.S RESPONDING TO SECURITY CODE VIZ DIMEZZA, DUARTE, LEDUC ETAL ENTER CAGE THROW ME TO GROUND AND KICK AND PUNCH ME TO HEAD FACE AND BACK AS YAKEY LOOKS ON. DEMELLO IS NO TOUCHED, ONLY HANDCUFFED AND ESCORTED TO HOSPITAL IN FIRMARY I AM HANDCUFFED AND BEA TEN ON ALL THE TO HOSPITAL INFIRMY AND AGAIN HAVE TO BE SENT OUT TO STATE CARE EMERGENCY MEDICAL CNT MEDICAL RECORDS AND X RAYS TAKEN SHOW THAT I SUSTAINED FRACTURED RIBS.

#5

## FACTS AND TRAVEL OF CASE

DEMELLO ALSO LATER ADMITTS TO ME THAT DEF. DIMEZZA, DUARTE, DENNETT, ETALS. PUT HIM UP TO ATTACKING AND STARTING A FIGHT WITH ME OUT ON REC YARD SO THAT THEY COULD BEAT UP ON ME

AUGUST 28TH 2002. DEFENDANTS ANDERSON THE SHIFT COMMANDER, DENNETT, AND A UN KNOWN CO. ENTER MY CELL IN THE E BLOCK SEG HOUSING UNIT AFTER A CODE BLUE IS CALLED SAYING THAT I WAS SUICIDAL - AND AGAIN I AM PHYSICALLY BEATEN UP AND ASSAULTED

X RAYS ARE NOT CONCLUSIVE SO PRISON DOCTORS ORDER MRI. TO BE TAKEN. HOW- EVER, I AM NEVER SENT OUT TO HAVE MRI PERFORMED I AM ALSO ONCE AGAIN BOOKED FOR ASSAULT AND SUBSEQUENTLY FOUND GUILTY VIA. DISCIPLINARY BOARD. DEF. WEEDEN, WHITMAN, WALL UPHOLD BOARDS DECISION ON MY APP EAL

✓6

FACTS AND TRAVEL OF CASE

DECEMBER 30, 2002, WHILE IN MY CELL E 6 IN E BLOCK SEG AREA DEF DIMEZZA ORDERS ME TO CUFF UP (BE HANDCUFFED) I COMPLY WITH HIS ORDER AND HE THEN INSTRUCTS CONTROL CENTER CO. WORKING THE BLOCK WITH HIM TO OPEN MY CELL DOOR AND IMMEDIATELY BEGANS TO ATTACK AND ASSAULT ME. WITH MY HANDS CUFFED BEHIND MY BACK I AM DEFENSELESS AND IN NO POSITION WHATSOEVER TO RESIST OR PUT UP A DEFENSE

I HAVE BEEN BEATEN UP QUITE BADLY BY DIMEZZA ON THIS DATE AND COMPLAIN TO NURSE RN GREYDUS THAT IN ADDITION TO THE OBVIOUS CUTS AND BRUISES THAT I HAVE AT THE TIME- THAT I AM HAVING DIFFICULTY BREATHING, COUGHING UP BLOOD AND HAVE BLOOD IN MY URINE RN. GREYDUS TELLS ME THAT SHE HAS BEEN GIVEN ORDERS THAT I AM NOT TO BE SENT OUT TO OUTSIDE HOSPITAL, SHE DOES NOT SAY FROM WHOM THOUGH THAT SHE RECIEVED SAID ORDERS NOT TO SEND ME TO OUT SIDE HOSPITAL.

## FACTS AND TRAVEL OF CASE

AGAIN, I AM BOOKED FOR ASSAULT ON DIMEZZA'S PERSON IN SPITE OF HAVING BEEN HAND CUFFED WITH HANDS BEHIND MY BACK THE ENTIRE TIME OF INCIDENT AS IT TOOK PLACE

ON JANUARY 3RD 2003. ONE LT LANGLOIS 3RD SHIFT SUPERVISOR AFTER WITNESSING THE INJURIES I SUSTAINED. HAD ME SENT OVER TO INTAKE PRISON HOSPITAL TO BE MEDICALLY CHECKED OUT WHEREIN X RAYS SHOWED A FRACTURE TO MY 10TH RIB; AND A PIECE OF RIB BROKEN OFF ON MY RIGHT SIDE

THE NEXT DAY JAN. 4TH 2003 AN UNKNOWN MALE NURSE TOLD ME THAT TEST RESULTS SHOWED THAT I WAS IN FACT BLEEDING INTERNALLY. BUT THAT DR MOTOLA TOLD NURSING STAFF AT HSC NOT TO TELL ME - BECAUSE HE WAS UNDER ORDERS NOT TO SEND ME TO OUTSIDE HOSPITAL. THE SAME THING AN GREYDUS STATED TO ME BACK ON AUG. 28TH 2002

## FACTS AND TRAVEL OF CASE

ONE INTERNAL AFFAIRS DIVISION FOR THE DOC VIZ. INSPECTOR LOPEZ IN SPEAKING TO ME AND LOOKING INTO INCIDENT WHERE I WAS ASSAULTED TOOK PICTURES OF MY INJURIES, AND ASKED ME DID YOU SAY SOMETHING UGLY ABOUT DIMEZZA'S WIFE? TO WHICH I DIDNT EVEN BOTHER TO RESPOND

IT SHOULD ALSO BE NOTED, THAT ON NUMEROUS OCCASIONS, WHEN ever I APPEARED IN STATE SUPERIOR COURT THAT I ATTEMPTED TO MAKE WHOEVER THE JUDGE WAS THAT I WAS APPEARING BEFORE- AWARE OF THE FACT THAT I WAS BEING PHYSICALLY ABUSED BY THE CUSTODY STAFF AT HIGH SECURITY ON AN ALMOST DAILY REGULAR BASIS, AND LITERALLY FEARED FOR MY PERSONAL PHYSICAL SAFETY.

Facts and Travel of the case

Superior Court Justice's Dimitri in November 2000 and Justice Procaccini in or about January 8, 2003 issued Protective orders to the Rhode Island Department of Corrections. These orders were ignored by the D.O.C. and incredibly Justice Procaccini lifted the order on January 14, 2003. Why?

Due to the constant physical abuse that I am being subjected to by High Security staff Defendant Weeden and Deputy Warden order me to other blocks but this does nothing whatsoever because I'm still exposed to the same officers who continuely beat and abuse me.

They refuse to put me in a Protective custody block.

I must mention I was moved to Medium Security on July 9, 2002 and returned one week later to High Security.

Why was I moved.

On May 13, 2003 in D block High Security I was assaulted by officer Violante and inmate John Dania who poured two gallons of bleach through my trap of my cell door.

Facts and Travel of the case.

My eyes were burning and I was screaming because I couldn't breathe.
They had turned off my water and toilet for weeks.
I used blankets, sheets, clothes, and stuffing from my mattress to try to soak up the bleach.
The nurse at 3 30 pm Bailey ignored my plea's for help as did officer McNulty
When officer McNulty came to open my trap for feeding time I attempted to push out bleach soaked sheets, blankets, clothes and keep the trap open to get air!
This is all on film.
Then officers McNulty and Humphey get in a tug of war and pull out the bleach soaked items and shut the trap.
CO McNulty claims he hurt his arm and shoulder and I am charged with assault.
They read me my Miranda rights and find me guilty at the Discipline Board.
But I am not State charged because of what investigators witness on the film.

Fact and Travel of the case.

After CO Mc Nulty and Humphey shut the trap I attempt to break the cell window with my food tray.

About two hours later Captain Headen removes me from the cell and take me to the nurse and I'm put in a cell in back of the hospital and given a shower, my eyes are flushed and drinking water.

My uniform is covered in bleach and I ask Captain Headen to save the uniform sheets blanket and other bleach soaked items but she doesn't nor does she contact investigator nor take pictures.

She said I will make out a report.

There is a camera in the cell but they operate it and turn it on and off.

I was then moved to E block cell 12 and given clean clothes sheets, blankets towel and cream for my burns.

I am also giving drinking water and my toilet is turned on.

Facts and Travel of the case

On May 15 03 I am assaulted by CO Duarte CO Vialante and LT Patnaude.

This is at the Disciplinary Board when they show the film and to everyones surprise they didn't edit the film enough.

I jump up and say see Tony Tony is a counselor they ~~they~~ poured bleach in my cell and then they put a shield and sand bags in front of my cell.

This is when they attack me while sitting in a chair cuffed behind my back with shackles on my legs.

I am beaten until Captain Anderson puts a stop to it and escorts me back to my cell now in F2 CO Duartes block.

CO Duarte and CO Violante are brother inlaws and good friends of CO Meleo.

CO Meleo and his father sexually abused their niece and granddaughter and I was go to Testify in Family Court.

Facts and Travel of the case.

I also dated and lived with CO Meleo's mother and ended the relationship when I found out she had known of her son CO Meleo sexually abusing the child. A special needs child on who's behalf I went before her teacher's Principal and head of the Special Ed Department with a State Mediator in North Providence.

On or about June 11, 03 while housed in cell F2 I am told by CO Duarte Lyons you are not getting a shower or recreation because you are locked in and fed until seen by the board.

I had 4 bookings the day before by CO Gracie and CO Duarte

I had complained to Deputy Warden Reynolds, Warden Weeden, Captain Anderson and Captain Headen that I wasn't getting showers or rec and I was being booked and told if I left the cell I would be assaulted

I have been treated 4 times for scabies and body lice!

Facts and Travel of the case

After being told by CO Duarte on June 11 2003 that I was getting a shower or recreation he returns to my cell and says to me "Lyons do you want a shower or recreation" and I said No because I know I was locked in until seen by the Disciplinary board plus CO Duarte had told me ½ before I wasn't getting a shower or rec. So I believe he is setting me up and I was right.

Captain Anderson was standing out of sight and when I refused he rushed to my cell and said You are a liar you just refused a shower and recreation.

Captain Anderson said "cuff up now" and I said What for what did I do? and he said "good you refuse to cuff up now I will extract your ass"

Defendant Vakey then showed up at my cell approx 15 minutes later with pepper gas and two extraction team members and orders the control center to open my cell door

Facts and Travel of the case

and ordered me to lie on the floor with my hands behind my back.

I fully complyed with his orders

LT Yakey then gets on the radio and tells Captain Anderson, Lyons is on the floor with his hands behind his back.

Before Yakey could give the order to have me cuffed Defendant LT Patnaude told Yakey to close the cell door saying "we need to talk"

Then they promptly left the block together leaving me alone on the floor until they returned with a full extraction team. The extraction team is 6 member with an officer with a camcorder

While I was on the cell floor with my hands behind my back the extraction team entered and punched and kicked me in the face. before handcuffs were applyed.

I was physically removed from my cell and taken in handcuffs and shackles to the back of the hospital and where my beating continued in a cell with a camera in it.

Facts and Travel of the case

I was film seeing nurse Greydus who said He must be taken to Rhode Island right away.

CO Violante was showing other officers my injuries and saying look at his fucking head and eyes.

Upon arriving at the Emergency room I was rushed into Trauma 1 unit and given morphine and had a brace put on my neck and machine were over me.

The doctors suspected my neck was fractured and X Rays showed multiple fractures to my face and a large abrasion to my left eye cornea where CO Violante attempted to pull it out.

The doctors also suspected bone fragments behind my right eye.

CO Violante repeatedly kept putting his thumb in my left eye and pulling.

I was seen by Inspector Lopez who had taken photos and said he would view the two films and get back to me.

Attorney's Dilibero and Donley said there isn't any extraction tape or other film. Why?

Facts and Travel of the case

They said my injuries were self-inflicted. This is incredible and laughable. I was booked once for self injurious behavior and the charge dismissed. All the beatings and very serious injuries where I have suffered very life threatening injuries (fractured ribs three times, internal bleeding) never once have I ever been booked and charged with self mutilation never once where I have been repeatedly assaulted. Because I've always been cuffed behind my back and then charged with assault, attempted assault, escape or attempted escape. 25 Times in all and never state charged quite incredible to say the least.

On July 9 2003 I was told by Deputy Warden Reynolds my life was in danger and I was being sent to Medium I once again. I didn't recieve one disciplinie booking from any CO at Medium

Facts and Travel of the case

On August 14, 2003 while at Medium Security a State Marshal named Mike I don't know his last name he is about 6"2 and black and wgt about 230 and at one time he worked for the D.O.C. at High Security.

He told me when I was ready for court that I better keep my mouth shut about went went on at High Security."

I said "The cowards will pay in a court of law for what has been done to me."

I said "Don't threaten me because it doesn't work"

He then uncuffs me and said "follow me thats an order"

When we got around a corner and in the corridor the Marshal threw me against the wall and said "Hit me" "Hit me" I said No thats what you want me to do

Three CO's were watching at this time.

Marshal Mike then pushed me into a cell and threw me down on a steel bunk and banging

Facts and Travel of the case.

my head against the wall causing a very large lump on the back of my head and making me dizzy.

The three CO's were standing in the doorway while Marshal Mike continued to verbally threaten me. He the said to the 3 CO's "His court is canceled"

The 3 officers escorted me back to my cell.

Then LT. Jankowski came to my cell and said My officers said they didn't see anything or hear anything and you are making it up and you self-inflicted."

One of the CO's who was present named Mitchell was standing in my cell and I said "you and the other officers are the liars.

Then LT. Jankouki sees the lump on my head and said "Oh Christ" I'll get the nurse.

I told the nurse what happened and she treats my injury.

Facts and Travel of the case

I find out later in the medical records the nurse puts done in her notes, Inmate Lyons was assaulted on his way to court by another inmate. That night on August 14, 2003 a correctional officer came to my cell and told me Lyons I know you were assaulted by the Marshal today and the officers are liars". "There is a camera in the cell you were assaulted in and the film is digital and they can't get rid of it" The State Police now has that film and it shows the Marshal pushing me and throwing me and verbally threatening me and the 3 officers are watching in the doorway. LT Jankouski came to my cell and said if you report this you are going back to High Security. I wrote Director A T Wall on August 17, 2003 and was returned to High Security on August 19, 2003

Facts and Travel of the case

On August 19 2003 I am returned to High Security and I tell the nurse I am Suicidal so I will be sent to the psych unit at Intake hospital so High Security staff can't beat me

I am escorted to Intake by officers Zinnini Leduc and another CO While I am cuffed and shackled they repeatedly kick me in the elevator.

The next Day August 20 2003 when appearing in Providence District Court before Justice De Robbio for court fines.

I never go up before Justice De Robbio but he orders Marshals to take pictures of 4 large bruises to my legs crotch area and back of legs.

I was denied medical attention until they found out pictures were taken in court.

My State appointed Attorney Donley is contacted and doesn't do anything.

Facts and Travel of the case

On September 3, 2003 I speak to the State Police about the assault at Medium Security.

When I am brought back up stairs to the Intake psych unit

Captain Clancy orders I be put in 3 point restraints on a steel bunk without a mattress.

CO Rafferty and CO Tundis 3 point me by cuffing my hands and feet.

Captain Clancy then enters the cell and sprays my entire body while I am defense less and not a threat to anyone.

CO's Rafferty and Tundis are present and watching.

They leave me screaming and covered in gas.

½ hour later, Captain Clancy returns with a booking for spitting and says "If you report this I will State charge you with assault with body fluids."

Facts and Travel of the case

I am left covered in gas and 3 point restraints from 1pm until about 8pm when LT Berg gives me a shower to remove the gas and clean my cell.

Seven CO's LT Berg and two nurses witnessed me covered in gas.

One of the nurse's was the same nurse who lied and said the CO's told her to say an inmate assaulted me on August 14, 2003.

Until September 23, 03 I am held under suicide watch and suffer severe depression and anxiety and I am constantly in fear for my life.

The constant beatings and abuse and pain are taking their toll on me and Dr Greer and Dr Bauermeister said they would get me help but don't do anything at all.

"I tell them if I go back to High Security I will cut my wrists."

Facts and Travel of my case

On September 23, 03 Dr. Bauermeister tells me if we put you in a safe cell here at Intake will you be released and I said only if you promise I won't go back to High Security. He said "You will stay here" I said Okay

I was put in a Segregation cell at Intake until October 7, 03 when Captain Reedy said "You are going back to High Security and if you say you are suicidal they are putting you in a cell in back of the hospital.

When I got to High Security I said I'm suicidal and was put in the cell with a camera in it.

On October 10, 2003 Dr. Frederic Friedman releases me from suicide watch without speaking to me.

I am returned to F2 despite saying I will cut my wrists.

I bite into my Right wrist causing a large cut and CO Henry and CO Souza tell me to get

Facts and Travel of the case

a good artery.
The CO's watch me bleed for over two hours and go off shift.
At 3 30 pm nurse Cheryl Bailey sees me and orders me to be taken out of the cell and CO's refuse until the Captain orders it.
nurse Bailey's notes read.
Inmate Lyons is covered in blood from his nose to his toes and there is blood everywhere.
Despite this Dr. Friedman and Social worker Chris Hebert say not to put me on suicide watch or psych observation that I am bluffing.
I am then put in the cell in back of the hospital with only a suicide blanket and 3 shifts of officers are paid to watch me with a bright light on 24 hours aday
They say I am on below minimum standards.
On October 17 03 on film I cut my wrist with a broken Toothbrush.

Facts and Travel of the case.
Dr. Bauermiester is contacted and he tells the nurse we will come up with a program.
Dr. Friedman still doesn't get me any help and keeps me below minimum standards.
I cut my wrist again on Oct 24, 03
On November 18, 03 I am moved to F block cell two.
A razor is put in my cell and CO Henry leaves at 3 pm.
At 3 30 pm I show nurse Bailey the razor and she gets Captain Headen who can't believe it and says she is making out a report.
For 44 days I was in back of the hospital in very frigid weather and a cold cell with only a suicide jacket.
On December 8 2003
I am assaulted while cuffed behind my back by CO Oliver who is 6 3 340 lbs
I am 5 9 165 lbs
I am booked and found guilty

Facts and Travel of the case of assault.

On February 26, 04
Plaint is assaulted while cuffed behind his back and be escorted by CO Duarte and CO Violante.
I am thrown up against a window frame severely cutting my head while bleeding CO Violante and CO Duarte drag me to a metal detector.
They then grab me by the throat and put me in a cage outside bleeding and leave me without medical attention.
I am then taken to the nurse and put in the cell with a camera behind the hospital and the nurse says I must go to Rhode Island hospital for stitches.
I said to Captain Anderson I am not going to the hospital with CO Di Mezza and CO Llaus who have repeatedly beaten me in the past.

Facts and Travel of the case

While I lay on the bunk in back of the hospital in a cell with a camera all of a sudden the cell door opens and in rushes an extraction team lead by CO DiMezza and CO Klaus. I am beaten down the corridor and in a van and taken to Intake hospital where Dr. Allen the Medical Director says I must go to R I hospital with the same CO's who assaulted me.

I refuse and Dr. Allen stitches me there.

On February 22 04 CO DiMezza and CO LeDuc and CO Trinidad enter my cell and again assault me and I attempt to defend myself.

Back at High Security I am refused medical care.

I was repeatedly kicked in the ribs by CO DiMezza

Facts and Travel of the case

Plaintiff further alleges and contends that in addition to numerous physical beatings and assaults that Defendant officials have subjected him to that he has also been made to endure emotional and psychological pain and suffering via Defendants and their agents

As they have knowingly and willfully allowed the Plaintiff to be physically and psychologically abused in the following ways.

Denied recreation, showers, and meals spit in his food, destroyed personal property and mail and withheld legal mail and blocked Plaintiffs access to the courts and put the Plaintiff in fear of being further abused and perhaps even killed by reckless, malicious wanton actions of Defendant officials and their agents perpertrated against the Plaintiff.

Facts and Travel of the case

The sheer rapidity and number of incidents chronicled, I don't list 3 assaults because I believe the statute of limitations might not allow, here by the Plaintiff with regard to the alleged facts of the assaults committed upon my person and overall abuse that I have been subjected to Via Defendants here in my complaint demonstratively shows in and of itself a long standing and continuous pattern of physical and psychological abuse that has been knowingly, wantonly willfully and maliciously inflicted upon the Plaintiff by the Defendants and their agents

Where upon taken together as a whole Plaintiff would argue that the constant physical abuse, assaults, upon his person resulting in injuries on numerous occasions psychological torment and attempts on the part of Def Officials to cover up their wrong doing

Facts and Travel of the case

by booking the Plaintiff for assaults, attempted assaults, escape, attempted escape clearly shows that the Plaintiff constitutional rights under the 6th and 8th Amendments of the United States Constitution have been violated in some of the most egregious ways imaginable

## Claims

1st cause of action

The Plaintiff states and asserts that Defendant Officials Wall Etal Violated the 8th Amendments Prohibition against cruel and unusual punishment by subjecting him to a constant barrage of physical assaults and excessive use of force against his person knowingly willfully and with malicious intent to cause physical harm, as well as emotional pain and suffering to the Plaintiff psyche as stated, outlined and enumerated in the facts and travel of this complaint in pages one 1 through 31.

## Legal Arguments

The cruel and unusual punishment clause was designed to protect those convicted of crimes, and can limit the type of punishment that is imposed

Ingraham v Wright 430 U.S. 651 664 97 SCT 1401, 1408 1977

# CLAIMS

## 1ST CAUSE OF ACTION

### LEGAL ARGUMENTS

AFTER AN INDIVIDUAL IS INCARCERATED, ONLY THE THE UNNECESSARY AND WANTON INFLICTION OF PAIN CAN CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT. WHITELY V ALBERS 475 U.S. 312. 318 319 106 S CT. 1078. 1083-1084

THE TREATMENT A PRISONER RECEIVES IN PRISON; AND THE CONDITIONS UNDER WHICH HE IS CONFINED; ARE SUBJECT TO SCRUNITY UNDER THE 8TH AMENDMENT; HELLING V MCKINNEY 509 U.S. 25. 31 113, S. CT 2475, 2480 (1993)., WHEN PRISON OFFICIAL(S) INTENTIONALLY PLACE PRISONERS IN DANGEROUS SURROUNDINGS... WHEN THEY ARE DELIBERATELY INDIFFERENT EITHER TO PRISONER(S) HEALTH OR SAFETY; THEY VIOLATE THE CONSTITUTION. CORTES-QUINONES V JIMENEZ-NETTLESHIP. 842 F. 2D 556. 558 (1 ST CIRCUT 1988).

## CLAIMS

1ST CAUSE OF ACTION

LEGAL ARGUMENT

SEE ALSO; FARMER V BRENNAN 511 U.S. SUPREME COURT 825, 833-35, 114 S.CT. 1970, 1977 (1994), HOLDING A PRISON OFFICIAL IS DELIBERATELY INDIFFERENT WHEN THE OFFICIAL KNOWS OF; YET, DISREGARDS AN EXCESSIVE RISK TO PRISONERS HEALTH OR SAFETY.

2ND CAUSE OF ACTION

THE PLAINT. STATES AND ASSERTS THAT DEF. OFFICIALS WALL ETAL. VIOLATED THE 14TH AMENDMENT PROHIBITION AGAINST VIOLATING PLAINT. DUE PROCESS RIGHTS UNDER THE LAW BY SUBJECTING HIM TO AN UNFAIR AND ARBITRARY DISCIPLINARY PROCESS,- CALCULATED TO STRIP PLAINT. OF HIS GOOD TIME EARNINGS; AND CONSEQUENTLY PROLONG AND LENGHTEN PLAINT. SENTENCE - VIA. THE DEF. OFFICIALS RETALIATORY ACTIONS AIMED AT PUNISHING THE PLAINT. IN SAID ARBITRARY MANNER.- IE. UNWARRANTED AND FALSELY REPORTED DISCIPLINARY WRITE UPS, INFRACTIONS, PRISON RULE VIOLATIONS, EUPHEMISTICALLY REFERRED TO BY RIDOC. AS BOOKINGS. CREATING IN EFFECT AN ATYPICAL —

## CLAIMS

2ND CAUSE OF ACTION DUE PROCESS,

## LEGAL ARGUMENT

[redacted]

AN SIGNIFICANT HARDSHIP - AS A RESULT AND CONSEQUENCE OF SAID STATED FACTS ALLEGED HERE IN THE PLAINT. COMPLAINT UNDER FACTS AND TRAVEL OF CASE, AS ENUMERATED, OUTLINED, AND STATED IN PARAGRAPHS *page 1* THRU *page 31*

FOR DEFENDANT OFFICIALS TO BE HELD IN VIOLATION OF PLAINTIFFS DUE PROCESS RIGHTS - THEY MUST HAVE FIRST SUBJECTED HIM TO AN ATYPICAL AND SIGNIFICANT HARDSHIP.... IN RELATION TO THE ORDINARY INCIDENTS OF PRISON LIFE. SANDIN V CONNER US SUPREME COURT 515 US 472, 484 (1995) AS THE STANDARD OF REVIEW SET UP BY THE HIGH COURT TO DETERMINE WHETHER A STATE HAS CREATED A LIBERTY INTEREST FOR ITS PRISONERS. PLAINT. IS SERVING A SENTENCE OF *5* YEARS, AND ARGUES AND MAINTAINS THAT IF NOT FOR THE LOST OF GOOD TIME CREDITS THAT CAN BE PRI-

CLAIMS

2ND CAUSE OF ACTION DUE PROCESS

LEGAL ARGUMENT

MARILY ATTRIBUTED TO THE FALSIFIED DISCIPLINARY WRITE UPS THAT PLAINT. RECEIEVED · KNOWINGLY VIA. DEF. OFFICIALS AND THEIR AGENTS, THAT HE (PLAINT.) LENGTH OF SENTENCE WOULD NOT HAVE BEEN EXTENDED TO THE EXTENT THAT IT HAS BEEN.

RELIEF.

A PLAINT. MAY HAVE A FEDERAL CAUSE OF ACTION UNDER 42 U.S.C 1983 FOR ALLEGED VIOLATIONS OF HIS OR HER CONST. RIGHTS. TO ESTABLISH A VIOLATION OF 42 U.S.C. 1983 A PLAINTIFF MUST DEMONSTRATE (1) THAT HE OR SHE WAS DEPRIVED OF RIGHTS AND PRIVILEGES OR IMMUNITIES SECURED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES.

2)

THAT THE CHALLENGED CONDUCT WAS COMMITTED BY A PERSON ACTING UNDER COLOR OF STATE LAW. WEST V ATKINS 487 US: 42, 48 1986).

# RELIEF

C

A DECLARATORY JUDGMENT AGAINST THE ACTIONS OF DEFENDANTS WALL ET AL. IN OF PLAINT.

D

A COURT ORDER DIRECTING DEFENDANTS TO RE INSTATE ANY AND ALL GOOD TIME TAKEN AWAY FROM PLAINT. AS A RESULT OF FALSIFIED DISCIPLINARY REP ORTS FILED AGAINST HIM.

E

PUNITIVE AND COMPENSATORY MONETARY DAMAGES IN THE AMOUNT OF, UNSPECI-FIED. TO BE DETERMINED BY JURY.

F

COSTS A LEGAL EXPENSES INCURRED TO BE REPAID TO PLAINT. AND/OR LAWYER(S).

G

BARR DEFENDANTS FROM RETALIATING AGAINST PLAINT. IN ANY CONCEIVABLE WAY IMAGINABLE. FOR AS LONG AS ——

# RELIEF

G

PLAINT. REMAINS IN THE CUSTODY AND CHARGE OF DEFENDANT OFFICIALS WALL ETAL

H

ANY OTHER SUCH RELIEF THAT THIS HONORABLE COURT DETERMINES TO BE EQUITABLE JUST AND FAIR.

Oliver S Lyons

PLAINTIFF PRO SE
OLIVER LYONS
BOX 8200 ACI.
HIGH SECURITY CNT.
CRANSTON RI 02920

VERIFIED COMPLAINT

THIS IS A VERIFIED COMPLAINT. THE UNDERSIGNED CLEARLY ATTEST UNDER PENALTY OF PERJURY THAT THE FACT(S) ALLEGED TO IN THIS COMPLAINT — ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF

Oliver L. Lyons

PLAINTIFF PRO SE

SWORN AND SUBSCRIBED TO BEFORE ME ON THIS 27 DAY OF August 2004

James E. Jelley

NOTARY PUBLIC

MY COMMISSION EXPIRES: 6/12/08

... 11:30