# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CA 04 380 T

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: LYONS VS. WALL ETAL FOR DIST. OF RHODE ISLAND

42 USC 1983 AT U.S. DIST. COURT PROV.

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): OLIVER LYONS

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☑ Misdemeanor

PRO SE LITIGANT

5 YR SENTENCE 2 STATE PROBATION VIOLATION

Found not guilty of charges at trial

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ Other (Specify) PLAINT. PETIT.

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

## ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: N/A

**IF YES**, how much do you earn per month? $ ______ **IF NO**, give month and year of last employment. How much did you earn per month? $ ______

If married is your Spouse employed? ☐ Yes ☑ No

**IF YES**, how much does your Spouse earn per month? $ 00 If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 00

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**IF YES**, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES

| RECEIVED | SOURCES |
|---|---|
| | N/A |
| | |
| | |

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No **IF YES**, state total amount $ 00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| 00 | N/A |
| | |
| | |
| | |

## OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Incarcerated | N/A | $ 00 | $ 00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) AUGUST 31ST, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) X Oliver S Lyons

(2)

Rhode Island Department of Corrections

Inmate Account History

ID#: 91073

Name: LYONS, OLIVER S

Date of birth: 1950-01-01

Location: HS - F MOD - F02

Balances as of 8/26/2004:

| Available | + Encumbered | =Account Balance |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 1/17/2002 | RCVFWD | BALANCE FORWARD AT CONVERSION | 683.36 | 0.00 | 683.36 | 0.00 |
| 3/11/2002 | RESTITUTION | HSC/MATTRESS | 45.00 | 0.00 | 728.36 | 0.00 |
| 3/11/2002 | RESTITUTION | HSC/SHEETS(2) | 6.40 | 0.00 | 734.76 | 0.00 |
| 3/25/2002 | LEGAL COPY | LOGAL COPIES | 0.45 | 0.00 | 735.21 | 0.00 |
| 3/29/2002 | MEDICAL | RX VIS HSC | 2.00 | 0.00 | 737.21 | 0.00 |
| 7/5/2002 | LEGAL COPY | LEGAL COPY | 0.50 | 0.00 | 737.71 | 0.00 |
| 8/30/2002 | POSTAGE | POSTAGE | 0.83 | 0.00 | 738.54 | 0.00 |
| 8/30/2002 | RESTITUTION | HSC/MATTRESS,ELECT,ETC. | 703.60 | 0.00 | 1,442.14 | 0.00 |
| 8/30/2002 | RESTITUTION | VOID-HSC/MATTRESS,ELECT,ETC. | -703.60 | 0.00 | 738.54 | 0.00 |
| 8/30/2002 | RESTITUTION | HSC/MATTRESS,ELECT., ETC. | 748.60 | 0.00 | 1,487.14 | 0.00 |
| 9/13/2002 | LEGAL COPY | LEGAL COPIES | 2.75 | 0.00 | 1,489.89 | 0.00 |
| 11/29/2002 | MEDICAL | RX PRO HS | 10.00 | 0.00 | 1,499.89 | 0.00 |
| 11/29/2002 | MEDICAL | RX VIS HS | 2.00 | 0.00 | 1,501.89 | 0.00 |
| 1/24/2003 | LEGAL COPY | LEGAL COPIES | 18.15 | 0.00 | 1,520.04 | 0.00 |
| 5/19/2003 | RESTITUTION | FOOD TRAY | 42.00 | 0.00 | 1,562.04 | 0.00 |
| 5/30/2003 | RESTITUTION | HSC/INTERIOR CELL WINDOW | 98.00 | 0.00 | 1,660.04 | 0.00 |
| 6/27/2003 | RESTITUTION | HSC/FOOD TRAY | 42.00 | 0.00 | 1,702.04 | 0.00 |
| 7/22/2003 | RESTITUTION | HSC/PILLOW | 5.63 | 0.00 | 1,707.67 | 0.00 |
| 9/2/2003 | LEGAL COPY | MEDIUM LEGAL COPIES | 3.45 | 0.00 | 1,711.12 | 0.00 |
| 12/30/2003 | MED COPY | MED COPIES 12-15-03 | 52.80 | 0.00 | 1,763.92 | 0.00 |
| 1/16/2004 | RESTITUTION | HSC/SPORK | 0.25 | 0.00 | 1,764.17 | 0.00 |
| 2/9/2004 | LEGAL COPY | BERN. LAW LIB. JANUARY | 3.70 | 0.00 | 1,767.87 | 0.00 |
| 3/25/2004 | MEDICAL | MEDS HSC 03-09-2004 | 2.00 | 0.00 | 1,769.87 | 0.00 |
| 4/16/2004 | MED COPY | MED COPY 3-3-04 | 6.25 | 0.00 | 1,776.12 | 0.00 |
| 4/23/2004 | LEGAL COPY | LEGAL COPIES HS 4-04 | 5.80 | 0.00 | 1,781.92 | 0.00 |
| 5/6/2004 | MEDICAL | PRO HSC 04-01-2004 | 10.00 | 0.00 | 1,791.92 | 0.00 |
| 5/12/2004 | LEGAL COPY | LEGAL COPIES FOR APRIL 4-23 H S | 1.70 | 0.00 | 1,793.62 | 0.00 |
| 5/25/2004 | MEDICAL | MEDS HSC 05-19-2004 | 3.00 | 0.00 | 1,796.62 | 0.00 |
| 7/16/2004 | LEGAL COPY | LEGAL COPIES HS | 0.15 | 0.00 | 1,796.77 | 0.00 |

Due to computer posting the 'Balances as of 8/26/2004' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.