# FINANCIAL AFFIDAVIT

CJA 23 (Rev. 5/98)

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☑ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: LYONS VS. WALL ETAL

42 USC 1983

FOR: DIST. OF RHODE ISLAND

AT: U.S. DIST. COURT PROV.

LOCATION NUMBER: CA 04 380 T

PERSON REPRESENTED (Show your full name): OLIVER LYONS, PRO-SE LITIGANT

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☑ Misdemeanor

5 YR SENTENCE STATE PROBATION VIOLATION

Found not guilty of charges at trial

FILED SEP 02 2004 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☑ Other (Specify) PLAINT. PETIT.

DOCKET NUMBERS
- Magistrate
- District Court
- Court of Appeals

## EMPLOYMENT

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: N/A

IF YES, how much do you earn per month? $ ______ IF NO, give month and year of last employment. How much did you earn per month? $ ______

If married is your Spouse employed? ☐ Yes ☑ No

IF YES, how much does your Spouse earn per month? $ 00 If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ 00

## ASSETS

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ THE SOURCES | | N/A |

### CASH

Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ 00

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, GIVE THE VALUE AND $ DESCRIBE IT | 00 | N/A |

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them: N/A

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Incarcerated | N/A | $ 00 | $ 00 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) AUGUST 31ST, 2004

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Oliver S Lyons

GRANTED. [signature] U.S. Magistrate Judge Jacob Hagopian Date: September 13, 2004

Referred to [illegible] Hagopian
☐ [illegible]
☑ [illegible]
☐ [illegible]
[illegible] Chief Judge
9/10/04

3