United States District Court Of Rhode Island

Oliver Lyons Pro Se
Vs Ca no. CA 04 380 T
A.T. Wall Etal

# Motion to Appoint Counsel

Now comes the Plaintiff Oliver Lyons Pro Se who prays this Court Appoint Counsel for the following reasons.

The Plaintiff is an inmate housed in a Segregation cell at High Security A.C.I.

The Defendants in the Plaintiff Complaint are the officers responsible in seeing that the Plaintiff gets the necessary materials to proceed with his Complaint

The Plaintiff must get his pen, legal copies, law books, paper and envelopes from the Defendants.

The Plaintiff had copies of his Complaint made by U.S. District Court because High Security officers the Defendants would not allow the Plaintiff to make copies.

The Plaintiff is alleging cruel and unusual punishment in Violation of the

4

8th Amendment to the U.S. Constitution and Due Process Violations under the 14th Amendment to the U.S. Constitution.

The Defendants search the Plaintiffs cell every day and destroy legal mail and any legal work.

The Plaintiff must write this motion during the night and give it to the mailman in the morning or it will be destroyed.

Deputy Clerk Ryan Jackson wrote the Plaintiff a letter telling him it was his responsibility to make copies not the U.S. District Court.

Its also the Courts responsibility to make sure that the Plaintiffs Due Process isn't violated and that the Plaintiff can proceed with his Complaint without being beaten, threatened and having all legal materials, copies, and law books withheld by the Defendants.

Attorneys Patricia Coyne Fague and Michael Grant of the D.O.C. Legal Department returned the Plaintiffs Complaint and waiver of summons after removing the staples and keeping them for 2 weeks.

The Plaintiff sent the Complaint and waiver of summons per D.O.C. policy interdepartmental mail.
The Plaintiff was assaulted on September 16th by the Law Library officer Broussette and then booked and found guilty of assault despite being handcuffed behind his back and shackled.
The Plaintiff will not be able to proceed with his Complaint without Court appointed Counsel.
The Defendants continue to abuse me and interrogatories and depositions will be impossible.
P The Plaintiffs medical records document my many serious injuries and very severe beatings dating back to 2000 and the Plaintiff will not have any problem proving his allegations with other significant evidence.
The Defendants know this and will not allow me to proceed with my Complaint.
The Plaintiff prays this Honorable Court grant his motion.

The Plaintiff asks that his motion for appointment Of Counsel be heard on the 26th of October 2004 in U.S. District Court One Exchange Terrace Providence, Rhode Island 02903

Plaintiff
Olvei S Lynn Pro Se
P.O. BOX 8200
Cranston Rhode Island 02920.

Certification

The Plaintiff certifys that on the 11th of October 2004 he mailed a copy of the above motion to Attorney Patricia Coyne Fague Legal Counsel of the D.O.C. 40 Howard Avenue Cranston Rhode Island 02920.
The motion was sent interdepartmental mail per D.O.C. policy.

October 12 2004

Court Clerk
U.S. District Court
One Exchange Terrace
Providence Rhode Island 02903

RECEIVED
OCT 14 2004
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Dear Clerk

Enclosed is a Motion For Appointment Of Counsel that I ask be heard on the 26th of October 2004 if possible. A copy of the enclosed motion has been sent to Attorney Patricia Coyne Fague of the D.O.C Legal Department.

Sincerely

Olivei S Lynn Pro Se
P.O. Box 8200
Cranston, Rhode Island 02920