UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

R. I. DEPARTMENT OF CORRECTIONS, et al

ANSWER OF ROBERT DENNETT AND
ALBENZIO DI MEZZA

Now come Defendants Dennett and DiMezza and hereby answer Plaintiff's complaint as follows:

1. Defendants admit that the Plaintiff, at 54 years of age, is a white male and a prisoner at the Department of Corrections.

2. Defendants deny all remaining allegations contained in the Plaintiff's complaint and leave Plaintiff to his proof.

FIRST DEFENSE

Plaintiff's complaint should be dismissed for lack of subject matter jurisdiction.

SECOND DEFENSE

Plaintiff does not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiff does not state any claim against Defendants cognizable in this court.

THIRD DEFENSE

This action is barred by the doctrine of sovereign immunity.

FOURTH DEFENSE

The Defendants have the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

5

FIFTH DEFENSE

At all times material to the allegations in the Complaint, the Defendants were in the exercise of due care and Defendants, in good faith, duly fulfilled any and all duties owed to the Plaintiff if, in fact, any duties were owed.

SIXTH DEFENSE

The Defendants at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Accordingly, Defendants assert the defense of qualified immunity.

SEVENTH DEFENSES

Defendant Robert Dennett, to the extent that he is sued in his official capacity as a Correctional Officer at the Adult Correctional Institutions, Rhode Island Department of Corrections; Defendant Albenzio DiMezza, to the extent that he is sued in his official capacity as a Correctional Officer at the Adult Correctional Institutions, Rhode Island Department of Corrections; both having the benefit of their status as sovereigns, together with all privileges and immunities which inure to said status.

WHEREFORE, Defendants demand entry of judgment in their favor, plus costs and attorney's fees.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 21st day of October, 2004, I mailed a true copy of the within Answer to Oliver Lyons, P. O. Box 8200, Cranston, R. I. 02920.

_________________________