United States District Court

Oliver Lyons
v
Wall Etal

CO. NO. 04 380T

Plaintiffs Answer In Response To Defendants Dennett and DiMezza Answer to Complaint

Now comes the Plaintiff Oliver Lyons Pro Se and in response to Defendants Dennett and DiMezza's answer to Plaintiffs Complaint and hereby responds as follows

First Defense

Defendants Claim that the lack of subject matter Jurisdiction the Plaintiff's Complaint should be dismissed is without merit and legal standing section 42 U.S.C. 1983 of the United States Federal District Court allows for Plaintiff to seek redress for and where the deprivation and violation of Plaintiffs Constitutional rights has been alleged.

6

Lyons V Wall Etal

## Second Defense

Defendants 2nd defense in stating that Plaintiff has not alleged any facts that would support a valid claim under 42 U.S.C. 1983 and that the Plaintiff does not state any claim against Defendants that is cognizable by the Court is also without merit and/or legal standing The Plaintiffs Complaint lays out a very detailed account of the action of the Defendants based on and around an 8th Amendment Claim of Cruel and Unusual Punishment and also Deliberate Indifference

## Third Defense

The Defendants claim of sovereign immunity in this particular instance and matter The Plaintiff would argue respectfully does not apply

## Fourth Defense

Defendants stated 4th Defense does not apply as well on the merits to have any legal standing

Fifth Sixth and Seventh Defense

Defendants 5th 6th and 7th defenses as stated The Plaintiff would argue falls far short of any serious merit or legal standing that would cause this Honorable Court to rule and render a Judgment in their favor and leaves them to their proof.

Plaintiff Pro Se
[signature]
Box 8200
Cranston, Rhode Island 02920

Certification

The undersign certify that on this 25th day of October 2004 he mailed a true copy of the within response to Defendants Answer of the Complaint to Michael Grant esq legal Counsel for the Defendants Bennett and DiMezza at 40 Howard Avenue Legal Counsels office Cranston Rhode Island 02920 and a copy to the Federal District Court One Exchange Terrace Providence, Rhode Island 02903

Plaintiff Pro Se
[signature]