UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

R. I. DEPARTMENT OF CORRECTIONS, et al

## ANSWER OF A.T. Wall, II

Now come Defendant A.T. Wall, II, and hereby answers Plaintiff's complaint as follows:

1. Defendant admits that the Plaintiff, at 54 years of age, is a white male and a prisoner at the Department of Corrections.

2. Defendant denies all remaining allegations contained in the Plaintiff's complaint and leaves Plaintiff to his proof.

### FIRST DEFENSE

Plaintiff's complaint should be dismissed for lack of subject matter jurisdiction.

### SECOND DEFENSE

Plaintiff does not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiff does not state any claim against Defendant cognizable in this court.

### THIRD DEFENSE

This action is barred by the doctrine of sovereign immunity.

### FOURTH DEFENSE

The Defendant has the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

7

FIFTH DEFENSE

At all times material to the allegations in the Complaint, the Defendant was in the exercise of due care and Defendant, in good faith, duly fulfilled any and all duties owed to the Plaintiff if, in fact, any duties were owed.

SIXTH DEFENSE

The Defendant at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Accordingly, Defendant asserts the defense of qualified immunity.

SEVENTH DEFENSES

Defendant A.T. Wall, II, to the extent that he is sued in his official capacity as the Director of the Adult Correctional Institutions, Rhode Island Department of Corrections, having the benefit of his status as sovereign, together with all privileges and immunities which inure to said status.

WHEREFORE, Defendant demands entry of judgment in his favor, plus costs and attorney's fees.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the day of October, 2004, I mailed a true copy of the within Answer to Oliver Lyons, P. O. Box 8200, Cranston, R. I. 02920.

______________________________