United States District Court
For The District Of Rhode Island

Oliver Lyons Pro Se
V Ca No. 04 380T
Wall Etal

The Plaintiffs Response To Defendant A T Wall II Answer to the Plaintiffs Complaint

First Defense

Pursuant to U.S.C. 1983 The Plaintiff alleges The Violation and abridgement of Constitutionally Protected Rights under The 14th and 8th Amendments Viz The Right To Due Process Of Law and The Right to Be Protected from Cruel and Unusual Punishment

Second Defense

The Plaintiffs detailed account in Pages 1-31 under Facts and Travel of the Plaintiffs Cruel and Unusual Punishment and the Plaintiffs being Denied Due Process Of Law state a claim against the Defendant Cognizable in this Court

8

Lyons V Wall Etal

Third Defense

That this Action is Barred by The Doctrine Of Sovereign Immunity Does not Apply

Fourth Defense

Does not Apply

Fifth Defense

The Plaintiff leaves The Defendant To his Proof

Sixth Defense

The Plaintiff leaves the Defendant to his Proof and asserts that The Defense Of Qualified Immunity Does not Apply

Seventh Defense

The Defendant is being sued in Both his official and Individual capacity and the Status of Sovereign does not apply

Plaintiff
Oliver A Lyons Pro Se
P.O. Box 8200
Cranston Rhode Island 02920

Certification

On November 2, 2004 The Plaintiff mailed a Response to Defendants A T Wall II Answer to the Plaintiffs Complaint to Attorney Michael B. Grant Deputy Chief Legal Counsel 40 Howard Cranston, Rhode Island and a copy to the Clerk of The United States District Court One Exchange Terrace Providence Rhode Island 02903

Plaintiff
Oliver A Lyons Pro Se