United States District Court
For The District Of Rhode Island

Oliver Lyons
V
A T Wall Etal

Ca No. 04 380 T

Motion For Subpoena's Duce Tecums

Now comes the Plaintiff in the above entitled matter, who moves this court to issue subpoenas to the Keeper of medical records at Rhode Island hospital and Stat Care Emergency to furnish the Court and the Plaintiff with copies of all medical records for treatment of injuries allegedly sustained by the Plaintiff after being assaulted by the Defendants A T Wall Etal.

The Plaintiffs asks that the MRI Center at 1145 Reservoir Avenue Cranston Rhode Island 02920 also furnish Exam MRI of right knee for 11 14 01 and 11 19 04 be subpoenaed.

10

The Plaintiff ask that the court set this motion down for hearing on any date available.

Plaintiff Pro Se
Oliver S Lynno
P.O. BOX 8249
Cranston Rhode Island 02920

The undersigned certifies that on this the 30th of November 2004 I mailed a hand written copy of enclosed motion to the United States District Court One Exchange Terrace Providence Rhode Island 02903 and to the D.O.C Legal Department 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
Oliver S Lynno
P.O. BOX 8249
Cranston Rhode Island 02920