United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

CA NO. 04 380T

Motion For Production Of Documents

Now comes the Plaintiff in the above entitled matter who asks that this court have the Department of Corrections and the Defendants A T Wall Etal produce the following pursuant to rule 32 of Civil Procedure

All the medical records of the Plaintiff from April 15, 2000 to the present

Any booking written by the Defendant A T Wall Etal where the Plaintiff was charged with assault, attempted assault, escape or attempted escape and any booking written where the Plaintiff was extracted from his cell or any cell in the A.C.I.

11

All Disciplinary Board tapes where the Plaintiff was booked and found guilty of assault, attempted assault escape or attempted escape, or where Plaintiff was booked and extracted from his cell.

The policy of the extraction of an inmate in High Security in Segregation on Discipline Status.

All tapes of the Plaintiff being extracted from his cell and taken to a holding cell behind the hospital with a camera in it and tapes of the Plaintiff seeing the nurse and being transported to outside hospitals.

Any photo's of the Plaintiff's injuries allegedly sustained after being assaulted by the Defendants.

The policy on the operation and taping of an inmate in the cell with a camera in it behind the hospital at High Security A.C.I.

All records of all the time the Plaintiff was taken and held in the cell behind the hospital at High Security A.C.I.
All photos taken of any injuries allegedly sustain after being beaten by the Defendants A T Wall Etal.
Any tape the State Police have of the Plaintiff being beaten or threatened by a State Sheriff or Correctional officers or Defendants A T Wall Etal
The D.O.C. policy on the sealing of a cell where an inmate has been severely injured and transported to outside hospitals.
The cuffing policies of a Segration inmate in High Security while in the cellblock, outside the cell block or when transported to an outside hospital and while at an outside hospital.

The policy of an inmate on single recreation status and what that inmate must do to get off single rec status. The policy on the preservation of all blood evidence on an inmates clothing, sneakers, floor of his cell corridors rec yard and anywhere else when an inmate has been allegedly injured by CO's and transported to outside hospitals. Any reports written by Defendants Captain Anderson and Captain Headen after the Plaintiff was allegedly assaulted by Defendants A T Wall Etal. The Plaintiff asks that the following motion be set down for hearing in the United States District Court for The District of Rhode Island on any date available for the above motion to be heard.

Plaintiff Pro Se
Olwey J Lynn
P.O. Box 8249
Cranston Rhode Island 02920

The undersigned certifies that on this the 30 th of November 2004 I mailed a hand written copy to the United States District Court One Exchange Terrace Providence Rhode Island 02903 and to the Legal Counsel of the D.O.C. at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
Olivia S Lynn
P.O. BOX 8249
Cranston Rhode Island 02920