**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

v. C.A. No. 04 - 380 T

**A.T. WALL**, et al.

# ORDER

Presently before the Court is the *pro se* plaintiff's "Motion for Production of Documents." By way of the instant motion, plaintiff seeks from the defendants a variety of items. Upon consideration of the motion and of Fed.R.Civ.P. 34, plaintiff's motion is **denied**.

This Court shall, however, construe the instant motion as a "Request for Production" pursuant to Fed.R.Civ.P. 34, and hereby Orders the defendants' counsel to respond to the Request to the plaintiff within thirty days.

**IT IS SO ORDERED.**

Jacob Hagopian
United States Magistrate Judge
Date: 3 Jan 05

12