**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

v. C.A. No. 04 - 380 T

**A.T. WALL**, et al.

## ORDER

Presently before the Court is the motion of the *pro se* plaintiff for a *subpoena duces tecum.* In the instant motion, plaintiff seeks his medical records and other material from Rhode Island Hospital, "Stat Emergency Care," and the "MRI Center." Upon consideration of the motion, and of Fed.R.Civ.P. 45, plaintiff's motion for a *subpoena duces tecum* is **denied.**

While plaintiff may utilize any of the discovery methods prescribed by the Federal Rules of Civil Procedure, he is subject to the same terms and conditions as any other civil litigant, including paying for his own discovery costs, like the costs of copying documents requested in a *subpoena duces tecum*. See e.g. Windsor v. Martindale, 175 F.R.D. 665, 672 (D.Colo. 1997). Indeed, Fed.R.Civ.P. 45 prohibits a party from simply shifting his litigation expenses to a non-party. Once the plaintiff makes a showing that he has the necessary funds to pay for the costs of copying the documents and items requested, he may then seek issuance of a *subpoena duces tecum* again.

**IT IS SO ORDERED.**

Jacob Hagopian
United States Magistrate Judge
Date: 3 JAN 05

13