UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, II, et al

ANSWER OF DEFENDANTS A. T. WALL, ANDERSON, HEADEN, REEDY, CLANCY, YAKEY, DOYLE, KNIGHT, BERG, WELLS, LOPEZ, LANGLOIS, MALLETT, ALDRICH, BEGONES, CHERYL BAILEY, GREJDUS, FOGARTY, HEBERT, DENNETT, DUARTE, VIOLANTE, MANNING KLAUS, DI MEZZA, TUNDIS, RAFFERTY, GANNON, HENRY, OLIVER, SOUZA, WORDEN, DANIELS, STEPHANOPOLIS, LASKEY, TIERAY, TONY AMARAL, SULLIVAN, RENSHAW, MC NULTY AND PEARLINE MANGUM

Now come the above-listed Defendants and hereby answer the Plaintiff's complaint as follows:

1. Defendants admit the allegations contained in the Plaintiff's complaint that the Plaintiff is a male state prisoner in custody of the R. I. Department of Corrections, who received from the Rhode Island Superior Court on or about May 16, 2000, a five (5) year (9) month sentence pursuant to a sentence violation. Defendants deny all remaining allegations contained in the Plaintiff's complaint, including but not limited to, allegations of threats, physical assaults, and harrasment committed by the Defendants.

FIRST DEFENSE

Plaintiff's complaint should be dismissed for lack of subject matter jurisdiction.

14

SECOND DEFENSE

Plaintiff does not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiff does not state any claim against Defendants cognizable in this court.

THIRD DEFENSE

This action is barred by the doctrine of sovereign immunity.

FOURTH DEFENSE

The Defendants have the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

FIFTH DEFENSE

At all times material to the allegations in the complaint, the Defendants were in the exercise of due care and Defendants, in good faith, duly fulfilled any and all duties owed to the Plaintiff if, in fact, any duties were owed.

SIXTH DEFENSE

The Defendants at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiff. Accordingly, Defendants assert the defense of qualified immunity.

SEVENTH DEFENSES

All the above Defendants, to the extent that they are sued in their official capacities as employees of the Rhode Island Department of Corrections have the benefit of their status as sovereigns, together with all the privileges and immunities which inure to said status.

WHEREFORE, Defendant demands entry of judgment in their favor, plus costs and attorney's fees.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 31st day of January, 2005, I mailed a true copy of the within Answer to Oliver Lyons, P. O. Box 8249, Cranston, R. I. 02920.