United States District Court
For The District Of Rhode Island

Oliver Lyons
V                                    C.A. No. 04 380T
A T Wall et al

<u>Failure to Make Disclosure or Cooperate in Discovery: Sanctions</u>

Now comes the Plaintiff in the above Complaint who moves this Court to take appropriate action pursuant to Fed R Civ P 37

The Defendants Legal Counsel did not respond to the Plaintiffs "Request for Production" pursuant to Fed R Civ P 34

<u>It was so ordered</u> by the Honorable Justice Jacob Hagopian on Jan 3, 05

The Order gave the Defendants Legal Counsel 30 days to respond to the Plaintiff.

Plaintiff Pro Se
Oliver S Lyons
P.O. Box 8249
Cranston Rhode Island 02920

15

Certification

On the 3rd day of February 2005 the Plaintiff mailed a copy of the enclosed Motion to the Defendants Legal Counsel 40 Howard Avenue Cranston Rhode Island 02920 and to the Clerk of the United States District Court One Exchange Terrace Providence Rhode Island 02903

Plaintiff Pro Se
Oliver S. Lynn
P.O. Box 8249
Cranston, Rhode Island
02920

## Affidavit

The following medical records are true copies of the Plaintiff's medical records and the Plaintiff submits them in addition to other medical record previously submitted in support of the allegations in the Plaintiff's Complaint Ca 04 380T. The Plaintiff submits these records although the statute of limitations may have run out to show that there was deliberate indifference to the Plaintiff's beatings and abuse prior to the allegations of abuse and beatings and severe injuries made in the Plaintiff's Complaint Ca 04 380T

Plaintiff
Oliver A Ryan
P.O. Box 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on this 2 day of February 05

Notary Public

<u>10 18 00</u> Rhode Island hospital Injuries to the Plaintiffs forehead, back of head, neck, shoulder temple abrasions and loss of consciousness frontal abrasions and eye abrasion <u>11 9 00</u> dislocated and fractured thumb. Cast was put over an infection of scabies causing the Plaintiff to scratch and itch constantly. Plaintiff had a rash over entire body.

<u>4 18 01</u> multiple contusions and abrasions to the Plaintiffs face and concussion serious eye damage, Transported to Rhode Island hospital

```
Enter Emergency Patient      PA:     87439071
Admit Dt/Tm: (10/18/00) 17:12  Hosp Svc:  EMR          MR #:      9592320
ExpAr Dt/Tm:                   Clinic Cd: EMERGENCY    MR Ind:    E  O
Nurs St:        Rm/Bed:        Inf Alert: 0  Pt Sts: ET  PT Type: E
------------------- Patient Demographic Information -------------------
Name: LYONS ,OLIVER S              Pref:                    SSN:
Addr: PO BOX 8273                  Addr2:

City: CRANSTON            St: RI  City:                              St:
Zip: 02920-        Ph: 401-464-2641  Zip:           Ph:
DOB:              Donor:    Adm Sc: EO Adm Pr: X  Arr Md:
Age:              NP:  --  Dist: D4  Census#: 104  Disaster #:
Sex:  M           Pos ID: N       DX/CC/PR:
Race: 1           Sp Needs: - - - -
MS:   D           Maiden:                    RFV: D  MEDICAL VISIT
Rel:  CAT         Parish: NO AFFILIATION     Sacrament: _____
Comments:
----------------------- Physician Information -------------------------
Adm Dr: PHYSICIAN, ED              Atn Dr:  PHYSICIAN, ED
Ref Dr:                            PCP:     BANSAL, TEJ V MD
Ref Add:                           PCP Add: 215 TOLLGATE RD
                                            WARWICK, RI  02886
Ph:           Fx:                  Ph: 401-732-0880  Fx: 401-732-1269

--------------------- Primary Contact Information ---------------------
Name:   PER PT NONE ,NONE          Rel To Patient: Q   FRIEND
Addr:   NONE
City:               St:      Zip:
Hme Ph:        Work Ph:           Ext:
              Secondary Contact Information
Name:                              Rel To Patient:
Hme Ph:        Work Ph:           Ext:

----------------------- Guarantor Information -------------------------
Lst Name: LYONS         First Name:  OLIVER          Rel To Pat:  S
Addr:     PO BOX 8273                                             SELF
City:     CRANSTON      St: RI   Zip: 02920-   Ph: 401-464-2641
Employr: NONE           Ph:             Ext:
Addr:
City:                   St:        Zip:

------------------------ Employer Information -------------------------
Empl: NONE                         Occupation: NONE
Addr:
City:             St:    Zip:           Ph:

------------------------ Insurance Information ------------------------
1) ACI OP A02            Cd: A02 Pri: 1  2)                    Cd:    Pri:
Pol #:                                   Pol #:
Grp #:                                   Grp #:
Auth#:                                   Auth#:
Subscr:   LYONS  OLIVER                  Subscr:
Sub SSN:                  Rel: SELF      Sub SSN:              Rel
3)                       Cd:    Pri:     4)                    Cd:    Pri:
Pol #:                                   Pol #:
Grp #:                                   Grp #:
Auth#:                                   Auth#:
Subscr:                                  Subscr:
Sub SSN:              Rel:               Sub SSN:              Rel
                                         Financial Class: A
Prereg/Reg/Preadm/Adm by:       / GDJ105 /        /

                                    17:12 10/18/00 FROM 75TV,LIFRIHF1
```



**Rhode Island Hospital**
*A Lifespan Partner*

Revised 11/97
A001 SMS
ESI 23167

# CONSULTATION REPORT
## R. I. Department of Corrections

| | |
|---|---|
| CONSULTATION TO (SERVICE OR PHYSICIAN): RIHER | Inmate Name: Oliver Lyons |
| REQUESTING PHYSICIAN (PRINT): Dr Bansal  BEEPER #: 460-6814 | Inmate I.D.: 91073 |
| | D.O.B.: 1-1-50 |
| DATE OF REQUEST: 10/18/00 | Security: HSC |

**CURRENT MEDS:** Atenolol 25mg QD  Trazedone 50mg QAM 100mg QHS
motrin 800mg TID/PRN

**CLINICAL SUMMARY AND INFORMATION DESIRED:**
® temple abrasion. hit back of head — c/o throat — very sore. ⓛ Shoulder hurts.
VS: 170/108. 76. 16. 98.6 at 4PM

SIGNATURE OF NURSE: C Bailey RN

REPORT OF CONSULTANT  URGENT ☐  ROUTINE ☐

50 yo ♂ s/p head trauma, face/neck trauma. Pt c/o LOC x 2-3 min.
⊕ hematemesis → neither confirmed by ACI nurse  c/o blurry vision,
ANT neck pain, odynophagia.
T 98°  HR 64  RR 18  BP 198/87

occipital hematoma, ® temporal abrasion, ® frontal abrasion,
small ⓛ eyebrow abrasion. Anterior neck erythema c̄ midline
tenderness. ∅ hematoma, ∅ edema, ∅ crepitus, ∅ carotid bruit,
∅ hoarseness  pharynx normal without signs of trauma/blood, ∅ stridor
Neurologic exam normal c̄ inconsistent visual field exam

Head CT: Normal

Neck CT: Arytenoid Assymetry, ∅ edema, ∅ hematoma, ∅ fx

A/P: s/p head/face/neck trauma. No acute airway compromise.
— Observe closely for 24 hours. Return to ER if vomiting,
change of mental status, stridor, hoarse voice, breathing fast.
— Motrin 800mg tid prn pain

10/20/00

| Must See Again? | Days | Weeks | Months | PRN |
|---|---|---|---|---|

Signature of Consultant:
Printed Name: Michael Ganetsky MD
Beeper No.:  Date: 10/18/00  Time: 9pm

RHODE ISLAND HOSPITAL
DEPARTMENT OF DIAGNOSTIC IMAGING
593 Eddy Street
Providence, Rhode Island  02903

## FINAL REPORT

Acc#: 87439071         MR#: 9592320              Unit: CTS

Name: LYONS, OLIVER S                X-Ray#: 1097988
DOB:  01/01/1950  50Y                DOE:    10/18/2000 08:22PM
                                     Pt class:E  NS: D4
                                     Service code: EMR
ORD: RAYMOND PETIT                              ATT: ED PHYSICIAN
    RIH, DEPT OF MEDICINE
    PROVIDENCE RI 02903

Order#: 90002                   Ordering M.D: RAYMOND PETIT
History: HEAD TRAUMA +LOC

     ER#104 D4

EXAM:CT BRAIN W/O CONT                     Date:10/18/2000 08:22PM

**FULL RESULT:**
     HISTORY:  Head trauma with loss of consciousness.

CT BRAIN:
Contiguous transaxial sections through the head were performed without
contrast material.  Grey-white matter differentiation is normal.  There is
no evidence of hemorrhage, mass, or mass effect.  The ventricular system a:
extraaxial spaces appear normal.  The visible paranasal sinuses appear
normal.

CT NECK:

HISTORY:  50-year-old patient with blunt trauma to anterior neck.

5 mm contiguous images were obtained after the administration of 100 cc of
nonionic contrast for an ICD-9 Code 799.3.

There is no evidence for a neck hematoma or definite vascular injury.
Incidental note is made of a 3.0 mm nodule arising from the posterior-
inferior right thyroid lobe (Reference Image #38) and within the lower pol
(Reference Image #32).  No fracture is definitely seen. There is asymmetry
of the thyroid cartilage with slight outward bowing on the left.  Thin
sectioning images were not obtained because of the lack of symptoms
referable to the larynx.

**IMPRESSION:**
     NORMAL NONCONTRAST HEAD CT SCAN.

NO DEFINITE NECK HEMATOMA IDENTIFIED.

RHODE ISLAND HOSPITAL
DEPARTMENT OF DIAGNOSTIC IMAGING
593 Eddy Street
Providence, Rhode Island  02903

---

FINAL REPORT

---

Acc#: 87439071                MR#: 9592320                Unit: CTS
Name: LYONS, OLIVER S          X-Ray#: 1097988
DOB:  01/01/1950  50Y          DOE:   10/18/2000 08:22PM
                               Pt class:E  NS: D4
                               Service code: EMR
ORD: RAYMOND PETIT                          ATT: ED PHYSICIAN
     RIH, DEPT OF MEDICINE
     PROVIDENCE RI 02903

---

THYROID CARTILAGE ASYMMETRY PRESUMABLY RELATES TO PRESENT OR PRIOR TRAUMA.
IF THERE IS A STRONG CLINICAL SUSPICION REGARDING PRESENT TRAUMA, ADDITIONA
THIN-SECTION IMAGES COULD BE OBTAINED.

SMALL NODULES WITHIN THE RIGHT THYROID INFERIOR POLE AS DESCRIBED (MEASURIN
NO GREATER THAN 3.0 MM EACH).

ICD-9 CODE 799.3 FOR NONIONIC CONTRAST ADMINISTRATION

LEFFLER
EXAM:CT NECK W/ CONT   Date:10/18/2000 08:22PM

FULL RESULT:

IMPRESSION:
    REFER TO EXAM 90002 CT BRAIN W/O CONT AND EXAM 90002 CT NECK W/CONT.
Dictated by: SUSAN G LEFFLER,MD  Pager: (401)350-1043
Reviewed by:     Pager:
Report proofread by: SUSAN G LEFFLER,MD
DD:10/18/2000 08:47PM  DS:10/18/2000 09:22PM   DT:10/18/2000 08:55PM,WBO
CC: \

Page 2 of 2


© 2000 T-System, Inc. Circle or check positives, backslash (\) negatives.

**18**  Rhode Island Hospital
**EMERGENCY PHYSICIAN RECORD**
**Multiple Trauma**

**TIME SEEN:** / 6pm     ACI pt
**HISTORIAN:** ✓ patient __spouse __translator / family
__HX / __EXAM LIMITED BY: _____
__PT. SENT IN BY PMD / OFFICE _____

**HPI** **chief complaint:** Injury to: _____
head / neck     Brief = 1 - 3 / Extended = 4+

**occurred:**
✓ just PTA
__today
__yesterday
____ days PTA

**where:**
__home    __school
__neighbor's  __street
__work    __other
ACI

**context:** A c/o Assault at ACI, first hit front of head, then fell back and hit back of head. ⊕ LOC x 2-3 min ⊕ V → blood. guard stepped on throat

**location of pain/injuries:**
(Head)  Face  Mouth
(Neck)  Chest  Abdomen
Back  upper  mid-  lower
radiating to R / L thigh / leg

| -right- | | -left- | |
|---|---|---|---|
| shldr | hip | shldr | hip |
| arm | thigh | arm | thigh |
| elbow | knee | elbow | knee |
| f-arm | leg | f-arm | leg |
| wrist | ankle | wrist | ankle |
| hand | foot | hand | foot |

**severity of pain:**
mild
moderate
severe

**associated symptoms:**
✓ lost consciousness / dazed
duration: 2-3 min
remembers:
   impact  coming to hospital
__seizure

**ROS** ☐ all systems negative except as marked

NEURO
__loss feeling/power arms/legs
__headache
EYES / ENT
__double vision
__hearing loss
RESPIRATORY
__trouble breathing
*Reminder-Do Not Forget To Address Column 2 >>>>>

CVS
__chest pain
GI / GU
✓ nausea / vomiting
__loss of bladder function
INTEGUMENTARY
__skin laceration
CONST
__recent fever/illness

c/o blurry vision.

Problem Pertinent = 1
Extended = 2 - 9
Complete = 10+

**SOCIAL HISTORY** __negative / not significant for current complaint
__Smoker- ____ PPD  __recent ETOH  __drug abuse

**PAST HISTORY** __negative
HTN
DM dz
prior ax.
**Meds-** __none / __see nurses note  Lipitor
**Allergies-** ✓ NKDA / __see nurses note

PMH / FH / SH
Pertinent = 1 of 3
Complete = 2 of 3

---

**Coding / Documentation Guide**
Problem Focused = 1 Organ / Area   Detailed Exam = 5 - 7 Organs / Areas
Expanded Problem = 2 - 4 Organs / Areas   Comprehensive = 8+ Organs / Areas

✓ Nurses note reviewed  ☐ Tetanus immun. UTD  ✓ Vital signs reviewed

**PHYSICAL EXAM**  Exam limited by: ____
Distress- ✓ NAD __mild __moderate __severe
Other-  __c-collar ( PTA / in ED )  __back-board  __IV  __splint

**HEAD**
__no evidence of trauma
✓ see diagram
__Battle's sign / Raccoon Eyes

**NECK**
__non-tender
__painless ROM
__trachea midline
__see diagram
__vertebral point-tenderness
__muscle spasm / decreased ROM
__pain on movement of neck

**EYES**
✓ PERRL
✓ EOMI
__unequal pupils  R- ___ mm  L- ___ mm
__EOM entrapment / palsy
__subconjunctival hemorrhage

**ENT**
✓ nml external inspection
✓ no dental injury
__hemotympanum
__TM obscured by wax
__clotted nasal blood
__dental injury / malocclusion

**RESP & CVS**
✓ chest non-tender
✓ breath sounds nml
✓ heart sounds nml
__see diagram ( on reverse )
__decreased breath sounds
__wheezing / rales
__splinting / paradoxical movements

**ABDOMEN**
✓ non-tender
✓ no organomegaly
__see diagram ( on reverse )
__tenderness / guarding / rebound
__mass / organomegaly

**GENITAL / RECTAL**
__nml genital exam
__nml vaginal exam
__nml rectal exam
__heme negative stool
__perineal hematoma
__blood at urethral meatus
__decreased rectal tone

**NEURO / PSYCH**
✓ oriented x3
✓ mood & affect
✓ CN'S nml as tested
✓ sensation & motor nml
**GCS=** 15
__confusion / disorientation
__EOM palsy / anisocoria
__facial asymmetry
__unsteady / ataxic gait
__sensory / motor deficit

Inconsistent visual field exam.

(head diagrams with annotations: Abrasion, Abrasion, hematoma tender, erythema, edema, tender, phonophobia, elevated...pulse)

(stick figure labeled Reflexes)

# RHODE ISLAND DEPARTMENT OF CORRECTIONS
## NURSING CONTACT NOTES

NAME: Lyons, Oliver
DOB: 1-1-50

**S** (subjective symptoms)  **O** (objective findings)
**A** (assessment or impression)  **P** (plan)
All entries must be **signed**, **dated** and **timed**.

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 11-8-00 9:30 | HSC | Seen by Dr Motola - arguing about the mattress again - Because ordered for 1 week - R.D. Guilietti |
| (11/9/00) 9:45 AM / Court No rec At High Security | HSC | Code Blue - fist fight in rec. area. Refused medical tx - but did accept ice bag for swollen Ⓛ thumb. Says he cannot move joint - he will be refer to Dr. in AM for further evaluation. Ø other injuries. Bailey RN |
| (11/9/00) 8:30 PM | HSC | Came back from all afternoon in court - still c/o Ⓛ thumb. Denies he can move it at all, pain radiates up arm. Applied more ice - will check in AM by Dr. Ø other complaints. Bailey RN |
| (11-10-00) 9 / 8:30 Maximum | HSC | Seen by Dr Motola - x-ray Ⓛ hand & thumb & motrin ordered - R.D. Guilietti  fx Ⓛ 1st metacarpal Vicodin & ice ordered - ice applied R.D. Guilietti |
| 11-14-00 8:30 | HSC | Inmate refused medical aid. Would not go to R.I.H. E.R. Gaga 7PM |
| 11/14/00 4:30 PM | HSC | Inmate chooses not to sign refusal of medical treatment form - he states "he did not refuse treatment - but rather could not tolerate handcuff because of the nature + area of his injury." Ice bag given. ? |

HSP #5 REV. 7-91

# CONSULTATION REPORT
## R. I. Department of Corrections

**CONSULTATION TO (SERVICE OR PHYSICIAN):** RI ortho

**REQUESTING PHYSICIAN (PRINT):** Motola    **BEEPER #:**

**DATE OF REQUEST:** 12-1-00

**Inmate Name:** Lyons, Oliver
**Inmate I.D.:** 91073
**D.O.B.:** 1-1-50
**Security:** HSC

**CURRENT MEDS./ALLERGIES:** tenormin

**CLINICAL SUMMARY AND INFORMATION DESIRED:** Self removal of cast RT hand. Please s/l + advise

**SIGNATURE OF NURSE:** [signed]
**SIGNATURE OF PHYSICIAN:** [signed]
**SIGNATURE OF MEDICAL DIRECTOR:**

**REPORT OF CONSULTANT:** ☐ URGENT  ☐ ROUTINE

PT TOOK OWN CAST OFF 2° / PAIN
NO RECOMMEND RE CAST
PT REFUSED

PLEASE PROVIDE ICE / ELEVATION
FOR NEXT WEEK
RTC ÷ WK HAND CLINIC

12/02/00

**Must See Again?**  Days / Weeks / Months / PRN
**Signature of Consultant / Printed Name:** M Ko
**Beeper No.:**   **Date:**   **Time:**

White: ACI Medical Record   Yellow: Outside Hospital   Pink: Dispensary

| DIAGNOSIS / PROBLEM: | NAME / DOB / ID# |
|---|---|
|  | Lyons Oliver |
|  | 1-1-50 |
| DRUG ALLERGIES: | R.I. Department of Corrections |
|  | Health Services |

**INSTRUCTIONS FOR USE**
1. DATE & TIME ALL ORDERS
2. A PHYSICIAN'S SIGNATURE MUST ACCOMPANY THE ORDERS.

| DATE | TIME | SECURITY | |
|---|---|---|---|
| 11/21/00 | | | Can have 2 Vicodin [illegible] [illegible] [illegible] surgery [illegible] without [illegible] |
| 11/22/00 | 08:40 | 1K | ① Motrin 800mg po tid x 7d |
| | | | ② Vicodin 1 tab q6h prn for break through pain x 30 |
| | | | ③ Follow up to R+H hand on 11/30 |
| | | | ④ Ice pack to (L) hand q6h x 2 days |
| | | | ⑤ Elevate (L) arm. |
| | | | ⑥ Inform me if he has ↑ pain to (L) hand, numbness, coldness, paresthesia, fever or chills. |
| | | | ⑦ D/C to general population |
| | | | ⑧ Facility MD to evaluate on 11/24/00. |
| 12/01/00 | | HSC | Follow up RTU hand orthopedic clinic for new cast on hand |

**PHYSICIAN'S ORDER FORM**

RHODE ISLAND DEPARTMENT
OF CORRECTIONS
NURSING CONTACT NOTES

NAME Oliver Lyons
DOB 1-1-50

**S** (subjective symptoms) **O** (objective findings)
**A** (assessment or impression) **P** (plan)
All entries must be **signed**, **dated** and **timed**.

| DATE & TIME | ENTRY CODE SECURITY | |
|---|---|---|
| 12-6-00 (7-3) | HSC | Inmate up to see Dr Allen — evaluated - ? scabies - Inmate refused treatment. Allowed to cut toe nails in hospital area. —C Bailey RN |
| 12/7/00 (7-3) | HSC | On furlough to RIH Ortho - inmate complained to nurse "Sherry" that he has untreated scabies due to D.O.C. with holding his treatment. I reassured her & related same info Dr Allen gave us. She was quite upset that we (D.O.C.) had allowed all of them to be exposed to him. —C Bailey RN |
| 12/7/00 3PM | HSC | Inmate to be placed in cell on "sick cell" status until tx for scabies done. —C Bailey RN |
| | add | Call from Joe Morrocco re situation - informed him of inmates status - he will call in AM & inform Dr Spaulding —C Bailey RN |
| 12/7/00 10PM | HSC | Inmate refuses trazedone at this time. Pin care done/betadine swab. Ø S+S of infection — Will monitor —C Bailey RN |
| 12/8/00 | 5AM | II tylenol for c/o wrist pain Puffs tt CSM good M. [illegible] |

HSP #5 REV. 7-91

| DIAGNOSIS / PROBLEM: | NAME / DOB / ID# |
|---|---|
| | Lyons, Oliver |
| | 1-1-50 |
| DRUG ALLERGIES: | |
| | R.I. Department of Corrections |
| | Health Services |

**INSTRUCTIONS FOR USE**
1. DATE & TIME ALL ORDERS
2. A PHYSICIAN'S SIGNATURE MUST ACCOMPANY THE ORDERS.

| DATE | TIME | SECURITY | |
|---|---|---|---|
| 12-1-00 | 245 | HSC | ① Place on psych obs T/O Dr. Spaulding / R DiGiulio RN |
| 12/07/00 | | LT | ① Transfer to HS ② F/U to Dr Trunk- ③ Motrin 800g T/P-TID x 10 day ④ Further F/U PTH Orthopedic Hand Clinic |
| 12/4/00 | 14 | | Renew Trazodone 50 mg po HS 150 mg po HS 30 |
| 12/7/00 | (7-3) | HSC | Quell tx - Apply from neck down & shower off 8° later. Repeat in 1 week. T/O Dr Allen / C Bailey RN |
| 12-11-00 | 3 | HS | ① Send to R.I.E.R. for evaluation of ① hand T/O Dr Spaulding / R DiGiulio RN |
| 12/12/00 0730 | | IRC | ① D/C to several problem. ② Keflex 500mg po qid x 10d KOP ③ Ice to ① hand ₹ shift x 2d ④ elevate ① arm ⑤ Ibuprofen 600mg po tid prn x 14d ⑥ Vicodin 1-11 tabs po q4-6h prn x 2d ⑦ Follow up at RIH hand on WE → Thursday. |

HSPPO   Rev. 7/00   **PHYSICIAN'S ORDER FORM**

| DIAGNOSIS / PROBLEM: | NAME / DOB: |
|---|---|
| | Lyons, Oliver<br># 91073    HSC |
| DRUG ALLERGIES: | R.I. Department of Corrections<br>Health Services |
| ☐ IN ACCORDANCE WITH OUR FORMULARY SYSTEM THE USE OF GENERIC EQUIVALENTS ACCEPTABLE UNLESS BOX CHECKED. | |

### INSTRUCTIONS FOR USE
1. WHITE COPY REMAINS IN RECORD
2. DETACH TOP CARBONLESS COPY AND SEND TO PHARMACY EACH TIME DOCTOR WRITES A SET OF ORDERS
3. THE SIGNATURE OF A DOCTOR MUST ACCOMPANY EACH SET OF ORDERS

| DATE | TIME | SECURITY | DOCTOR: START MEDICATION ORDERS TO LEFT OF SHADED AREA |
|---|---|---|---|
| 6-14-00 | 9:14 | HSC | Lindane (Kwell) Apply from neck down then wash off & leave later. Launder clothes + bed clothes.<br>Trazodone 50 mg PO qAM ⟩ 30 days<br>           100 mg PO qPM ⟩<br>Ativan 25 mg PO TID prn × 5 days |
| 6-16-00 | 2100 | HSC | ① Eucerin cream to itchy areas.<br>② If still itchy Monday 6-19 do skin scrapings.<br>T/O Dr Bansal / J Bailey RN |
| 7-12-00 | 1155 | HSC | Trazodone 50 mg PO qAM ⟩ 30 days<br>          100 mg PO qPM ⟩ |

**DOCTOR:** DO NOT WRITE NEW ORDERS ON THIS FORM IF NO CARBONLESS COPIES REMAIN AS INDICATED IN WINDOW AT RIGHT; PLEASE START NEW FORM.

PHYSICIAN'S ORDER FORM

HSP #4 Rev. 1-90

14 C

| DIAGNOSIS / PROBLEM: | NAME / DOB: Lyons, Oliver  1-1-50   91073 |
|---|---|
| DRUG ALLERGIES: | R.I. Department of Corrections Health Services |
| ☐ IN ACCORDANCE WITH OUR FORMULARY SYSTEM THE USE OF GENERIC EQUIVALENTS ACCEPTABLE UNLESS BOX CHECKED. | |

**INSTRUCTIONS FOR USE**
1. WHITE COPY REMAINS IN RECORD
2. DETACH TOP CARBONLESS COPY AND SEND TO PHARMACY EACH TIME DOCTOR WRITES A SET OF ORDERS
3. THE SIGNATURE OF A DOCTOR MUST ACCOMPANY EACH SET OF ORDERS

| DATE | TIME | SECURITY | DOCTOR: START MEDICATION ORDERS TO LEFT OF SHADED AREA |
|---|---|---|---|
| 10-20-00 | 11:00 | HSC | Quell lotion Tx + repeat x 1 in 1 wk  T.O. Dr Allen / RD. Guilio RN |
| 11/08/00 | | HSC | Beconase spray sp BID x 30 day  Tenormin 25 mg 1 pd x 30 day |
| 11/10/00 | | HSC | X-ray Lt hand + Thumb  Motrin 800 mg 1 po TID x 20 day KOP |
| 11-10-00 | 10:00 | HSC | Vicodin 1 BID x 2  ice x 48° + ace wrap keep up  T.O. Dr Motola / RD. Guilio RN |
| 11-15-00 | 10:05 | HSC | For transport to orthopedics:  Please give Vicodin 1 PO 1 hr before  trip; may cuff palm to palm GI  during i treatment  Appt 1:30 11/16 |
| 11-20-00 | | HSC | Preop meds, CXR, + EKG  T.O. Dr Motola / RD. Guilio RN |

**DOCTOR:** DO NOT WRITE NEW ORDERS ON THIS FORM IF NO CARBONLESS COPIES REMAIN AS INDICATED IN WINDOW AT RIGHT; PLEASE START NEW FORM.

HSP #4 Rev. 1-90

**PHYSICIAN'S ORDER FORM**

# CONSULTATION REPORT
## R. I. Department of Corrections

| | |
|---|---|
| CONSULTATION TO (SERVICE OR PHYSICIAN): RIH ER | Inmate Name: Lyon, Oliver |
| REQUESTING PHYSICIAN (PRINT): Allen    BEEPER #: 460 9981 | Inmate I.D.: 91023 |
| | D.O.B.: 1-1-50 |
| DATE OF REQUEST: 4.18.01 | Security: HSC |

**CURRENT MEDS./ALLERGIES**
Colace
Atenolol 25mg qd
Ecotrin 1 qd

**CLINICAL SUMMARY AND INFORMATION DESIRED**
Blunt trauma to face

SIGNATURE OF NURSE: M Grydus RN
SIGNATURE OF PHYSICIAN: [signature]

**REPORT OF CONSULTANT**   URGENT [X]   ROUTINE [ ]

Pt Needs Orbital CT Scan w/ coronal views within 1 wk to R/O orbital Floor Fracture

Visual Acuity  (R) 20/60   (L) 20/40

Slit Lamp c ∅ cells/Flare ∅ Hyphema
Fluorescein ∅ abr

Follow up opthomology tomorrow
4/4/

[signature] 4.25.01

| Must See Again? | Days | Weeks | Months | PRN |
|---|---|---|---|---|
| Signature of Consultant: | Beeper No.: | Date: | | Time: |
| Printed Name: | | | | |

MEDICAL RECORD

# RHODE ISLAND HOSPITAL EMERGENCY DEPARTMENT RECORD

CENSUS NO: 77

DISTRICT: 52

IN:
OUT:
ADMIT:

RESCUE UNIT: ACI
PRIVATE M.D.: Allen (ACI)
BROUGHT BY: guard

TIME, PLACE OF ACCIDENT OR ILLNESS:

Pt assaulted this AM. Struck c fists and had head slammed into door. Denies LOC. PEARL, hand grasps strong, ⓡ abrasions and swelling to face. ⊖ resp distress. ⓠ unusual D's (seeing black spots to ⓡ eye)—

TRIAGE RN SIGNATURE: Ferland

WT KG: 99
TEMP: 97.1
PULSE: 58
RESP: 18
BP: 143/84
ALLERGIES: MDA
TIME: 1305

NURSING ASSESSMENT TIME: 1344

**PMH/HOME MEDS:**
Colace
Atenolol
Ecotrin

**IV / MED / OTHER ORDERS:**
Adult DT
# 1400 1

CONSULTS: Ophth

**TEST:** CBC, CHEM-7, U/A, UCG, AMYLASE, LIPASE, ABG'S, LFT'S, PT/PTT, ESR, LACTATE, ETOH, OTHER
**CULTURE:** BLOOD, URINE, WOUND, THROAT, OTHER
**TEST:** ASA/Acetomin, DRUG SCREEN, CK, CKMB, LUMB PUNCT., T & SCREEN, T & CROSS, EKG, MONITOR, ORTHOSTATICS

**FACULTY NOTE:** ☒ PT. SEEN & EXAMINED

Pt assaulted today. ⊕ LOC. c/o floaters in OD only. Unknown tetanus status.
PHYS EXAM: Multiple contusions/abrasions to face. No deformity. EOMI. ⓡ subconj hemorrhage. Remainder of HEENT exam nl. Neck supply.
Return to ACI. Try ophtho tomorrow. No need for CT today.

**DIAGNOSIS:** Concussion - B/O Vitreous Hemorrhage

MD #: 397
MD #: 615

NOTIFIED: ☐ FAMILY ☐ PRIVATE M.D. ☐ SOCIAL WORKER ☐ POLICE ☐ CLERGY ☐ MED. EXAM

PROCEDURE LIST: ☐ INTUBATION ☐ LP ☐ CENTRAL LINE ☐ LAC REPAIR ☐ OTHER

MEDICAL RECORDS

© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**01 Rhode Island Hospital**
# EMERGENCY PHYSICIAN RECORD
## Head Injury

**TIME SEEN:** _____
**HISTORIAN:** __patient __spouse __translator / family_____
__HX / __EXAM LIMITED BY: _____
__PT. SENT IN BY  PMD / OFFICE _____

### HPL  chief complaint:  injury to:
(head)  (face) mouth / lip / chin / nose / ear
\neck
Brief ≅ 1 - 3
Extended = 4+

**occurred:**
__just prior to arrival
__today
__yesterday

**where:**
__home  __school
__neighbor's  __city park
__work  __other

**context:**
__direct blow  __fell  __MVA  √alleged assault

**LOC?**  √no  __dazed  __yes  duration: _____
**IF YES,** remembers:  __injury  __coming to hospital

### ROS   ☑all systems negative except as marked
**NEURO**
__loss feeling / power arms/legs
__headache / neck pain
**EYES & ENT**
__double vision
__hearing loss
**RESPIRATORY**
__trouble breathing
*Reminder-Do Not Forget To Address Column 2 >>>>>

**CVS**
__chest pain _____
**GI & GU**
__nausea / vomiting
__loss of bladder function
**INTEGUMENTARY**
__skin laceration
**CONST**
__recent fever / illness

Problem Pertinent = 1
Extended = 2 - 9
Complete = 10+

**SOCIAL HISTORY** __negative / not significant for current complaint
__Smoker-_____ PPD  __recent ETOH  __drug abuse

**PAST HISTORY** __negative
H+N
PMH / FH / SH
Pertinent = 1 of 3
Complete = 2 of 3

Meds- __none / __see nurses note_____  Amoxil
Allergies- __NKDA / __see nurses note_____

**Coding / Documentation Guide**
Problem Focused = 1 Organ / Area   Detailed Exam = 5 - 7 Organs / Areas
Expanded Problem = 2 - 4 Organs / Areas   Comprehensive = 8+ Organs / Areas

☑Nurses note reviewed  ☐Tetanus immun. current  ☐Vital signs reviewed

### PHYSICAL EXAM   __Exam limited by:_____
Distress- √NAD  __mild  __moderate  __severe
Other- __c-collar ( PTA / in ED )  __back-board  __IV  __splint
**HEAD**  __see diagram
__non-tender  __Battle's sign / Raccoon Eyes
√no swelling

**NECK**
√non-tender
__painless ROM
√trachea midline

__see diagram
__vertebral tenderness
__muscle spasm / decreased ROM
__pain on movement of neck

**EYES**
√PERRL
√EOMI

__ocular entrapment
__subconjunctival hemorrhage
__foreign body
__hyphema
__corneal abrasion
__visual field deficit / decreased vision
__unequal pupils   R pupil __mm   L pupil __mm

**ENT**
__nml external inspection
__pharynx nml

__hemotympanum
__nasal septal hematoma
__TM obscured by wax
__clotted nasal blood
__dental injury / malocclusion

**NEURO & PSYCH**
√alert
√oriented x3
__mood / affect normal

__slow / confused / no response to commands
__repeatedly asks about recent events
__seizing / apneic
__disoriented
   to:  time ( day-of-week  day-of-month
         month  year )  place / person
__aphasic  expressive / receptive

**Glasgow Coma Score   SCORE=____**
Eyes Open- spontaneously (4)  to voice (3)  to pain (2)  none (1)
Speech- nml(5) disoriented(4) inapprop.(3) incoherent(2) none (1)
Motor- nml(6) localizes(5) withdraws(4) flexor(3) ext.(2) none(1)

**cranial nerves-**
√normal
as tested

__facial palsy
__sensory deficit
__tongue deviation ( to R / L )
__hearing deficit ( gross challenge )
__deficit of palate elevation

**cerebellar-**
√nml as tested
√normal gait

__abnormal Romberg test
__abnormal finger-nose-finger
__abnormal gait

**sensorimotor-**
√no sensory deficit
√no motor deficit
__DTR's nml

__weakness
__hemiparesis / hemiplegia ( R / L )
__pronator drift ( RUE / LUE )
__sensory loss

__Babinski reflex ( R / L )
__clonus

T=Tenderness  PtT=Point Tenderness  S=Swelling
E=Ecchymosis  B=Burn  C=Contusion  L=Laceration
A=Abrasion  M=Muscle spasm  PW=puncture wound
(ℓ=without  m=mild  mod=moderate  sv=severe)
Example- Tsv = Tenderness on palpation (severe)

Reflexes

# Rhode Island Hospital
*A Lifespan Partner*
## CONTINUED NOTES

**CC:**

**HPI:** 50 y/o w ♂から HS/ACI who was assaulted c̄ fist; ~26 hrs ago; visited ER, ∅ CT performed @ that time ∅ XR done; c/o floaters (new) OD since then; ∅ flashes

**PMHx:** HTN   **Meds:** Atenolol

**POH:** (-) nadus   **FH/SH:** (-) tob   **Allergies:** ∅

**ROS:** (-) IVDU
(-) T2DM

| sc/cc | c̄ Pict | | | sc/cc | + |
|---|---|---|---|---|---|
| V | < | W | < | N | < |

dry (20/25+2)
M < −50−1.00×110 / plano −1.75×80   AR < 20/25 / 20/25   S(A) Time 1120
(20/25+2)   T < 13/14

**External:** abrasions
**EOM:** full; diplopia
**Pupils:** E, R, ∅ APD    edly   edly   97
**SLE/LL:**
**Conjunctiva-** clear ou
**Cornea-** clear ou   (-) hypoesthesia
**Ant. Chamber-** D/Qu   (-) step-off   16   14
**Iris:** nl ou ∅ traum
**Lens:** clear ou   h/o "cheek fx"

DFE  OD  OS

V/m / F / ∅ / C / V / P

∅ holes / RD / tears / VH

**Impression/Plan:** ① s/p blunt trauma ⇒ ? if truly from fist; ∅ evidence of intra or extraocular trauma pigment
② bilateral redema ⇒ ∅ clinical evidence of fx
③ ref. error ④ floaters → synuresis vs holes/RD/trauma/V

BRIAN A. WELCOME, MD
BHWel