**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

v. C.A. No. 04 - 380 T

**A.T. WALL**, et al.

# ORDER

Presently before the Court is the *pro se* plaintiff's Motion for Sanctions. In the instant motion, plaintiff claims that the defendants have failed to respond to a Request for the Production of Documents as directed by the Court. The Court shall construe the instant motion as a motion to compel, pursuant to Fed.R.Civ.P. 37. Said motion is **denied**. Plaintiff has failed to certify that he has, in good faith, conferred or attempted to confer with the defendants' attorney in an effort to secure the desired information. See Fed.R.Civ.P. 37 (a)(2)(A).

Defendants, however, are reminded to comply with the Order of January 4, 2005. The Court will entertain a further motion to compel, with the possibility of sanctions, for non-compliance with this Court's directive.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
April 5, 2005

17