UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion to compel production of documents as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 27th day of April, 2005, I mailed a true copy of the within Defendants' Objection To Plaintiff's Motion To Compel Production of Documents and accompanying Memorandum to Oliver Lyons, P. O. Box 8274, Cranston, R. I. 02920.

18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. NO. 04-380 T

A. T. WALL, ET AL

MEMORANDUM

Defendants, contemporaneously with the filing of the instant objection, have filed a response to the Plaintiff's request for production of documents. Accordingly, the instant motion should be denied.

Respectfully submitted,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864