**UNTIED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

v. C.A. No. 04 - 380 T

**A.T. WALL**, et al.

**ORDER**

Presently before the Court is the *pro se* plaintiff's Motion to Compel the Production of Documents. In the instant motion, plaintiff claims that the defendants have failed to respond to his Request for the Production of Documents. Plaintiff's Request enumerates documents labeled from a through y. The defendants have objected to the motion to compel, indicating that contemporaneously with their objection, they have supplied to the plaintiff (and to the Court) a response for items a through j. Defendants, however, have not responded to the Request for Production insofar as it pertains to items k through y.

Accordingly, plaintiff's motion to compel is **denied in part, and granted in part**. Plaintiff's motion to compel is denied with respect to items a through j, and granted with respect to items k through y. **Defendants shall respond to plaintiff's Request for Production of Documents insofar as it pertains to items k through y within five (5) days**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
May 5, 2005

FILED

19