UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, et al

DEFENDANTS' RESPONSE TO ORDER OF
SENIOR UNITED STATES MAGISTRATE JUDGE JACOB HAGOPIAN
DATED MAY 5, 2005

Defendants received notice on May 5, 2005 of this Court's Order of the same date denying in part Plaintiff's motion to compel production of documents and granting in part said motion with respect to Items K through Y. Defendants were given five (5) days from the date of the Order to respond.

Defendants respectfully submit that they were only served with Plaintiff's request for production of documents Items A through J. Defendants never received the document seeking production of documents that listed Items K through Y. However, Defendants did receive service of Plaintiff's request for production of documents listing Items 1 through 22 which, in part, duplicates the previous request of Items A through J. Defendants are in the process of preparing responses to said request. Defendants submit that if Plaintiff, in fact, forwards Items K through Y, Defendants shall timely respond to the same.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

20

CERTIFICATION

The undersigned hereby certifies that on this, the 11th day of May, 2005, I mailed a true copy of the within Defendants' Response to Order of Senior United States Magistrate Judge Jacob Hagopian dated May 5, 2005 to Oliver Lyons, P. O. Box 8274, Cranston, R. I. 02920.