United States District Court
For The District Of Rhode Island

Oliver Lyons pro se
V Ca No 04 380T
A T Wall et al

Motion To Appoint Counsel

Now comes the Plaintiff Oliver Lyons who asks this Honorable Court to appoint Counsel.

The Plaintiffs previous motion for appointment of counsel was denied in November 2004 because the Court indicated that circumstances were not "exceptional" and did not warrant appointment of counsel.

The Plaintiffs circumstances have drastically changed since November 2004.

The Plaintiff was moved out of High Security in November 2004 and sent to Intake and then moved to Med 1 Security in March 2005.

Since the Plaintiffs arrival at Med 1 security he has not received one discipline

infraction.
The Plaintiff has been taken for additional MRI and to Rhode Island hospital to see orthopedic doctors who must operate to repair the damage to the Plaintiffs leg and knee.
To give the Plaintiff stabilization doctors must use pieces of his hamstrings or ligaments from a cadaver.
The Plaintiff has a history of high bloodpressure and is worried about having a stroke or clotting problems.
The Plaintiff is being given pain killers and psychotic medication to help him cope with the physical and emotional damage caused by being beaten abused and isolated in Segregation for over five years.
The Plaintiff is taking Vicodin for pain and Xanax for mental illness three times a day.

I am having a hard time with my memory and can't concentrate and find myself crying for no reason whatsoever.
Your Honor I am not being abused or mistreated at Med 1 and yet I am in constant fear and pain.
I am only 55 years old and very intelligent but I find myself having trouble with remembering what I did the day before.
My case has merit and the facts and issues of my case should be made public so that not one other person is ever subjected to the abuse I was.
I'm asking the Court to please appoint Counsel for the stated reasons in my motion.

Plaintiff pro se
Olivia L Lynn
P.O. Box 8274
Cranston, Rhode Island 02920

Certification

I certify that on June 20 2005 I mailed a copy of the enclosed motion to the legal counsel for the Defendants at 40 Howard Avenue Cranston Rhode Island 02920 and to the United State District Court One Exchange Terrace Providence Rhode Island 02903

Plaintiff pro se
Olney J. Lyons
P. O. BOX 8274
Cranston, Rhode Island 02920

FILED