United States District Court
For The District Of Rhode Island

Oliver Lyons
V
A T Wall Etal

Ca No 04 380T

## Motion For Order Compelling Disclosure

Now comes the Plaintiff Oliver Lyons pursuant to Rule 37a who asks this Honorable Court to Compel the Defendants to produce the documents photos, films and other discovery he has requested for the following reasons

The Plaintiff has made very serious allegations of being severely beaten and injured over a five year period. The Plaintiff has submitted to the Court and the Defendants medical records supporting his allegations within the statute of limitations but also additional medical records outside the statute of limitations to show deliberate indifference over a long period of time.

If the Plaintiffs' allegations are proven to be true then there will be very serious implications for the Defendants and a clear Violation of the Plaintiff's rights under the United States Constitution the 8th Amendments prohibition against cruel and unusual punishment and the Plaintiffs' 14th Amendment to Due Process.

The Defendants don't want to produce cutting policies because of safety and security at the ACI
Additional medical records because its a burden
Photos of the Plaintiffs' injuries
Their objection vagueness
Extraction policies more safety and security issues
Films of the Plaintiff be extracted
objection vagueness
Film of the Plaintiff behind the hospital at High Security
objection safety and security
The sealing of an inmates cell after an assault
objection vagueness

What was done with the Plaintiff's bloody clothing after he was assaulted and severely injured?
objection confidential information

Disciplinary Board Tapes where the Plaintiff was found guilty of assault attempted assault and escape. There should be 21 assaults and 3 escapes
The Defendants have 6
The Court has his Complaint CA 04 380T and the Plaintiff's medical records in support of the Plaintiff's allegations.
The Defendants also have the Complaint and copies of the Plaintiff's medical records.
The Plaintiff would submit that all the items he requested from the Defendants are indeed most relevant and necessary to prove his allegations of cruel and unusual punishment and a Violation of his Due Process

There are many documents and items the Plaintiff has requested that the Defendants don't respond to or object to at all

Examples

Captain Headens many reports made at High Security

Bleached soak clothing that was bagged and tagged by Captain Headen for evidence

Reports investigations and photo's taken by Inspector's Langlois Lopez and Mallet

The Discipline records of any Defendants where allegations were made that they abused other inmates

Why the Plaintiff was moved to Med Security in 2002 and returned and moved to Med Security in 2003 and returned and moved to Intake in 2004 and now Med Security on March 22 2005 where the Plaintiff is without one discipline infraction.

I can go on Your Honor

The Plaintiff will submit his Request for Production and the Defendants response and the Defendants Objection to the Plaintiffs Motion to Compel Production of Documents.

If the Court finds that safety, security and confidential information can justify the Defendants withholding relevant discovery and evidence, that would show the Defendants culpable then the Plaintiff would ask that the Court appoint Counsel. This would keep security safety and confidential information from being compromised and would give the Plaintiff access to discovery he is entitled to.

Sincerely

Plaintiff Oliver A. Lynn Pro Se
P.O. Box 8274
Cranston, Rhode Island