United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No. 04 380T

Objection to Magistrate Judge Hagopians Order dated 7 15 05 where Plaintiffs Motion for appointment of Counsel was Denied

Pursuant to rule 72 of the Fed Rules of Civil Procedure the Plaintiff would object for the following reasons.

Justice Hagopians order states

Absent exceptional circumstances, the Court can not appoint counsel in a civil matter.

The Plaintiff would argue that his conditions of confinement and the psychotic medication and pain medication the Plaintiff must take for his numerous physical injuries and the emotional trauma and damage caused by his abuse for over 5 years make it impossible for the Plaintiff to articulate the many allegations and issue in the Plaintiffs Complaint.

The Plaintiff has been moved out of High Security where he was physically and emotionally abused and kept in a punitive Segregation cell for over 5 years.

The Plaintiff has been moved to Med I security and is getting medical treatment and pain medication for fractured ribs 3 different times, torn ligaments where the Plaintiff just had his 3rd MRI for and will undergo surgery.

The Plaintiff has had lacerated kidney, liver, eye cornea, internal bleeding, stitches, cuts and bruises to almost his entire body and in addition multiple fractures to his face and 2 concussions.

I am receiving psychotic medication to deal with what was done to me at High Security.

At Med I security I receive food, showers, recreation with other inmates and have had 2 cellmates.

The staff and officers at Med I are great and I have not received one discipline infraction.

I am safe now and not being abused but I have a hard time sleeping and concentrating and can't remember from day to day.

The psychologist said this is not unusual with people that have been physically and emotionally abused.

I am very safe here and the officers and staff are very professional and yet I find myself crying and confused for no reason.

I would ask you your Honor Justice Torres to please appoint Counsel because my circumstances are "exceptional"

Sincerely
Plaintiff Pro Se

7 22 05 Oliver L Lyons
P.O. BOX 8274
Cranston, Rhode Island 02920

# Certification

This will certify that the undersigned Plaintiff mailed his objection to Magistrate Justice Hagopian's Order dated 7 15 05 on July 22 05 to the United States District Court One Exchange Street Providence Rhode Island 02903 and to the Defendants Legal Counsel 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff pro se
Oliver L Lynn
P.O. Box 8274
Cranston Rhode Island 02920