United States District Court
For The District Of Rhode Island

JUL 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Hagopian
☐ for findings & recommendation
☒ for determination
☐
Ernest C. Torres, Chief Judge
Date: 8/14/05

Oliver Lyons
V
A T Wall Etal

Ca No 04 380T

# Motion For Order Compelling Disclosure

Now comes the Plaintiff Oliver Lyons pursuant to Rule 37a who asks this Honorable Court to Compel the Defendants to produce the documents photos, films and other discovery he has requested for the following reasons

The Plaintiff has made very serious allegations, of being severely beaten and injured over a five year period. The Plaintiff has submitted to the Court and the Defendants medical records supporting his allegations within the statute of limitations but also additional medical records outside the statute of limitations to show deliberate indifference over a long period of time.

**ORDER**

**DENIED.** Plaintiff has failed to certify that he has served the defendants with this motion. Local Rule 12.

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: August 15 2005