United States District Court
For The District of Rhode Island

Lyons
V Ca No 04 388T
A T Wall Etal

Motion For Preliminary Injunction and Temporary Restraining Orders

Pursuant to Rule 65 of The Federal Rules of Civil Procedure that Plaintiff asks that the Honorable Court grant his motion.

In the Plaintiffs Complaint filed on September 2, 2004 the Plaintiff asks for preliminary injunctive relief.

Since the filing of the Plaintiffs Complaint he filed medical records with Affidavits signed by a Notary to support the Plaintiffs allegations made in his Complaint.

After the Plaintiffs Complaint was filed on September 2, 2004 the Plaintiff was moved out of High Security and away from High Security defendants and moved to Intake Service Center Segregation on November 9, 2004

When the Plaintiff arrived at Intake he was assaulted by a uncuffed inmate while the Plaintiff was cuffed and being escorted by an officer Lombardi
Policy for a High Security S R G inmate was not followed.
On November 19, 2004 another MRI showed more damage to an already severely damaged knee.
At Intake the Plaintiff was denied a law cart book cart legal material reading material library books magazines newspapers and made to take cold showers and denied outdoor recreation and locked down before being found guilty of any booking.
The Plaintiff put in numerous Request forms to the law library officer Delaney for legal materials law cart law clerk and to LT Barney and CO Raposa for library books paper, envelopes, hot shower outdoor recreation and I didn't receive anything and they all said I didn't put in written Request. I wrote the Director a letter. Then Deputy Caruso wrote a letter

to Director A T Wall saying I never requested a law cart, law clerk, legal material, library book, hot showers magazines, newspaper

I then submitted numerous Requests to Director Wall showing the Deputy and officers were the liars and I was being abused.

Then on March 22, 05 Director Wall wrote Deputy Caruso telling him I submitted numerous Requests all signed by officers. This is how incredibly stupid they are.

I received a copy of that letter sent Deputy Caruso by A T Wall.

I was then told on March 22, 05 I would be moving to Med I Security. My knee brace and court clothes and most of my property was thrown away before I left.

Now what I'm about to tell the Court is very very important!

Now a Classified S R G High Security inmate is not to be given Med I Classified cellmates nor is he to take recreation with Med I inmates. At Med I I was given cellmates and recreation with Med I Classified inmates. This is Contrary to D.O.C.

policy.
I also was not cuffed for showers
I liked having cellmates and taking
recreation with the Med 1 inmates
I received my hot showers, recreation
law cart law books law clerk legal
materials library books magazines
and newspapers and medication.
Your Honor I'm a good person and
a people person.
I did not received one discipline
infraction not one booking and was
liked by inmates, officers, and nursing
staff and doctors
In July I went to the Classification
Board expect good news because I
had been without one booking since
I arrived on March 22, 05
What I got was one arrogant
ignorant Board Chairman who
stated and this is on tape!
You are staying classified
High Security S R G and you are
going to be getting diesel therapy
Your Honor this was when I told
myself you must ignore this man
and stay booking free and I did
I wrote the Director and told
him what had happened.

In August I was taken to a holding cell that has a camera in it and in walked Warden Whitman and Deputy Hilterman and Captain Vitale. Your Honor they told me I was being put in population at Med 1 Security and would have a T.V. Radio and another cellmate.

They said I was polite, intelligent articulate and would be an asset to the prison population.

I am not ashamed to say I started to cry.

Deputy Hilterman said I will suspend your Seg time if you stay booking free another 6 months.

Warden Whitman said I will expunge your record.

Then they said "We are putting an inmate in your cell so you can get use to having someone in your cell.

I said I've already had cellmates and they were shocked.

On August 15, 05 I was put in A building population with a TV Radio and many other thing like coffee.

I was still Classified High Security
SRG
I was told by counselors and officers
they have not seen this done in
the history of the D.O.C.
I was only in population for
3 hours in A building and was
having a cup of coffee watching
TV and I was told to cuff up
You are going back to Segregation.
Your Honor I was not booked or
Disciplined in any way and the
records show this.
The officer in population A building
said "You didn't do anything"
Five days later on August 20, 05
I was booked for Disobedience
and on August 23, 05 I was
return to Intake Segregation
where I am being abused once
again.
Three weeks ago defendants from
High Security came in to my
cell at Intake and threatened
to gas me and then destroyed
or removed all my medical
record submitted as Exhibits
in my Complaint Ca No 04 380T

Captain Clancy at Intake said "High Security officers do not belong around you and I would have allowed them to go in your cell."
I am now being given cold showers no reading material whatsoever and there isn't a law cart or book cart nor are magazine nor newspapers allowed.
Because I'm in fear of being set up and assaulted I have asked that cuffing policies for a High Security SRG inmate be followed. Because there isn't any locked recreation cage and they refuse to put me outside I am cuffed behind my back for my entire hour recreation and not allowed to shave with a mirror and I am given a razor and told to shave in a cold shower.
I'm asking the Court to order me to a prison in Mass and to issue restraining orders on all Defendants in my Complaint
Ca No 04 380 T

In addition I would ask for restraining orders on the following staff at Intake whom I am in the process of trying to file a lawsuit on.
I am filing on Defendants Wall Etal but my main concern is officers Lombardi, officer Raposa Captain Clancy and LT Barney These are responsible for the most day to day abuse.
I pray this Honorable Courts grants me some relief.
Records document everything in this letter!

Plaintiff Pro Se
Oliver L Lyons
P.O. BOX 8249

Certification

On October 11, 05 the Plaintiff mailed a hand written copy of the enclosed motion to the Legal Counsel of the Defendants at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
Oliver L Lyons