FILED
OCT 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1

# Affidavit

The undersigned Plaintiff would like to submit the following Affidavit and documents in support of the Plaintiffs allegations in his Complaints Ca No 05 433 ML and Ca No 04 380T

The Plaintiff clearly attest under penalty of perjury that the facts alleged in these documents are true and correct to the best of my knowledge and belief.

Attached to this Affidavit is a Travel sheet showing the Plaintiff was moved to Medium Security Segregation from Intake Segregation on March 22, 05

Attached to the Affidavit is a Discipline history sheet showing the Plaintiff remained booking free not one discipline infraction and because of this Warden Whitman and Deputy Hilterman put the Plaintiff in population of Medium Security and the Plaintiff was put in A Mod Left on August 15, 2005

The Travel sheet shows the Plaintiff was moved back to Medium Segregation the same day

August 15, 2005.
The Plaintiff was not booked for any discipline infraction whatsoever and this is shown on his Discipline history sheet. Signed by Counselor Moretti The Plaintiff was given a cellmate T.V. Radio and other items population receives and three hours later the Plaintiff was returned to Segregation.
On August 16, 2005 the very next day the Travel sheet shows the Plaintiff was classified to High Security.
The Discipline history sheet shows I was booked for creating a disturbance on August 23 05 and was moved back to Intake Service Center and put in Segregation
Also attached to the Plaintiff's affidavit is or are two bookings for giving false information to correctional staff.
One was written by Inspector Langlois who said I was "deceitful" and the LT Mitsmenn who read the booking or said he did ~~said~~ said I was "argumentative" and pleaded "guilty" with explanation

You will see from the booking I refused to have it read!!
I was found not guilty and was locked in my cell and denied a shower and recreation before I could prove I was innocent once again!
The 2nd booking was written by Investigato Lawson again for giving false information to correctional staff.
He also calls the Plaintiff "deceitful" and the Plaintiff was locked in his cell and denied a shower and recreation and then found not guilty!

Plaintiff Pro Se
Olwell Lynn Pro Se
P.O. Box 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on this 24 day of October 2005

Notary Public
KATHLEEN Lyon

my commission expires on 5/12/2006