# Affidavit

The undersigned Plaintiff would like to submit the following Affidavit and medical documents to show deliberate indifference to his health in support of the Plaintiffs Complaints Ca 04 380T and Ca 05 433 ML

The Plaintiff has L3 L4 L5 herniated disc's back pain Sciatica and an L5 Root lesion sustained in a serious auto accident.

At Medium Security the Plaintiff was given two pillows to elevate his head and an extra mattress. Now at Intake the Plaintiff had both pillows taken and is being denied an extra mattress despite Doctor's order.

This is a deliberate infliction of pain by Defendant Lombardi and Raposa with them having full knowledge of my back condition.

"Dr. Edoro said "you were jogging in your cell there isn't anything wrong with your back or knee."

"You do pushups in your cell"
The orthopedic doctors will tell you this doesn't have anything to do with my movement from side to side or disc and back pain Sciatica and the pain I must tolerate.
The Therapist told me to jog and do knee bends.

Plaintiff Pro Se
Olivei Lyons
P.O. BOX 8249
Cranston Rhode Island 02920

Sworn and subscribed before me on this day of October 2005

Notary Public

They refused to Notarize or copy!

my commission expires on