/

Affidavit Exhibits Ca No 04 380T

The Plaintiff would like to submit as Exhibits the cuffing policies of an inmate in Segregation at High Security in support of his allegations in Complaint Ca No 04 380T and makes it clear That the Plaintiff clearly attest under penalty of perjury that the facts alleged are True and correct to the best of his knowledge and belief.

The Plaintiff could never leave his cell unless he is cuffed behind his back prior to the opening of his cell door.

When departing the cell block he must be cuffed behind his back and shackled and escorted by a minimum of one officer.

To leave the cell block you must go through two electronically control doors that are opened by an officer in a control center.

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8249
Cranston Rhode Island
02920

Attached to this Affidavit is the cuffing policies of an inmate in High Security Segregation.

Sworn and subscribed to before me on this day of November 2005

Notary Public

5/12/2006

my commission expires