C. READING/WRITING MATERIALS

| | |
|---|---|
| 1 BOOK OF STAMPS | 1 WRITING PAD (NO BACKING) |
| 1 PENCIL | 1 BOX OF ENVELOPES |
| 1 PEN | 2 BOOKS (NO HARD COVER) |
| 3 MAGAZINES | APPROVED SUBSCRIBED NEWSPAPER |

D. PERSONAL HYGIENE SUPPLIES

| | | |
|---|---|---|
| 2 BARS OF SOAP | 1 TOOTHBRUSH | 1 HAIR GEL |
| 1 TOOTHPASTE OR POWER | 2 TOWEL | 1 MUSLIM OIL (IF MUSLIM) |
| 2 ROLLS TOILET PAPER | 1 SHAVING CREAM | |
| 1 PLASTIC COMB & BRUSH | 1 SHAMPOO | |
| 1 SKIN CREAM | 1 DEODORANT | |
| 1 PLASTIC STORE CUP | 1 BATH POWDER | |

2. SHOWERS -TEN MINUTES DURATION NOT TO BE COUNTED AS PART OF RECREATION TIME

3. VISITS - CLERGY AND ATTORNEY OF RECORD AS WELL AS ONE NON-CONTACT VISIT EVERY SIX DAYS.

4. SMOKING IS PROHIBITED – HSC IS A SMOKE FREE BUILDING

5. CELLS MAY BE SEARCHED AT ANY TIME AND WILL BE MAINTAINED IN AN ORDERLY AND SANITARY MANNER AT ALL TIMES. MATTRESS WILL REMAIN ON THE BED AND BEDDING WILL BE TUCKED UNDER MATTRESS. CLOTHING NOT BEING WORN WILL BE FOLDED OR HUNG ON HOOKS PROVIDED.

6. LEGAL ASSISTANCE AVAILABLE UPON REQUEST TO THE SEGREGATION LIEUTENANT. USE OF LIBRARY CART IS LIMITED TO THE INTERVIEW ROOM. INTERVIEW WITH THE LEGAL CLERK WILL BE CONDUCTED AT THE MODULE CELL DOOR.

7. IF AN INMATE IS DETERMINED BY THE SEGREGATION LIEUTENANT TO BE HOSTILE TOWARD STAFF HE MAY BE DENIED OUT OF CELL TIME. THE SUPERIOR IN CHARGE MUST BE NOTIFIED IN THE EVENT THIS IS DETERMINED.

8. ALL SEGREGATION UNIT INMATES WILL BE CUFFED BEHIND THEIR BACK PRIOR TO THE OPENING OF CELL DOOR. WHEN DEPARTING THE SEGREGATION UNIT INMATES WILL BE CUFFED BEHIND THEIR BACK, SHACKLED AND ESCORTED BY A MINIMUM OF ONE OFFICER.

9. STRIP SEARCHING - INMATE SHALL REMOVE ALL CLOTHING FROM THEIR PERSON, PASS ITEMS THROUGH THE CELL DOOR TRAY SLOT TRAP. THE INMATE WILL THEN OBEY ORDERS OF THE OFFICER AS THEY PERTAIN TO STRIP SEARCH PROCEDURES DOC POLICY. UPON COMPLETION, THE INMATES CLOTHING WILL THEN BE RETURNED TO THE INMATE THROUGH THE TRAY SLOT AND THE INMATE WILL THEN DRESS.

10. MEALS TO BE CONSUMED IN CELL. TWENTY MINUTES LATER ALL MEAL RESIDUE WILL BE REMOVED.

11. CELL DOORS AND AIR VENTS WILL NOT BE OBSTRUCTED.

12. ONCE THE INMATE IS IN RESTRAINTS AND OUT OF HIS CELL, THE INMATE WILL AGAIN BE SEARCHED AND PATTED DOWN BEFORE HE IS PUT IN THE COURTYARD.