1

Affidavit, Exhibits Ca No 04 380T

The undersigned Plaintiff would like to submit the following Affidavit and documents in support of his allegations in Complaint Ca No 04 380T

The Plaintiff clearly attests under penalty of perjury that the facts alleged in these documents are true and correct to the best of my knowledge and belief.

The Plaintiff filed a Request For Production of Documents asking for cuffing policies of a segregation inmate at High Security, photos of the Plaintiffs multiple fractures, cuts, bruises and many other items like films, reports, and other relevant items.

The Defendants gave various reasons for not producing the documents asked for by the Plaintiff.

For example under V. The Plaintiff asked for all tapes of the Disciplinary Board where the Plaintiff was found guilty of assault, attempted assault and escape.

The Plaintiff was always cuffed behind his back and or shackled and suffered very severe injuries when he was assaulted and then charged and booked and found guilty by

the Discipline Board of assault, escape, or attempted assault.
The Plaintiff will submit all of these booking that were printed up in 30 seconds by a counselor.
In the Defendants Response to the Plaintiffs Requests for Production they said they located 6 Tapes 12-8-03, 2-26-04, 5-15-03, 10-3-02, 6-30-03 and 9-22-03.
The Plaintiff has attached 19 assaults found guilty and 3 escapes found guilty all while the Plaintiff was cuffed behind his back per R.I.D.O.C. policy for a High Security Segregation status inmate.

Plaintiff Pro Se
Oliver Lyons
P.O. BOX 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on the 10 day of November 2005

Notary Public [signature] 5/12/2006