**RESPONSE:** Objection, the policy in question contains confidential information, which if disseminated to Plaintiff would compromise the safety and security of the ACI.

"J. All tapes of the Disciplinary Board where the Plaintiff was found guilty of assault, attempted assault and escape."

**RESPONSE:** Defendants have located audiotapes of Disciplinary Board hearings held that involve Plaintiff where he was charged with either assault or escape. The dates of the hearings are 12/08/03, 02/26/04, 05/15/03, 06/30/03, 10/03/02, 09/22/03. In light of the fact that for security reasons Plaintiff cannot possess audiotapes, Defendants will make the tapes available to him within 30 days.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Bar No. 3864
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920

CERTIFICATION

The undersigned hereby certifies that on this, the 27th day of April, 2005, I mailed a true copy of the within Defendants' Response to Plaintiff's Request for Production of Documents to Oliver Lyons, P. O. Box 8249, Cranston, R. I. 02920.