Exhibits Affidavit Ca No 04 380T

The Plaintiff would like to submit the following Affidavit and Requests and medical requests to show deliberate indifference to his medical needs for many severe injuries.

The Plaintiff sustained serious knee damage on Nov 3 01 and on Nov 14 01 on MRI confirmed very severe ligament injuries.

In Nov 2004 the Plaintiff was assaulted again and sustained further damage and more pain and suffering. An MRI on Nov 19 04 confirmed additional damage.

In April 05 the Plaintiff had another MRI.

The Chief of orthopedic surgery said "this man needs an operation and you people have him in a Segregation cell without therapist or any rehab if I operate."

I told the doctor I do squatts and jog but if I move from side to side or put pressure on it it buckles and swells up causing a lot of pain.

I was finally given another knee brace by the therapist.

Then The Deputy Kettle and Intake and officers put me in a cell with a camera and showed a Dr. Edoro a tape of me jogging and doing squats.

I have been told by therapists and the orthopedic doctors that I must do this.

I am in a cell 23 hours a day M-Fri and all day Sat and Sunday.

I have to do this despite the pain to maintain my strength in my right leg and health to the rest of my body.

Dr Edoro said "There isn't anything wrong with your knee"

I gave my knee brace back to a nurse because I was be harassed and told by officers that I didn't need a knee brace.

I have tried to stay in shape my whole life and was All State 3 times in both my Jr and Sr years in High School and drafted by The New York Yankees.

Plaintiff Pro Se
Oliver Lyons

Sworn and subscribed before me on this 10 day of November 2005
Notary Public

5/17/2006