UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Mr. Oliver Lyons

RE: CA 04-380T

Oliver Lyons v. A.T. Wall, et al

ORDER

I have reviewed your document(s) presented to the Clerk's Office on 12 / 1 / 05 and have made the following determination:

_____ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

_____ Your document(s) are hereby refused and returned to you for the following reason(s):

_____ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11)

X 2. All motions and objections must be filed in duplicate, with accompanying memoranda filed in triplicate. (Local Rule 12 and General Order 02-01 as amended)

_____ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (Local Rule 12)

_____ 4. New cases must be accompanied by:
a) Civil Cover Sheet (Local Rule 11)
b) Summons (Fed. R. Civ. P. 4)
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

_____ 5. Papers will not be accepted for filing without Certification of Service. (Local Rule 12)

_____ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses and Objections (Fed. R. Civ. P. 34 & 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2) ), shall file all pertinent portions of discovery material with the motion and copies (Local Rule 13).

_____ 7. All Checks must be made payable to **Clerk, U.S. District Court.**

_____ 8. Document violates Amended General Order 2002-01.

X 9. Other: Need original documents

ENTER: [signature]

United States Magistrate Judge

Date: 12/1/05

cc: Counsel of Record

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall IIetal

Ca No 04 380T

Plaintiffs 12.1 Statement Of
Undisputed Facts

Now comes the Plaintiff and hereby submits the following statement of undisputed facts pursuant To Local Rule 12.1

1. The Plaintiff at all pertinent times was a Rhode Island penal inmate

2. That the Plaintiff was a High Security Classified SRG Segregation inmate and at all times must be cuffed behind his back prior to the opening of cell doors.

3 Medical records show the Plaintiff was treated on June 14 2000 with Quell to his entire body for scabies contacted from filthy cells

4 That medical records show the Plaintiff was transported to Rhode Island hospital on 10 18 00 with injuries to his forehead back of head, neck, shoulder, temple abrasions and suffered loss of consciousness and frontal abrasions and eye abrasion.