1

United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall ll et al

Ca No 04 380T

Plaintiffs 12.1 Statement Of Undisputed Facts pursuant to Local Rule 12.1

Now comes the Plaintiff and hereby submits the following statement of undisputed facts pursuant to Local Rule 12.1

1. The Plaintiff at all pertinent times was a Rhode Island penal inmate

2. That the Plaintiff was a High Security Classified SRG Segregation inmate, and at all times must be cuffed behind his back prior to the opening of cell doors.

3 Medical records show the Plaintiff was treated on June 14 2000 with Quell to his entire body for scabies

4 That medical records show the Plaintiff was transported to Rhode Island hospital on 10 18 00 with injuries to his forehead back of head, neck, shoulder, temple abrasions and suffered loss of consciousness and frontal abrasions and eye abrasion.

5 The medical records show that on 10 20 2000 the Plaintiff was again treated with Quell for a rash of scabies.

6 On 11 9 2000 the Plaintiff sustained a dislocated thumb and fractured thumb and had to have his thumb operated on and pins inserted.

7 The Plaintiff then had to remove his cast because it had been put over an infection of scabies and the pins and thumb became caused my thumb to swell and become infected.

8 On 12 7 00 Rhode hospital contacted the D.O.C because I had untreated scabies and exposed them to it.

9 The Plaintiff had to be operated on to remove the pins and be treated with Quell once again.

10. Medical records show the Plaintiff was transported to Rhode Island hospital on 4 18 01 with multiple contusions and abrasions to the Plaintiffs face and abrasions and concussion and serious eye damage

11 Medical record show on 11 3 01 the Plaintiff was transported to Stat Care Emergency Center with multiple abrasions and serious knee injuries

12 Medical records show the Plaintiff was transported back to Stat Care Emergency on 11 4 01 to have blood drained from his knee.

13 Medical records show the Plaintiff had an MRI on 11 14 01 confirming (3) ligaments tears and meniscus damage to his knee.

14 Medical records show the Plaintiff was transported to Stat Care Emergency on 12 17 01 and treated for multiple contusion and abrasions to most of his body and that the Plaintiffs 8th and 9th ribs were fractured

15 Medical records show that on August 28, 02 he was treated at Intake hospital for abrasions to his forehead, left cheek and swollen jaw.
An MRI was suggested for possible dislocation but the Plaintiff was never taken.

16 Medical records that the Plaintiff was assaulted while cuffed on December 30, 2002 but refused medical treatment until January 3, 03 and that the Plaintiff sustained fractured ribs, lacerated kidneys internal bleeding for weeks and lacerations over his left eye.
The Plaintiff was refused medical treatment on Dec 30, 2002 despite urinating blood for 4 days

17 Medical records show that on June 11 03 the Plaintiff was transported to Rhode Island hospital and rushed into the Trauma Unit with multiple facial fractures corneal abrasions and neck pain.
Medical records show the Plaintiff was to be scheduled for eye doctor and plastic surgery

18 Medical records show the Plaintiff was treated for a head injury at Med / Security after being assaulted by a State Marshal caught on film.
Correctional officers said "nothing happened" and I "self inflicted." They lied!
The nurse put in her notes
"Inmate Lyons was assaulted by another inmate on his way to court" She lied!

19 Medical records show I sustained 4 large bruises to my legs and lower back on August 29 2003 and pictures were taken at District Court in Providence.

20 Medical records show the Plaintiff sustained serious cut to his head on Feb 26, 04 needing stitches and other cuts and bruises to nose and ribs. X Rays inconclusive because of previous rib fractures did not completely heal!

21 Medical records show the Plaintiff has had 3 MRI's on his right knee on Nov 14 01 Nov 19, 04 and April 2005 and for four years have been in need of an operation, Therapy and knee brace

22 Prison records show the Plaintiff was moved from High Security on July 9, 2002 to Medium 1 and returned to High Security on July 16 2002

23 Prison records show the Plaintiff was moved from High Security on July 9 2003 and moved to Medium 1 and returned to High Security on August 19, 2003

24 Prison records show the Plaintiff was moved from High Security on Nov 9 2004 to Intake Service Center and then moved from Intake on March 22, 05 to Medium Security and then moved from Medium on August 23, 05 back to Intake and then moved from Intake on Nov 17, 05 to Maximum Security Segregation.

25 D.O.C Doctor's Edoro and Melnick said in November 2005 that the Plaintiff does not have any knee damage No ligaments Tears nor meniscus damage to his knee

26 The Plaintiffs pain medication Vicodin was D'cd in August 2005 because it was said the Plaintiff sold his medication. The Plaintiff was never booked nor disciplined for any infraction whatsoever

Plaintiff
original signature Olivier d Leguere

Certification

The undersigned certifies on this 1st day of December 2005 that I mailed copies of the Plaintiffs Statement of undisputed Facts to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and United States District Court One Exchange Terrace Providence Rhode Island 02903

Plaintiff
original signature Olivier d Leguere