# Affidavit

The undersigned Plaintiff states that the following medical records are true copies of the Plaintiffs medical records and he would like to submit them in support of the allegations in the Plaintiffs Complaint Ca 04 380 T

Plaintiff

original signature

P.O. Box 8249
Cranston, Rhode Island 02920

Sworn and subscribed to before me on 21 day of January 2005

Notary Public

KATHLEEN LYNN
5/12/2006

Medical record Exhibits in
Support of Complaint Ca 04 380T
November 3, 01 1A 1B 1C 1D 1E
Multple abrasion and 3 torn ligaments
December 17 01 2A 2B 2C 2D
Fractured 8th and 9th ribs and
multiple contusions and abrasions to
most all of my body
August 28, 02 3A 3B 3C
Abrasions to Plaintiffs forehead, left
cheek swollen jaw
December 30, 02 4A 4B 4C 4D
Fractured rib, locerated kidneys,
internal bleeding for weeks and
loceration over left eye
June 11, 03 5A 5B
multiple facial fractures, corneal
abrasion, neck pain,
will be additional medical records
August 14, 03 medical records
will be forwarded
The assault was caught on film
August 19, 03 6A 4 large bruises
Feb 26, 04 stitches to my head
rib injuries inconclusive
laceration on nose