# Affidavit

I the undersigned Plaintiff make the the following Statements in support of his Complaint Ca 04 380 T

The Plaintiffs injuries were sustained by being severely beaten by correctional officers.

The Plaintiff has never been booked for self injurious behavior or self mutilation for any of the injuries he was taken to the hospital and treated for.

The Plaintiff would love for the Defendants to show the court that the Plaintiffs severe injuries were self inflicted!

Plaintiff
Olwei I. Lyons
P.O. BOX 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on this 21 day of January 2005

Notary Public

Kathleen Lyons
5/12/2006