# Affidavit

I the undersigned Plaintiff in support of Complaint Ca 04 380 T make the following statements and swear they are true.

The Plaintiff has been booked by correctional officer for physically assaulting them 21 times and also for escape 3 times. The Discipline Board has always found the Plaintiff guilty.

The Plaintiff has never been State charge with physically assaulting a correctional officer nor staff and the 3 escape charges the Plaintiff was found guilty by the Discipline Board but not State charged!

Plaintiff

Olvell S Lyons

P.O. Box 8249

Cranston, Rhode Island 02920

Sworn and subscribed to before me on the 21 day of January 2005

Notary Public

5/12/2006

Kathleen Lyons