# Affidavit

The following medical records are true copies of the Plaintiffs medical records and the Plaintiff submits them in addition to other medical record previously submitted in support of the allegations in the Plaintiffs Complaint Ca 04 380T The Plaintiff submits these records although the Statute of limitations may have run out to show that there was deliberate indifference to the Plaintiffs beatings and abuse prior to the allegations of abuse and beatings and severe injuries made in the Plaintiffs Complaint Ca 04 380T

Plaintiff
Olwell A. Rogers
P.O. BOX 8249
Cranston Rhode Island 02920

Sworn and subscribed to before me on this 2 day of February 05

Notary Public

10 18 00 Rhode Island hospital
Injuries to the Plaintiffs forehead,
back of head, neck, shoulder temple
abrasions and loss of consciousness
frontal abrasions and eye abrasion
11 9 00 dislocated and fractured
thumb cast was put over an
infection of scabies causing the
Plaintiff to scratch and itch constantly
Plaintiff had a rash over entire
body.

4 18 01 multiple contusions and
abrasions to the Plaintiffs face and
concussion serious eye damage
Transported to Rhode Island
hospital