UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

          v.                            CA No. 04-380-T

ASHBEL T. WALL, et al.

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER

Petitioner's motion for a preliminary injunction and/or temporary restraining order is hereby denied.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: February 7, 2006