UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA No. 04-380-T

ASHBEL T. WALL, et al.

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER**

Petitioner's motion for a preliminary injunction and/or temporary restraining order is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: February 7, 2006