UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A, T, WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for summary judgment as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 14th day of ~~January~~ FEBRUARY, 2006, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion For Summary Judgment and accompanying Memorandum to Oliver Lyons, P. O. Box 14, ~~8273, Cranston, R. I. 02920.~~ New Hampshire State Prison, Concord, N. H. 03302.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A, T, WALL, ET AL

MEMORANDUM

Plaintiff has filed with this Honorable Court a motion for summary judgment and also filed a Memorandum, nine pages in length. Much of said nine pages consist of the Plaintiff voicing his objections over the Defendants' conduct during discovery and Plaintiff's displeasure with the discovery orders entered by this Court. The only references in Plaintiff's memorandum to the merits of his case is found on Page 1, where in conclusional fashion, Plaintiff claims he was assaulted by the Defendants and sustained life-threatening injuries. Defendants deny these allegations, as indicated in their 12.1 statement of disputed facts, filed contemporaneously herewith.

Accordingly, Defendants urge that the Plaintiff's motion be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864