UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' 12.1 STATEMENT OF DISPUTED FACTS

1. At no time have any of the Defendants ever used excessive use of force on the Plaintiff.

2. On numerous occasions, Plaintiff himself has caused serious injury to himself.

3. Plaintiff has requested in writing, to be, at all times of movement, handcuffed behind his back.

4. The injuries at issue were sustained as a result of the Plaintiff's own actions, inflicting said injuries upon himself.

DEFENDANTS,
By Their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920

CERTIFICATION

The undersigned hereby certifies that on this, the ~~31st of January~~ 14th of February, 2006, I mailed a true copy of the Defendants' 12.1 Statement of Disputed Facts to Oliver Lyons, ~~P. O. Box 8273, Cranston, R. I. 02920.~~ P.O. Box 14, New Hampshire State Prison, Concord, N.H. 03302.