1

United States District Court
For The District Of Rhode Island

FILED
FEB 23 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Oliver Lyons
v
A T Wall Etal

Ca No 04-380 T

**Plaintiff's Answers To The Defendant's 12.1 Statement Of Disputed Facts**

Defendants 1. At no time have any of the Defendants ever used excessive use of force on the Plaintiff.

answer The Defendants have "maliciously" and "sadistically" assaulted the Plaintiff repeatedly causing very serious bodily harm to the Plaintiff and severe pain and suffering.

Defendants 2. On numerous occasions, Plaintiff himself has caused serious injury to himself.

answer The Plaintiff has listed the dates and circumstances of the assaults committed by the cowardly Defendants on the Plaintiff and the injuries sustained by the Plaintiff and the Plaintiff

woud ask the Defendants legal Counsel to produce extraction tapes and surveillance film that would show the Plaintiffs injuries were "self inflicted" Does the Defendants legal Counsel have any film to show the following injuries were self inflicted

10 18 00 The Plaintiff was beaten unconscious by Defendant Dennett and sustained injuries to his forehead, back of head, neck, shoulder, Temple abrasions, frontal abrasions, and eye abrasions and Concussion Transported to R I hospital

4 18 01 multiple contusions and abrasions to the Plaintiffs face and serious eye damage and Concussion Transported to R I hospital

11 3 01 Multiple abrasions to arms and neck and three torn ligaments damaged meniscus and patella Transported to State Care Emergency

12 27 01 Fractured 8th and 9th rib and multiple contusions and abrasions to almost all the Plaintiffs body Transported to Stat Care Emergency

8 28 02 Abrasions to the Plaintiffs forehead left cheek and swollen and dislocated jaw. Taken to Intake hospital

12 30 02 Fractured 10th rib lacerated kidneys internal bleeding for weeks and lacerations over left eye. Letted in a cell for 5 days w/o medical treatment and then transported to R I hospital on 1 4 03 Officers would not allow doctors to continue treatment

6 11 03 Multiple facial fractures corneal abrasion cuts and neck pain Transported to R I hospital Extraction and surveillance film

8 14 03 assaulted at Med I security by a State Marshal caught on film Head injury Officers and nurse attempt to cover up by saying I self inflicted

8 19 03 four large bruises to my crotch area and back of legs
Pictures taken at District Court per Chief Justice De Robbio
2 26 04 cut needing stitches to the back of the Plaintiff head rib injuries and lacerations on my nose
Plaintiff refuses to go to Rhode Island hospital with the same officers who assaulted him so there is an extraction.
There are two films an extraction tape and surveillance tape

The following is all you have Attorney Grant and you are attempting to hoodwink Chief Justice Torres and Magistrate Hagopian
An inmate is given a booking or discipline infraction for "self injurious" behavior
The Plaintiff was booked once for "self injurious" behavior and it was dismissed after he had written Superior Court Justice Keough and Defendant A.T. Wall

The late Defendant LT Patnaude lefted the Plaintiff cuffed behind his back for 23 hours without water food or toilet
To escape the abuse the Plaintiff told nurse Greyclus at High Security he was suicidal so he would be sent to Intake Psych Unit
Defendant Patnaude said "The only way you are going to Intake is if you harm yourself"
I pretended to bang my head off on film and Defendant Patnaude came to the cell and uncuffed me and put me back in Segregation with two food tray and two drinks.
I was not injured
The booking for "self injurious" behavior was dismissed
The Plaintiff said he was suicidal and wanted to go to Intake Psych Unit so they couldn't beat me
The late Defendant Yakey and psychiatrist Frederic Friedman said "You are bluffing", and I was put behind the hospital

at High Security.
I was told I was below minimum standards and given only a suicide blanket no mattress blankets water flushing toilet nothing to eat with and the cell was very very cold Because there was only an officer working behind the hospital from 7-3 so they had to pay overtime from 3-11 and 11-7 seven days a week.
I was in the cell for 58 days Officers would taunt me by telling me repeatedly to commit suicide and stand outside my cell with ketchup on their wrists.
They would tell me they were going dig up the bones of my dead sister and mother.
I don't know how they found out my sister and mother died of breast cancer and they would repeatedly ask me "Who cut off your mother and sisters tits"
These are sick crude cowardly bastards who will rot in hell

I took a large bite out of my left wrist the size of a half dollar and they still refuse to send me to Intake Psych Unit
Then I cut my wrist with a toothbrush and then a lid and they still refuse to move me.
They nurse Cheryl Bailey witnessed all of this and said It was abuse and costing them a fortune in overtime.
They have film of this Chief Justice Torres.

Defendant Plaintiff has requested in writing, to be at all times of movement, handcuffed behind his back.

Answer If the Defendants read the cuffing policies for a High Security SRG Punitive Segregation, Classified inmate, they will find
"All High Security Punitive Segregation inmates will be cuffed behind their back at all times prior to the opening of the cell door."
You will be put in a locked

recreation cage
I didn't belong at Intake
Attorney Grant with nonsentenced
inmates and I am not suppose
to be in an unlocked recreation
area without handcuff on.
I wanted policy to be followed
so I couldn't be set up.

Defendant 4. The injuries at issue were sustained
as a result of the Plaintiffs own
actions, inflicting said injuries
upon himself.

Answer You obviously belong in a psych
hospital with the Defendants
Attorney Grant or prison.

Certification

The Plaintiff hereby certifies that he mailed two copies of his answers to Defendants 12.1 Statement of Disputed Facts to the United States District Court One Exchange Terrace Providence Rhode Island 02903 and the Defendants Legal Councel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se

Albert Lyman