# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**OLIVER LYONS**

v.   C.A. No. 04 - 380 T

**ASHBEL T. WALL**, et al.

## O R D E R

Plaintiff's motion to amend his Complaint pursuant to Fed.R.Civ.P. 15 is hereby **GRANTED**. Plaintiff is directed to serve a copy of the Amended Complaint on the defendants' legal counsel in this matter, Michael B. Grant, Esq.

_____
Jacob Hagopian
Senior United States Magistrate Judge
April 26, 2006