**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 04 - 380 T**

**ASHBEL T. WALL**, et al.

# ORDER

Plaintiff's motion to amend his Complaint pursuant to Fed.R.Civ.P. 15 is hereby **GRANTED.** Plaintiff is directed to serve a copy of the Amended Complaint on the defendants' legal counsel in this matter, Michael B. Grant, Esq.

Jacob Hagopian
Senior United States Magistrate Judge
April 26, 2006