United States District Court
For The District Of Rhode Island

RECEIVED
MAY 15 2006
Property of U.S. District Court
District of Rhode Island

Oliver Lyons
v
A T Wall Etal

Amended Complaint No 04 380T

Plaintiff's Requests For The Production Of Documents

Pursuant to Rule 34 of the Federal Rules of Civil Procedure the Plaintiff requests the Defendants produce the following documents

1. Any rules, regulations and policies of the Department Of Corrections pertaining to an inmate Classified High Security Segregation.

2 Any and all medical records of the Plaintiff while housed at High Security.

3 All written statements original or copies identifiable as reports including discipline infractions and medical records, photos of injuries, films about the following incidents 10-18-2000, 4-18-01, 11-3-01, 12-17-01, 8-28-02, 12-30-02, 6-11-03, 8-14-03, 8-19-03, 2-26-04 2-27-04.