**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**OLIVER LYONS**

**v.** **C.A. No. 04 - 380 T**

**ASHBEL T. WALL**, et al.

**ORDER**

On April 26, 2006, this Court granted plaintiff's motion to Amend his Complaint. A review of the case file, however, demonstrates that, to date of this Order, Plaintiff has not filed his Amended Complaint with the Court. If the plaintiff still seeks to file his Amended Complaint with the Court, plaintiff is directed to do so within 10 days of this Order.

Jacob Hagopian
Senior United States Magistrate Judge
June 20, 2006