UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion to compel discovery as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By their Attorney,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this the 15 of June, 2006, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion to Compel Discovery and accompanying Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

MEMORANDUM

Plaintiff seeks to compel answers to interrogatories that have been propounded. Defendants contemporaneously with the filing of this objection have answered and responded to Plaintiff's interrogatories. Accordingly, Plaintiff's motion should be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864