/

United States District Court
For The District Of Rhode Island

Oliver Lyons pro se
v. 
A T Wall Etal

Amended Complaint
Ca No 04 380T

Plaintiffs Objection To Memorandum And Order Of Magistrate Hagopian dated June 27 06

On May 10 06 the Plaintiff sent a Request For Production Of Documents with Memorandum To The Defendants with certification and the Plaintiff also had a Counselor call the defendants legal Counsel to make sure they were in receipt of the Plaintiffs Requests

The Defendants answered with its Confidential its a burden and its inadmissable evidence.

None of the reasons given by the Defendants for not forwarding requested discovery is supported by case law quite the contrary Memorandum of law supports the Plaintiffs Requests.

On May 25 06 plaintiff filed a motion to compel the defendants to produce photos of the Plaintiff's injuries Surveillance tapes extraction tapes cutting policies reports and other relevant discovery pursuant to Fed R Civil P 37a
The defendants objected
Magistrate Hagopian denied my Motion To Compel
The reason proffered by Magistrate Hagopian was the Plaintiff failed to certify that he has in good faith attempted to secure these items from defendants without Court action pursuant to Fed R Civil P 37a 2 B
The Plaintiff followed the Fed R of Civil Procedure and the defendants avoided forwarding obvious relevant discovery for reason not supported by any Memorandum of law.
They were in receipt and gave answers of its a burden its Confidential and now its inadmissable!

The Defendants are telling the Court whats admissable. This Court has allowed the defendants to withold all relevant discovery for two years now. Magistrate Hagopian directed the Plaintiff to Confer with the defense counsel for the desired information and if unsuccessful may re file the instant motion. Magistrate Hagopian is aware the Plaintiff is in a Segregation cell for the last 6 years 2 months without phone calls, visits, radio T.V and very limited use of the law library and must go through a law clerk and cannot leave his cell. Magistrate Hagopians Order is Arbitrary and without merit. The Federal Courts will not allow the defendants to avoid relevant discovery because its a burden or Confidential and now its inadmissable.

 4

On May 3, 06 The Plaintiff sent interrogatories to all of the defendants pursuant to Fed. R. of Civil P. and the defendants refused to answer.
On June 7, 06 The Plaintiff filed a Motion to Compel pursuant to Fed R of Civil P. 37a with certification and the Plaintiff had a counselor call to make sure they were in receipt of the interrogatories. Again Magistrate Hagopian denied my motion to Compel.
This is more than judicial bias or misconduct. This is a denial of my "Due Process" and the Plaintiff would ask the Court to review this Magistrate rulings or rule on my Complaint and let the Plaintiff proceed to the 1st circuit Court of Appeals.

Plaintiff pro se
Oliver Lynn
P. O. Box 8273
Cranston Rhode Island 02920

Certification

On July 5, 06 the Plaintiff mailed the original and a copy of the Plaintiff's Objection to Magistrate Hagopians Order dated June 27, 06 to Mr. Chief Justice Torres the Presiding Justice on Case 04 380 T and a copy to the Defendant legal Counsel 40 Howard Ave Cranston, Rhode Island 02920

Plaintiff pro se
Oliver A. Rymer
P.O. Box 8273
Cranston, Rhode Island 02920