**U.S. Department of Justice**

Federal Bureau of Investigation

In Reply, Please Refer to
File No.

10 Dorrance Street, Suite 900
Providence, Rhode Island 02903
401-458-1119

June 22, 2006

Mr. Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02920

Dear Mr. Lyons:

We have received your letters dated June 9 and June 10, 2006, along with the associated documents you provided. Aaron Aldrich, Director of Investigations at the Adult Correctional Institution (ACI), was contacted and advised that his office is aware of your allegations and is currently investigating them. In addition, the results of their investigation will be forwarded to Rhode Island State Police, who have Detectives assigned to the ACI.

We have forwarded a copy of your letters and documents to the Rhode island State Police for their review. This office is conducting no investigation in this matter.

Sincerely,

KENNETH W. KAISER
Special Agent in Charge

Nicholas J. Murphy

By:
NICHOLAS J. MURPHY
Supervisory Special Agent

ephen Lynch
:tective, Commander,
Rhode Island State Police