United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 04 380T

Motion For Appointment Of Counsel.

The Plaintiff will once again ask for appointment of counsel for the following reasons.

The Plaintiff is once again being denied all access to law library law clerk, law books copies and his medical records, Complaint and all Pretrial Memorandum has been removed from his cell.

The Court has previously denied the defendants motion to dismiss and found that the Plaintiff stated a claim for 1st Amendment Violations for the Plaintiff being denied legal materials, law clerk law cart law books and court access and found that defendants had taken retaliatory action

against The Plaintiff.
The Court also found the Plaintiff stated a claim for 8th Amendment Violations.
Contrary to D.O.C. policy the Plaintiff was forced to take recreation and showers with other inmates who are Classified Maximum Security.
The Plaintiff was set up and received 20 stitches to close a cut over his left eye.
The other inmate was knock out sustaining two black eyes swollen jaw and stitches to the back of his head and the inmate was unconscious and could have died.
The Plaintiff is 56 years old and was also taken to Kent County hospital. All on Surveillance tape.
Chief Justice Torres Order dated 8 16 06 said "It seems clear that any attempt by

Lyons to confer with defence Counsel would be futile."
This would meet the "exceptional circumstances" that a Plaintiff must show to have Counsel appointed.
For the reason proffered The Plaintiff would asks that Counsel be appointed.

Plaintiff Pro Se
8 21 06 Oliver Lyons
P.O. BOX 8273
Cranston, Rhode Island 02920

Certification
The Plaintiff certifies that he mailed hand written copies of his Motion to appoint Counsel to the United States District Court One Exchange Terrace Providence Rhode Island 02903 and to Attorney Grant 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff
8 21 06 Oliver Lyons
P.O. BOX 8273
Cranston Rhode Island 02920