UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

MEMORANDUM

Plaintiff seeks to compel answers to interrogatories that have been propounded. Defendants contemporaneously with the filing of this objection have answered and responded to Plaintiff's interrogatories. Accordingly, Plaintiff's motion should be denied.

Respectfully submitted,

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864