Case 1:04-cv-00380-T Document 52 Filed 06/07/2006 Page 1 of 2

United States District Court
For The District Of Rhode Island

Lyons
v
A T Wall

Amended Complaint
Ca No 04 380T

Motion For Order Compelling Discovery

Plaintiff moves this Honorable Court pursuant to Rule 37 a of the Federal Rules of Civil Procedure compelling Defendants Wall Anderson Di Mezza Violante Duarte and Dennett to answer fully interrogatories copies of which are enclosed hereto.

Plaintiff submitted these interrogatories pursuant to rule 33 of the Federal Rules of Civil Procedure on May 3, 06 but have not yet received any answers

June 5, 06

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920

ORDER

DENIED. Plaintiff has failed to supply the Court with a copy of the interrogatories that he seeks answered. See L.R.Cv. 33(a).

Jacob Hagopian
Senior U.S. Magistrate Judge
Date: September 5, 2006

Case 1:04-cv-00380-T Document 52 Filed 06/07/2006 Page 2 of 2

Certification

On this 5th day of June 2006 the undersigned mailed the original and copy of his Motion to Compel with Interrogatories to United States District Court One Exchange Terrace Providence Rhode Island 02903 and a copy to the Defendants Legal Counsel Attorney Grant 40 Howard Avenue Cranston, Rhode Island 02920

June 5, 06

Plaintiff Pro Se
[signature]
P.O. Box 8273
Cranston, Rhode Island 02920