United States District Court
For The District Of Rhode Island

Lyons
V
A T Wall Etal

Ca No 04 380T

Objection To Magistrate Hagopian's Order dated September 5, 2006 where the Magistrate denied the Plaintiff's Motion To Compel the Defendants to answer interrogatories.
The Magistrate said the Plaintiff failed to supply the Court with a copy of the interrogatories to be answered.
The Plaintiff supply the Court with two copies and will once again mail a copy to the Court and the Defendants

Plaintiff Pro Se
Sept 7, 06 Oliver Lyons
P.O. BOX 8273
Cranston Rhode Island
02920

Certification

The Plaintiff mailed copies of his Objection to Magistrates Hagopians Order dated September 5 2006 where he denied the Plaintiffs Motion to Compel Defendants to Answer interrogatories in Complaint 04 380 T

The Plaintiff mailed copies to the United States District Court at One Exchange Terrace Providence Rhode Island 02903 and the Defendants Legal Counsel at 40 Howard Avenue Cranston, Rhode Island 02920

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island
02920