United States District Court
For The District Of Rhode Island

Lyons
v
A T Wall Etal

Ca No 04 380T

Plaintiffs Interrogatories to The Defendants

In accordance with rule 33 of the Federal Rules of Civil Procedure. Plaintiff requests that Defendant Duarte answer the following interrogatories under oath and that the answers be signed by the person making them and be served on the Plaintiff within 30 days of service of these interrogatories.

These interrogatories shall be deemed continuing to as to require supplemental answers as new and different information materializes.

1. On June 11, 03 were you working the 7-3 shift in F block High Security?

2. On June 10, 03 did you write two discipline infractions on Plaintiff and was the Plaintiff then locked in and fed until seen by the board.

Interrogatories Defendant Duarte Ca No 04 380T

3. When you came to the Plaintiffs cell on June 11, 03 you told him he wouldn't be getting or recreation because he received four bookings the day before is that correct.

4. On June 11, 03 did you return to the inmates cell F2 at about 745 am and ask the Plaintiff if he wanted a shower and recreation while Captain Anderson was standing out of sight in the inter lock between E block and F block?

5. When the Plaintiff refused to answer you did Captain Anderson run to the Plaintiffs cell and call him a liar and order the Plaintiff to cuff up?

6. Did you tell Captain Anderson the Plaintiff was locked in and fed until seen by the Discipline Board because you had written bookings on June 10, 03

Interrogatories Defendant Duarte Ca No 04 380T

7. Why was Captain Anderson standing out of sight between F block and E block inter-lock?

8. The Plaintiff had complained he wasn't getting showers and recreation and told this to Captain Anderson and you were aware of this correct?

9. On June 11, 03 were you a member of the extraction team that extracted the Plaintiff?

10. How did the Plaintiff receive multiple fractures to his face, cuts and bruises and lacerated eye cornea?

11 Wasn't a Camera present showing the Plaintiff extracted and filmed going down a corridor to see the nurse and then put in a cell with a Video tape?

12 Shouldn't there be two films of the Plaintiff in the cell behind the hospital?

Interrogatories Defendant Duarte CA No. 04 380T

13. Was the Plaintiff transported to Rhode Island hospital and rushed into the Trauma 1 unit?

14. Was the Plaintiff in the middle of the floor on his belly when you entered his cell F2?

15. Did you and LT Patnaude take pictures of blood in the Plaintiffs cell and claim it was there prior to the extraction and that the Plaintiff self inflicted?

16. If the blood was in the cell prior to the extraction where is the Plaintiff?

17. You didn't remove the Plaintiff from his cell and take pictures of blood and then put him back in his cell did you?

18. On February 26, 2004 did you and Defendant Violante cuffed

Interrogatories Defendant Duarte Ca No 04 380T

the Plaintiff behind his back and escorted him down a corridor to a metal detector?

19. How did the Plaintiff end up hitting a steel frame cutting his head that eventually needed stitches to close?

20. Didn't you and Defendant Violante continue to drag the bleed Plaintiff down the corridor through a metal detector and the grab him by the neck and put him outside in an outside recreation cage and leave him bleeding without medical attention?

21. You then wrote a discipline infraction claiming the Plaintiff assaulted you despite the Plaintiff being cuffed behind his back and you not receiving any injuries whatsoever is that correct?

Interrogatories Defendant Duarte Ca No 04 380T

22 On December 17, 2001 how did the Plaintiff receive cut abrasions and bruises to almost his entire body and fractures of his 8th and 9th rib?

23 Wasn't the Plaintiff transported to Stat Care Emergency Center and the Administration notified because they suspected abuse?

24 Have you ever sustained any injuries whatsoever from being assaulted by the Plaintiff all the time the Plaintiff has been at High Security?

25 Did you take inmate Randy De Mello in a room and tell him that if he signed an affidavit saying he was responsible for my injuries he wouldn't be State charged and he was going to be moved out of State?

7

Plaintiff Pro Se
Oliver Lynn
P.O. Box 8273
Cranston Rhode Island 02920

Certification

The undersigned hereby testifies the he mailed a copy of the Plaintiffs interrogatories to Defendant Duarte at his Legal Counsels Office at 40 Howard Avenue Cranston Rhode Island 02920 on May 3, 2006

Plaintiff Pro Se
Oliver Lynn
P.O. Box 8273
Cranston Rhode Island 02920