United States District Court
For The District Of Rhode Island

Oliver Lyons
V
A T Wall Etal

Ca No 04 380T

Plaintiff's Objection To Defendants A T Wall Capt Arnold Anderson Correctional Officers Dennetts Di Mezza's Duarte's and Violante's Answers To Plaintiff's Amended Complaint

The Defendant's were sent a copy of the Amended Complaint Ca No 04 380T and Motion to Amend on March 20, 2006

The Court forwarded a copy to the Chambers of Mr. Chief Justice Torres on April 12, 06 and the Motion to Amend was entered on April 18, 06

The Plaintiff then forwarded another copy of his amended Complaint and Mr. Chief Justice Torres Order to The Defendants Legal Counsel

 

The Plaintiff ask's that this Honorable Court find the Defendants in Default
The Defendant's have waited until September 15, 2006 To answer the Plaintiff's Amended Complaint contrary to the Fed Rules Of Civil Procedure: O Telephonic Pretrial is Sept 26, 06, Wherefore the Plaintiff demands an entry of judgment in his favor and asks this Honorable Court to grant him all relief asked for in Complaint Ca No 04 380T

Plaintiff Pro Se
Sept 19, 06 Oliver Lynn

Certification

The undersigned hereby certifies that on the 19th day of Semptember 2006 I mailed a hand written copy of my Objection to the Defendants answers to my Complaint Ca No 04 380T To the Defendants Legal Counsel at 40 Howard Avenue Cranston R I 02920, and To United States District Court 1 Exchange Terrace Providence Rhode Island 02903

Plaintiff Pro Se
Sept 19, 06 Oliver Lynn
P.O. Box 8273
Cranston, Rhode Island 02920