United States District Court
For The District Of Rhode Island

Lyons
v
A T Wall Etal

Ca No 04 380T

Motion To Amend Complaint Ca. No. 04 380T pursuant to the Fed Rule Of Civil Procedure

The Plaintiff asks that this Honorable Court grant his motion and accept his amended Complaint for the following reasons

The Plaintiff has Requested Production of Documents pursuant to Rule 34 and the Defendants have refused to release any of the relevant discovery documents, photos of injuries, films Surveillance film, audio tapes, police reports and other items.

The Court refused to Compel the Defendants to produce any relevant discovery after the Plaintiff filed a rule 37 motion.

The Plaintiff will be able to access information through interrogatories and depositions and has amended

his Complaint to six Defendants most directly responsible for his physical abuse and assaults where the Plaintiff received very severe injuries.

The Plaintiff asks that the Court grant his motion and Amended Complaint.

The Plaintiff want to go forward and proceed with his Complaint so that justice will be served

Plaintiff Pro Se
March 20, 06 [signature]
P.O. Box 8273
Cranston Rhode Island 02920

# Certification

The Plaintiff certifies that on
the 20th day of March 2006
he mailed an original motion
and a copie to Amend his Complaint
Ca No 04 380 T and also the
original amended Complaint and
a copy notarized and stamped
to Mr. Chief Justice Ernest
Torres of The United States District
Court One Exchange Terrace Providence
Rhode Island 02903 and also one
copy of the Plaintiffs Motion to
Amend his Complaint and a copy
of the Amended Complaint to
the Defendants Legal Counsel at
40 Howard Avenue Cranston Rhode Island
02920

Plaintiff Pro Se
March 20, 06 [signature]
P.O. BOX 8273
Cranston, Rhode Island 02920