UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' A. T. WALL, CAPT. ARNOLD ANDERSON, CORRECTIONAL OFFICERS DENNETT'S, DI MEZZA'S, DUARTE'S AND VIOLANTE'S ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT

1. Defendants admit the allegations contained in the Plaintiff's amended complaint that Plaintiff is a 56-year old white male prisoner in the care and custody of the Rhode Island Department of Corrections.

2. Defendants deny all remaining allegations contained in the Plaintiff's amended complaint and leave Plaintiff to his proof.

**FIRST DEFENSE**

This Court lacks subject matter jurisdiction over plaintiffs' claims.

**SECOND DEFENSE**

Plaintiffs do not allege any facts that would support a valid claim under 42 U.S.C. § 1983. Plaintiffs do not state any claim against Defendants cognizable in this court.

**THIRD DEFENSE**

This action is barred by the doctrine of sovereign immunity.

**FOURTH DEFENSE**

The Defendants have the benefit of all express and implied exceptions to the statutory waiver of sovereign immunity.

**FIFTH DEFENSE**

At all times material to the allegations in the Complaint, the Defendants were in the exercise of due care and Defendants, in good faith, duly fulfilled any and all duties owed to the Plaintiffs, if in fact, any duties were owed.

**SIXTH DEFENSE**

The Defendants at all times acted reasonably and in good faith and did not violate any clearly established constitutional rights of the Plaintiffs. Accordingly, Defendants assert the defense of qualified immunity.

**SEVENTH DEFENSE**

Defendant A. T. Wall, to the extent that he is sued in his official capacity as Director, of the Rhode Island Department of Corrections, Correctional Officers Dennett, DiMezza, Duarte and Violante, all having the benefit of their status as sovereigns, together with all privileges and immunities which inure to said status.

WHEREFORE, Defendants demand entry of judgment in their favor, plus costs and attorney's fees.

DEFENDANTS,
By Their Attorney,

Michael B. Grant, Esq.
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the of September 15, 2006, I mailed a true copy of the within Answers to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.