UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

September 14, 2006

**NOTICE**

Oliver Lyons, Pro Se
Michael B. Grant, Esq.

**RE: CA. 04-380-T - Oliver Lyons v. A.T. Wall**

Dear Counsel:

A **telephonic pretrial conference** regarding the above case will be held on **Tuesday September 26th, 2006** at **11:00 AM**.. In order to facilitate an informed discussion of the merits of the case and the prospects for settlement, Plaintiff(s) counsel shall contact Defendant(s) counsel prior to that time for the following purposes:

1. Exchanging relevant information and documents.
2. Identifying the facts that are in dispute.
3. Identifying the legal issues.
4. Identifying as precisely as possible the nature of the discovery contemplated by each party.
5. Exploring the possibility of settlement before substantial expenditures of time and money are made.
6. Determining whether this case is candidate for referral to ADR.

**In addition, at the time of the conference, counsel for each party asserting a claim (including a counterclaim and/or cross claim) shall deliver to the Court a written statement enumerating the elements that must be proved to sustain such claim together with citations to the relevant authorities upon which counsel relies.**

**Lead trial counsel (and local counsel, if any) are required to attend the conference.**

COUNSEL ARE INSTRUCTED TO NOTIFY THE UNDERSIGNED CLERKS IMMEDIATELY IF COUNSEL FOR ANY PARTY HAS BEEN OMITTED FROM THE LIST OF COUNSEL RECEIVING THIS NOTICE.

**Counsel shall be prepared to inform the court whether they desire referral to the ADR Administrator or Conference with Magistrate Judge.**

Sincerely,

JACOB HAGOPIAN
Senior U.S. Magistrate Judge
BY: Diane M. Brown
Diane M. Brown, Judicial Assistant - 752-7010