United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall etal

Ca No 04 380T

Plaintiff's Objection To Memorandum And Order Of Mr. Magistrate Judge Hagopian dated 9 19 06

The Plaintiff objects for the following reasons and prays this Honorable Court appoint Counsel

The Plaintiff is in constant pain and can't sleep for fear of being assaulted and injured.

The Plaintiff is on the following medications that makes it very very hard to concentrate and do the legal work necessary.

The Plaintiff is now on Hydrocodone, Vicodin Alprazolam Xanax Paroxetine, Paxil Motrin and Aspirin.

I have two current untreated fractures, my left thumb and right ring finger.

I am denied an operation for complete tear of ACL ligament torn Meniscus and damaged Patella and partial tear of MCL ligament. I'm denied a knee brace after six were thrown away. My footwear for bone spurs is being denied.
I have had multiple cuts and bruises to my whole body
Two concussions beaten unconscious
Ribs fractured three different times
Multiple facial fractures
Stitches to my eye and head
lacerated kidney and liver with internal bleeding
serious knee damage
lacerated eye cornea
I'm 56 years old and can't take the pain much longer.
The Plaintiff asks this Court please appoint Counsel

Plaintiff Pro Se
Oliver Lynn    P O Box 8273
9 26 06    Cranston Rhode Island 02920

Certification

The undersigned certifies that he mailed a copy of his Objection to the Memorandum and Order of Magistrate Judge Hagopian's Order to the Defendants Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920 and to United State District Court Mr. Chief Justice Torres at One Exchange Terrace Providence Rhode Island 02903

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920