UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS,

    Plaintiff,

v.                                                            C.A. No. 04-380T

Ashbel T. Wall, et al.

    Defendants,

## ORDER AFFIRMING MAGISTRATE JUDGE'S DECISION

Plaintiff Oliver Lyons has filed an objection, pursuant to Fed. R. Civ. P. 72(a), to a Memorandum and Order signed by Magistrate Judge Hagopian on September 19, 2006, denying Lyon's Motion for Appointment of Counsel in the instant civil action. This Court affirms the magistrate judge's order for the reasons he has stated.

IT IS SO ORDERED,

*Ernest C. Torres*

Ernest C. Torres, Chief Judge
Date: November 2, 2006