United States District Court
For The District Of Rhode Island

Oliver Lyons
v. Ca No 04 380T
A T Wall Captain Anderson
Officer Dennett, DiMezza
Duarte and Violante

Objection To Report and Recommendation
Of Mr. Jacob Hagopian Senior
United States Magistrate Judge

The Plaintiff in the above entitled matter objects to Magistrate Hagopian's Report and Recommendation for the following reasons.

The Defendants have repeatedly told Magistrate Hagopian and the Court that the Plaintiff injuries were "self inflicted" yet cannot proffer any evidence whatsoever to show that the Plaintiff self inflicted any of the very severe and life threatening injuries he was transported to outside hospitals for.

Quite the contrary the defendants are unwilling to release any relevant discovery that will show the Plaintiff was brutalized for over 6 years. Magistrate Haggpians refuse to Compel the defendants to produce films photo's policies reports and other relevant discovery.

There are cuffing policies that will show the Plaintiff had to be cuffed prior to his cell door being opened.

There are extraction films because D.O.C. policy says a cameraman must be present at all extractions to make sure policy is followed and excessive force was not used

There is Surveillance film of the Plaintiff with very severe injuries in a cell behind the hospital with fractured ribs, cuts, bruises, multiple facial fractures, lacerated kidneys

bruised liver severe knee injuries cuts needing stitches to close There are photos of the Plaintiffs injuries that will shock anyone who views them prior to going to outside hospitals.

The defendants refuse to answer any interrogatories a very basic discovery procedure. Magistrate Hagopian why does the D.O.C. have a cameraman present at an extraction? Its policy Why is there a Surveillance Camera in a cell? Why are photos taken of an inmates injuries prior to going to outside hospital? Why are interrogatories part of the discovery process? Magistrate Hagopian there isn't any legal precedent for rulings on the Plaintiff request for very relevant discovery that will show all of the

Plaintiff allegations to be true. Maggistrate Hagopian claims the Plaintiff was always charged with a disciplinary infraction after allegedly being assaulted. This is true because the defendants would try to justify the beatings and torture of the Plaintiff. The Plaintiff never injured an officer nor was never charged by the State Police with physically hurting an officer.

I was always cuffed behind my back.

On page 2 of Maggistrate Hagopian's Report and Recommendation he describes the Plaintiffs allegation of being assaulted on November 3 01 but leaves out many important facts. The Plaintiffs cell was entered contrary to D.O.C. policy. The Plaintiff sustained abrasions to his neck, arms, and torn ACL MCL and meniscus ligaments and damage to his Patella

The Plaintiff was Transported to Stat Care Emergency Center on November 3, 01 and November 4, 01 and had the first of three MRI's on November 14, 2001. Magistrate Hagopian makes note of the fact, defendant Patnaude isn't a defendant.
He was but is dead from drowning.
Policy will show my cell was entered contrary to D.O.C. policy!
It should be noted that the Plaintiff is still waiting for an operation, on his knee and has had 5 knee braces thrown away by officers.
I now have my 6th knee brace that I'm not allowed to wear.
I am denied therapy also.
On page 2 of Magistrate Hagopian's Report and Recommendation he describes the Plaintiff's allegation of being assaulted on December 17, 2001 but again leaves out

many important facts
This assault took place only 6 weeks after my assault on November 3 2001 and the Plaintiff was wearing a very large knee brace and could not walk well never mind fight.
I was on single recreation status this means you must go in a recreation cage by yourself.
The inmate put in my cage never was responsible for my injuries.
I was repeatedly stomped kicked and beaten by the defendants and taken to Stat Care Emergency Center.
I had fractured ribs and cuts and bruises to almost my entire body.
Staff at Stat Care suspected abuse and medical records show they contacted prison Administration. See medical document

The State Police refused to talk with the Plaintiff like always and defendant Duarte and Di Mezza had inmate De Mello sign an affidavit saying he was responsible for my injuries. De Mello was then moved out of State.

A bogus discipline infraction was written like always.

If this inmate did indeed inflict these injuries while I was wearing a large knee brace he would have been State charged and prosecuted.

On page 3 paragraph 4 the Magistrate said that on December 30, 02 the Plaintiff was told to cuff up and he complied and when his cell door was opened he was attacked by defendant Di Mezza. Thereafter the plaintiff alleges he was taken to the prison infirmary for treatment of his injuries which included a fractured rib.

This is more distortion of the facts.
Did you read my Complaint
Magistrate Hagopian?
Did you read my medical records?
See pages 6 and 7 of my Complaint!
The Plaintiff was severely
beaten while cuffed behind his
back by defendant Di Mezza
The Plaintiff was put in a cell
behind the hospital with a camera
in it and complained to nurse
Greydus that in addition to the
obvious cuts and bruises he could
not breathe very well and was
coughing up blood and urinating
blood. Surveillance film
Nurse Greydus said she had orders
not to send me to outside
hospitals but she would not say
whom the orders were from.
After the blood was washed out
of my cell I was returned
without medical treatment
Again I received a discipline
infraction for assaulting
defendant Di Mezza and was

found guilty despite defendant Di Mezza was not injured and I was cuffed behind my back. After four days of urinating blood and bleeding from my rectum I was taken to the Intake hospital where X Rays showed my 10th rib was fractured and a piece broken away and I was bleeding internally.
A nurse at Intake said "You are bleeding internally but Dr. Motola told us not to tell you because he has orders not to send you to outside hospitals".
The nurse said "You must confront Dr Motola" I did and was assaulted by officer Lackey and Tundis who wrote a discipline infraction for escape.
On January 4, 2003 I was taken to Rhode Island but was unable to get treatment because when the Doctor close the curtain officers would pull the chairs

around my midsection causing me to scream out in pain.
I lefted without medical treatment was completed.
I had lacerated kidneys and liver and was bleeding for 3 weeks Medical records document
On page 4 paragraph 5 of Magistrate Hagopians Report and Recommendation he states On June 11 03 Plaintiff alleges that an "extraction team" "apparently" composed of correctional officers which included defendants Violante and Duarte entered his cell Extraction Film
Plaintiff alleges the officers kicked punched and beat him.
Plaintiff was thereafter taken to Rhode Island hospital for his injuries which included fractures cuts bruises and injury to his eye.
Well Magistrate Hagopian There are 2 films of this assault and injuries.
In January 2003 Justice Procaccini

issued a Protective Order.
There is the extraction film
and a Surveillance Film.
Why don't you and I
and Chief Justice Torres
watch this brutal attack
on film?
Dr. Allen D.O.C. medical Director
Quit after viewing an extraction
film where an inmate
received minor injuries.
Providence Journal.
The inmate family insisted
on viewing the film with
Dr. Allen.
I'm 57 years old and
kepted in Segregation without
a family to speak for me
outside.
You know this Magistrate
Hagopian and so do ACI
prison officials.
If I had an Attorney
This abuse would have stopped
years ago.

You fail to mention I was rushed into the Rhode Island hospital Trauma unit.
Pictures were taken that will make you vomit Mr. Hagopian.
On page 4 paragraph 6 of Magistrate Hagopians Report he describes how the Plaintiff alleges being assaulted by defendants Duarte and Violante and that the Plaintiff refused to go to the hospital for medical treatment and then was extracted all on film Magistrate and the Plaintiff was brought to Intake hospital where the Plaintiff again told Dr. Allen he would not go to the hospital for stitche's Dr Allen stitched me right there.
Now Magistrate Hagopian let me ask you this question Sir.
If you were walking down

the street and 3 men came along and stamped kicked and punched you leaving you a bloody mess and seriously hurt, and the police came to the scene and said Magistrate Hagopian we arrested the 3 men who assaulted you and now we are going to cuff you behind your back and shackle you and the 3 men who assaulted you are taking you to the hospital, Would you go? Why not?
Are you refusing medical treatment?
Would you ask a woman who was raped to go to the hospital with the rapist?
On page 5 paragraph 7 Magistrate Hagopian describes the assault by defendant Di Mezza On February 27, 04 all caught on film Mr. Hagopian.

Discussion

On page 5 Rule 56 has a distinctive set of steps. When requesting summary judgement

The moving party must put the ball in play averring an absence of evidence to support a nonmoving party's case Garside 895 F 2nd at 48 quoting Celotex v Catrett 477 U.S. 317 325 1986

The nonmovant then must document some factual disagreement sufficient to deflect brevis disposition

The Plaintiff would argue that the defendants repeatedly have told Magistrate Hagopian the Plaintiff's injuries are self inflicted and offer no evidence whatsoever to support their outright lies.

The Plaintiff can prove with discovery that his allegations of being brutalized for over 6 years are true.

The Plaintiff is entitled to cutting policies, extraction films photos of his injuries Surveillance film and incident reports

The defendants refuse to answer interrogatories, a very basic discovery tool.
Magistrate Haggopian nor the defendant can give any legal precedent for the Plaintiff being denied discovery to prove his allegation.
What is Magistrate Haggopian legal argument for not having the defendant produce films photos cutting policies or answer interrogatories?
Lets show the films photos cutting policies reports and answer interrogatories.
If the Plaintiff can fracture ribs, facial fractures stitches to his head torn ligaments multiple cuts and bruise while cuffed behind his back eye damage lacerated kidneys and liver then he belongs in the [illegible]

or a circus.
On pages 7-10 Magistrate Hagopian talks about what constitutes cruel and unusual punishment
"It is obduracy and wantonness not inadvertence or error in good faith that characterize the conduct prohibited by the cruel and unusual punishment clause"
Magistrate Hagopian believes anything short of death is okay.
The Cruel and unusual Punishment Clause was designed to protect those convicted of crimes
The 8th Amendment was taken verbatim from the Virginia Constitution
Patrick Henry was responsible for its inclusion in our Constitution.
The 8th Amendment was taken verbatim from the Virginia Constitution but

it was originally taken from the English Bill of Rights in 1689

Being deliberately indifferent to a prisoner health and safety and putting him in harms way is cruel and unusual This violates the Constitution Cortez Quinones V Jimenez Nettleship 842 F2D 556 558 1st Circuit 1988

When prison official know of yet are deliberately to a person health and safety Farmer v Brennan 511 U.S 825 114 Sct 1970

When prison officials have a prior knowledge that a prisoner is being abused and don't take any steps to stop the abuse this is more than error or recklessness this is deliberate indifference and violates the 8th Amendment

Although the statute of limitations expired the Plaintiff

submitted medical records to the Court showing he was severely beaten unconscious on October 18, 2000 and was taken to Rhode Island hospital and sustained a concussion.

The late Justice Di Mitri granted a protective order in November 2000 and called the conduct of officers despicable. Ignored by the D.O.C.

In April 2001 the Plaintiff was again beaten by defendant Di Mezza and sustained multiple cuts and bruises and concussion. Pictures were taken.

Justice Di Mitri's order was ignored by the D.O.C.

The Plaintiff has been taken to outside hospitals 20 times to Emergency rooms for very serious injuries.

Contrary to policy the Plaintiff was recently assaulted on August 3, 2006

The Plaintiff sustained 20 stitche's over his left eye and has been in his cell for 4 months with 2 untreated fractures why? X Rays document

The Plaintiff would submit that the following injuries he sustained while cuffed behind his back more than constitutes cruel and unusual punishment Its criminal behavior from cowardly animals that a corrupt Magistrate would like to protect.

Beaten stomped and kicked with multiple cuts and bruises and fractured ribs three different times?

This isn't cruel and unusual Magistrate Hagopian?

Beaten while cuffed behind my back bleeding from my rectum and urinating blood from lacerated kidneys and bruised liver and

letted in a cell for 5 days
without medical Treatment
This isn't cruel and unusual
and deliberate indifference
Magistrate Hagopian?
Being severely beaten by an
extraction team until I
had multiple facial fractures
serious eye damage and
multiple cuts and bruises-
I was rushed into
Rhode Island hospital Trauma
Unit with multiple fractures.
There is film of the extraction
and photos of my injuries.
This isn't cruel and unusual?
Being denied a knee operation
for torn ACL MCL meniscus
and damage Patella after
3 MRI's and over 5 years
This isn't deliberate indifference
Magistrate?
Having 5 knee braces thrown
away
This isn't deliberate indifference?

Dr. Fadale Chief orthopedic surgery at Rhode Island hospital was to operate in June 2005 Dr. Fadale wanted to know where my knee brace was and why I didn't get Therapy Arthritis is now in my hip and knee and causes constant pain.

I will be 57 years old on January 1, 2007

My abuse and false arrests started after I was going to testify in Family Court against a correctional officer and is father for sexually abusing a little girl.

The Plaintiff would ask that this Honorable Court sustain his objection for all of the stated reasons.

If the Plaintiff Objection is not sustain please tell the Plaintiff why the Court does not Compel the defendant to produce discovery.

The Plaintiff respectfully submits his objection to Magistrate Hagopians Report and Recommendation to Mr. Chief Justice Ernest C. Torres

Plaintiff Pro Se
Nov 19, 06 Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920

Certification

The Plaintiff certifies that he sent his objection to Magistrate Hagopian's Report and Recommendation to United States District Court One Exchange Terrace Providence Rhode Island 02903 and a copy to the defendants legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
Nov 19, 06 Oliver Lyons
P.O. Box 8273
Cranston, Rhode Island 02920