UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' RESPONSE TO
PLAINTIFF'S OBJECTION TO REPORT AND RECOMMENDATION

Now come Defendants in the above-entitled matter and hereby respond to the Plaintiff's objection to the Report and Recommendation issued by The Honorable Senior United States Magistrate Judge Jacob Hagopian on November 14, 2006.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant
___________________________

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 6th day of December, 2006, I mailed a true copy of the within Defendants' Response To Plaintiff's Objection To Report And Recommendation to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

/S/ Michael B. Grant
___________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

MEMORANDUM

On November 14, 2006, Senior United States Magistrate Judge Jacob Hagopian issued a Report and Recommendation in this matter recommending that the Plaintiff's Motion For Summary Judgment be denied on the grounds that the submissions filed by the parties in prosecuting and defending Plaintiff's Motion outlined numerous factual disputes which warranted said denial.

Senior United States Magistrate Judge Hagopian pointed out in his Report and Recommendation that although the Plaintiff had alleged a number of physical attacks by named Defendants, the Defendants, in opposing Plaintiff's motion, had disputed the manner in which Plaintiff's alleged injuries were sustained, and that the Plaintiff, in fact, was not assaulted by the Defendants in this case. Accordingly, Senior United States Magistrate Judge Hagopian was proper in recommending to this Court that this matter be passed for trial based on the factual disputes existing between the parties.

Plaintiff, in his objection to the Report and Recommendation, simply reiterates the allegations contained in his complaint. However, these allegations have been disputed, and the granting of summary judgment is, accordingly, not proper.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864