UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA No. 04-380-T

A.T. WALL, CAPTAIN ANDERSON,
OFFICER DENNETT, OFFICER
DIMEZZA, OFFICER DUARTE AND
OFFICER VIOLANTE

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

Plaintiff's motion for summary judgment filed pursuant to Fed. R. Civ. P. 56(c), is hereby denied.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 12/6/06