United State District Court
For The District Of Rhode Island

Oliver Lyon
v
AT Wall Etal

Ca No 04 380T

Dear Mr. Chief Justice Torres
Please put a stop to the Defendants unethical and deceitful behavior!
Attorney Grant states in his Defendants Production Of Documents "Defendants are in possession of the videotape, which demonstrates Plaintiff injuring himself"
What is the date of the tape?
What were the Plaintiffs injuries?
What hospital was the Plaintiff Transported to?
The Plaintiff alleges many many assaults where he sustained very serious injuries and was always transported to outside hospitals.
This is the tape they have your Honor and it was

investigated and dismissed after I had written a four page letter to Mr. Justice Keough and Director Wall.
When I wanted to escape the beatings and abuse at High Security I would tell the nurse I was suicidal so I would go to Intake Psych Unit and High Security officers could not get at me.
In 2003 at High Security I told the nurse I was suicidal because my water and toilet were off and I didn't eat.
The late LT Patnaude a former Defendant had me taken out of my cell and put behind the infirmary at High Security.
I was lefted cuffed behind my back for almost 24 hours without food, water and could not urinate or

use the toilet,
LT Patnaude told me "the
only way you are going to
Intake is if you harm
yourself"
I pretended to bang my
head putting minor scratches
on my face.
LT Patnaude then came to
my cell and said
"We got what we want"
We have you on tape
self inflicting"
I was uncuffed, given
water two food trays
and flushing toilet.
I never was treated for
very minor scratches
I wrote the Judge and
Director Wall after I was
booked for self infliction.
The booking was dismissed!
I believe this is what
Attorney Grant has.
Where are extraction tapes?
Surveillance tapes? photos of

injuries?
I should have filed
a law suit on the late
gutless bastard LT Patnaude
for this deceitful act!

Sincerely
Plaintiff
Nov 29, 06 Oliver S. Lyons
P.O. Box 8273
Cranston, Rhode Island 02920

copy sent to attorney Grant
defendants attorney.