United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 04 380T

Plaintiffs Motion For Appointment Of Counsel

The Plaintiff would ask this Honorable Court to Appoint Counsel for the following reasons.

The Court has denied the Plaintiff's Motions to Appoint Counsel Twice. I believe at this point with the Defendants latest allegations the Court must Appoint Counsel for this mentally ill Plaintiff who has self inflicted according to the defendants very very serious harm to himself and other.

I submit the Defendants Statement in paragraph Two To support my Motion For Counsel.

"Upon review of Plaintiff's medical records, during all pertinent times,

it is clear that Plaintiff has suffered from mental illness and personality disorders and for many years at the ACI has been treated by phychiatrists and other mental health professionals Plaintiff, on many occasions, has been held on crisis management status CMS because of his statements to various prison officials expressing thoughts and intentions of suicide. Plaintiff has displayed over long periods of time outrageous, violent, and disruptive behavior, causing injury to himself, and including incidents of he smearing his feces on the walls and door of his cell, Plaintiff's records document numerous threats of correctional staff and incidents where he has severely injured himself."

11, ~~in~~ paragraph three the defendants claim in June of 2003 that "The Plaintiff's injuries were due, to his own violent and disruptive behavior."

I hope This Motion is received by The Court and given to Mr. Sr. Justice Torres.

I would agree with the defendants That if I am mentally ill and inflict injuries while cuffed behind my back sending myself to outside hospital 21 Times for Emergency Treatment how can I argue my case at Trial. I'm mentally ill! They say I am violent delusional hostile assaultive self inflict cause injuries to officers and staff and The Plaintiff's Claims he's very intelligent educated has an above fund of knowledge and is very articulate. How can I represent myself? I believe if the Court believe everything the defendants claim and there is some truth to their allegations.

The Plaintiff has claimed to be suicidal many many Times Why? I hate having ribs fractured repeatedly it hurts It really does!!

Why has the Plaintiff been denied all discovery?
Lets watch the Plaintiff repeatedly fracture his ribs and give himself lacerated kidneys and bruise liver all while cuffed behind his back and then I assault officers Its fun urinating blood for a month
Lets watch the Plaintiff give himself multiple facial fractures neck injuries lacerated eye cornea and then escape all while cuffed and shackled.
No I don't leap tall buildings nor change in a phone booth
Lets watch the Plaintiff give himself multiple head cuts needing stitches while cuffed behind his back
Lets watch the Plaintiff give himself four torn ligaments and throw 7 doctor perscribed knee brace away and 4 doctor perscribed footwear away
Now they claim this psychotic Plaintiff self inflicts

Where are the Surveillance Films?
Extraction Tapes?
Photo's of injuries?
Answer interrogatories?
Use of force reports?
Gee I have a very incriminating
Use of force report dated
6 11 03 Well Well
It was subpoenaed for another
Court proceeding
At Maximum Security from
Nov 05 - July 06 I was
in a cell at Maximum with a
camera and taking single
recreation and shower without
discipline infraction and no injuries
Then guess what?
I was moved per order of
Warden Weeden and Captain
Ashton to regular Segregation
on July 12 06 and my
injuries started once again
August 3, 06 Transported
to Kent County hospital
20 stitches to my left eye
Fractured thumb and finger

Dec 8 06 gassed and assaulted with 3 cups of urine all on film

Jan 28 07 assaulted with gas on film

Jan 30, 07 assaulted 6 times with gas over a 5 hour period. Put in a shower with clothes on and put outside and then transported to Intake, Hospital Many many witnesses.

How much is enough Mr. Justice Torres?

I've said I was suicidal many times to escape the abuse!

I'm on camera in a psych cell

7

Please grant Counsel to this psychotic, delusional, violent, hostile, assaultive, mentally ill Plaintiff.

Plaintiff
Feb 17, 07 Oliver Lynn
P.O. Box 8273
Cranston, Rhode Island 02920

Certification

The Plaintiff mailed a hand written copy of the enclosed motion to the defendants legal Counsel

Plaintiff
Feb 17, 07 Oliver Lynn
P.O. Box 8273
Cranston, Rhode Island 02920