United States District Court
For The District Of Rhode Island

Oliver Lyons
V
AT Wall Etal

Ca No 04 380T

Plaintiffs Answers To Defendants Settlement Conference Statement

1. The Defendants now claim the Plaintiff has suffered from mental illness and personality disorders and for many years at the ACI has been Treated by psychiatrists and other mental health professionals

The Plaintiff would submit that there isn't any mental health Treatment The Plaintiff has always claimed to be suicidal many many times to escape his beatings and other abuse

Would you rather be nude in a cell without a Mattress or have fractured ribs and internal bleeding?

Would you rather be beaten until you go unconscious?

Now if the Defendants have any film of the Plaintiff self inflicting any of the injuries he has filed his law suit over then that would surprise me. Otherwise its inadmissable and the Plaintiff will file a motion to suppress. The Defendants said that on page 15 and 16 Mr. Lyons outlines events that take place on June of 2003 Mr. Grant the date is 6 11 03 The Plaintiff has the full use of force report with many contradictions and statements. Its very very incriminating The report was subpoenaed for another Court proceeding It does not claim the Plaintiff was assaultive quite the contrary he was on his belly on the floor of his cell with his hands behind his back Not a good fighting position Mr. Grant

II Summary Of Proceedings

"Plaintiff has filed Motions for summary Judgment and for preliminary injunction which were denied by this Honorable Court Plaintiff has conducted substantial discovery" So what!

First this Honorable Court has allowed my abuse to continue unabated for two and a half years.

Yes the Plaintiff has conducted substantial discovery and the Defendant have denied all discovery the most basic tools of discovery

1. All extraction tapes
The defendants objected and the Plaintiff was denied

2. All Photo's of Plaintiff's injuries
The Defendants objected
The Plaintiff was denied

3 All Surveillance films
The defendants objected
The Plaintiff was denied

4 All audio tapes where the Plaintiff was found guilty of assault after being severely beaten
The defendant said they had 1 of 19 tapes
Now thats blank
Surprise Surprise Surprise
Lets Go To Trial And See if There is any Humans who Believe You Cowards!

5. The defendants refused to answer all interrogatories
Why Mr. Justice Torres allows this Stone walling to continue is beyond me!

Now my abuse is like it was at High Security

From March 2005 - August 2005 I was discipline free at Medium 1 Security and put in population for 3 hours why

Its reads Seg to Population
back to Seg No discipline
Signed Counselor Morretti
She said She had never seen
anything like that before.

Then I was moved to
Maximum on Nov 17 05 and
put behind the hospital and
had single recreation and
Shower until July 17 06
I didn't receive any injuries
and only one discipline infraction
On July 17 06 Warden
Weeden and Captain Ashton
Moved me to regular Seg
and said that I would
Take recreation and showers
with Max inmates
All contrary to policy

On August 3 06 I was
Transport to Kent County
Hospital and receved 20
stitches to my eye and fractured
Thumb and finger
Caught on Surveillance Tape

6

Dec 8 06 I was assaulted with 3 cups of urine and gassed caught on film covered up by Inspector Lopez another incompetent coward.

Jan 07 on Jan 28 07 gassed while going to take a shower

Jan 30, 07 gassed 6 times shown taken to shower and put in a shower with my clothes on and taken outside all wet and taken to Intake many many witnesses

Plaintiff
Feb 12 07 Oliver Lyons
P.O. Box 8223
Cranston Rhode Island 02920

Feb 12 07 Certification
On Feb 12 07 the Plaintiff mailed a copy of his answers to the defendants
Plaintiff
Oliver Lyons Pro Se