1

Mar 22 2007

Mr Sr Justice Ernest C Torres
United States District Court
1 Exchange Terrace
Providence, Rhode Island 02903

Ca No 04 380T

Dear Mr Justice Torres

On February 26 2007 I had a three way Telephonic Conference with Mr Justice Hagopian and Attorney Grant for the defendants. I was very respectful to Mr Justice Hagopian as well I should. I didn't agree with many of his rulings on my discovery requests and I still don't.

I told Attorney Grant I understood he must represent his clients.

I agreed to talk settlement because of my respect for the United States District Court and your Honor the Presiding Justice in this law suit.

I must put my feelings aside and do what is proper.

Your Honor the very serious injuries the Plaintiff sustained from the beatings at the hands of the defendants cause pain that's incredible

24 hours a day
Doctors told me arthritis would set in where my ribs were repeatedly fractured and multiple fractures to my face and serious knee damage.
I have waited 6 years for an operation on my knee and just had the 7th Doctor prescribed knee thrown away. I could not go on 3 furloughs because I was denied my knee brace so a fractured thumb and finger also go untreated.
I have constant headaches from two concussions and blurred vision in my left eye from serious and repeated lacerations and cornea damage
I want your Honor to be aware I am very intelligent and capable in the Courtroom.
I can put the defendants on the stand and on direct examination with medical records and limited discovery prove each and every allegation in my Complaint.
I can command the attention of the jury and keep them focused on the issues before the Court

I believe the jurors will return compensatory and punitive damages that will send a clear message that cruel and unusual punishment will not be tolerated and go unpunished.
They should pay a price for their behavior and must be held accountable.
Your Honor, it is very important to the Plaintiff that I look the defendants in the eye on the witness stand while the defendants explain how I was repeatedly seriously injured.
Did the Plaintiff "self inflict" these injuries?
I must have closure Your Honor and only a Trial will give me that.
I am 57 years old and must be on pain killers and the pain in my ribs and leg is constant and I tolerate it because I don't have any choice.
My vision is blurred and I have pain in my left eye, and headaches I never had before.

Your Honor I will listen to the defendants offer of settlement but I know they are not sincere. My abuse over the last 6 months will will be addressed in the future. My concerns and focus is on this Trial and I live and breathe it everyday.
I read about your Federal appointment Your Honor after leaving the Chief Justice position and becoming a Senior member of the Court and it seems you have more work now so I hope I'm not being a pain and know my case is a priority to me but the Court and Your Honor have more pressing business.
Your Honor I was not aware until the other day during the Telephone Conference that Attorney Grant had been Mr Justice Hagopians law Clerk at one time.
The Plaintiff has been denied all relevant discovery and would

ask his Honor to look closely at
Mr. Justice, Hagopians rulings -
I have been denied the most
basic discovery tools, Production
of documents interrogatories, and
believe that Mr. Justice Hagopian
should have recused himself.
The Plaintiff is making it very
clear that I am not saying
that Mr. Justice Hagopian isn't
honest or was bias.
Your Honor I want to go
to trial and have some very
incriminating evidence I turn
over to the defendants before trial
and have spoken to Attorney Grant
about this evidence and evidence
The defendants are withholding
from the Plaintiff

Sincerely
Plaintiff Pro Se
Olvin Lynn

Certification

The Plaintiff certifies that he mailed
a copy of his letter dated March 1, 07
to Attorney Grant on March 1, 07
Plaintiff
Olvin Lynn