United States District Court
For The District Of Rhode Island

Oliver Lyons
Plaintiff
vs Civil Action No 04 380T
A T Wall Etal
Defendants

Pretrial Memorandum

A Parties
Oliver S Lyons Plaintiff
Defendants
A T Wall
Captain Anderson
Officer Dennett
Officer Di Mezza
Officer Duarte
Officer Violante
Attorney Michael Grant for the Defendants

B Facts

On November 3, 2001 while housed in High Security Segregation E block I was assaulted by Defendant Dennett and former defendant the late LT Patnaude and another officer CO Tierney.

My cell was entered contrary to D.O.C. policy and rules and regulations pertaining to an inmate in Segregation High Security.

Defendant Dennett deliberately attempted to break my legs and hollered "I am going to break your f-cking legs"

I was transported to Stat Care Emergency Center

Defendant Dennett attempted to cover up this excessive use of force by writing a disciplinary infraction for attempted assault.

I sustained torn ACL MCL and meniscus and damaged Patella

I've had constant pain for almost 6 years and 3 MRI's.

The Plaintiff has had 6 knee braces thrown away and no operation nor rehab for his knee

Facts

On Dec 17, 01 while wearing a large knee brace for my injuries on Nov 3, 01 I am in an outside recreation cage. I am suppose to be on single rec meaning I must take recreation alone. The only way to be taken off single recreation is to put in a written request the Plaintiff never did this. An inmate Randy De Mello, is put in my recreation cage and grabs me and is rushes Defendants Di Mezza and defendant Duarte who viscioudsly and severely beaten and injures me and drag me cuffed and shackled face down on the concrete. I am again beaten in back of the hospital and transported to State Care Emergency once again. I have cuts and bruises to almost my entire body and my 8th and 9th rib are fractured. Inmate De Mello admits the officer put him up to it. He signs an affidavit taking blame and is moved to Penn.

Facts

August 28th 2002

Defendants Anderson the shift Commander Defendant Dennett and an unknown officer enter my cell in E block Segregation area after a code blue is called saying I was suicidal and I am again beaten

A code white is called if an inmate is suicidal

The Plaintiff has abrasions to his forehead and cheek and swollen jaw

X Rays are inconclusive so prison doctors order an MRI be done however the Plaintiff is never taken.

The Plaintiff is then found guilty of assault by the Disciplinary Board like always and my appeal denied by the Warden.

There should be an audio tape and film.

Facts

December 30 2002 while housed in E block cell 6 I am ordered to cuff up by defendant DiMezza Per rules and regulations of a Seg inmate in High Security an inmate must be cuffed behind his back prior to the opening of his cell door at all times.

I comply with defendant DiMezza's orders and he instructs the control center officer Worden to open my door. Defendant DiMezza immediately began to attack me and I am defenseless because I'm cuffed behind my back.

I am severely beaten stomped and kicked by defendant DiMezza and there is blood all over my cell and I am screaming please stop.

I tell the nurse Greydus that in addition to the obvious cuts and bruises I am having difficulty breathing and I am coughing up blood and urinating blood and Nurse Greydus tells me she was given orders not to send me

Facts

to outside hospitals but she won't say where the orders came from

I am put in the cell behind the hospital with a camera in it

Again I am booked for assault despite being cuffed behind my back the entire time.

Former defendant LT Patnaude orders the porter to clean all the blood out of my cell as fast as possible

My cell should have been sealed pending an investigation.

On January 3, 2003 after 4 days of coughing up blood and urinating blood a LT Langlois 3rd shift views my injuries and orders me transported to Intake hospital.

X Rays show a large piece of rib broken away and my 10th rib fractured

The next day January 4, 2003 a male nurse told me I was bleeding internally but Dr. Motola told the nursing staff not to tell me because he also had orders not to send me to outside hospitals.

One internal affairs division for

7

Facts
the D.O.C. viz Inspector Lopez took pictures of my injuries and asked Did you call Di Mezza's wife ugly names?
I was transported to Rhode Island hospital with fractured ribs and lacerated kidneys and cut over my eye.
Officers kept pulling on the belly chain when the doctors close the curtain and I had to leave and had blood in my urine for weeks
Justices ordered two Protective orders ignored by the D.O.C
I was booked for assault on CO defendant DiMezza despite being cuffed behind my back and found guilty.
On or about June 11, 2003 while housed in F block cell 2 I am told by defendant Duarte block officer " Lyons you are not getting a shower or recreation today because you were booked four times yesterday 6 10 3 and you are locked in and fed

Facts

I wasn't getting shower and recreation and had been treated 4 times for body lice and scabies

After being told by defendant Duarte on June 11, 2003 that I wouldn't being getting shower or recreation because I was booked by himself twice and officer Gracie twice on 6 10 3 so I was locked in and fed until seen by the disciplinary Board.

½ hour later defendant Duarte returns and says in a loud voice Lyons you want a shower or recreation and thinking this was a set up I said No and I was right

Defendant Anderson ran to my cell "Lyons "cuff up or I'll extract you"

I said Let me explain

Defendant Anderson ewasn't aware I had been booked and denied recreation and a shower until seen by the Disciplinary Board

Defendant Anderson lefted the cell block.

Facts

LT Vakey another defendant who passed away entered the cell block with gas and 2 extraction team members. I was told to get on the floor on my belly with my hands behind my back

I did as I was told.

LT Vakey then called Captain Anderson I was on the floor and no resisting.

At this point the late LT Potnaude entered the cell block and stated shut the cell door Vak were have to talk.

About 40 minutes later while I still layed on my belly in the middle of the cell floor.

Then a full extraction team came in my cell and punched and kicked me and then beat and kicked me behind the hospital infirmary that has a camera in it.

There should also be a complete Video of my extraction and going down the corridor and being beaten behind the hospital

Facts

The cameraman Renshaw followed the extraction from cell to the corridor to the cell behind the infirmary seeing the nurse and leaving to be transported to Rhode Island hospital.

There is also surveillance tape behind the hospital

I was transported to Rhode Island hospital and rushed into the Trauma 1 Unit

Most of the Plaintiff's injuries were caused by defendants Violante and Duarte

Defendant Violante repeatedly attempted to pull my eye out

I was never taken back to the eye doctor nor plastic surgery

I sustained multiple facial fracture lacerated eye cornea and multiple abrasions and neck injuries.

There is a use of force report dated 6 12 03 that clearly shows a bad attempt to cover up this assault.

The Plaintiff is booked for escape

Facts

On February 26, 04 the Plaintiff is assaulted while cuffed behind his back and being escorted by Defendants Duarte and Violante

I am thrown against a window frame severely cutting my head and while bleeding Defendants Duart and Violante drag me down a corridor to a metal detector

Then they grab me and put me in a recreation cage outside bleeding without medical treatment

I am then taken to nurse Forgarty and put in a cell behind the infirmary with a camera in it. Blood is leaking through bandages all caught on film.

Then defendant Captain Anderson said I must go to the hospital with the same officers who assaulted me I refuse.

Defendant Anderson then orders me extracted.

While I lay on a bunk in back of the hospital in the cell with

 

Facts

Camera in it all of a sudden in rushes an extraction Team lead by defendant Di Mezza who punches and kicks me once again cutting my nose one eye.

I am Taken to Intake hospital where former Medical Director Dr Allen orders I be Taken to Rhode Island hospital I refuse obviously I'm afraid.

I tell Dr Allen to stitch me there and he does.

There is a use of force Report dated February 26, 2004

Although Duarte and Violante were not injured I was booked for assault despite being cuffed behind my back.

The defendants claim I self inflicted yet I am not booked for self injurious behavior nor does The late LT Yokey put that in the use of force report

The defendants claim I was assaultive and threatening but not self injurious

Facts

On 2 26 04 I was extracted without an extraction team suited up nor a camerman present Why

On 2 27 04 Defendant DiMezza enters my hospital cell at Intake contrary to policy. Defendant DiMezza tells CO Tundis crack the door. Defendant DiMezza assaults me and I defend myself. A code blue is called and I am viciously beaten and kicked and Defendant repeatedly kicks me in the car after putting a sheet over my head. The sheet is full of blood and I am put in a cell behind the hospital at High Security with a camera in it.

Facts

Plaintiff further alleges and contends that in addition to numerous physical beatings and assaults that Defendant officials have subjected him to that he has also been made to endure emotional and psychological pain and suffering viz Defendants and their Agents

As they have knowingly and willfully allowed the Plaintiff to be physically and psychologically abused in the following ways.

Denied flushing toilet, running water recreation, showers, meals, spitting in his food destroyed personal property and mail and withheld legal mail and blocked Plaintiff access to the Courts law books, law carts law clerk and put the Plaintiff in fear of further abuse and perhaps killed by malicious sadistic cruel and wanton actions of Defendants and their agents perpetrated against the Plaintiff.

Facts

The sheer rapidity and number of incidents chronicled here by the Plaintiff with regard to the alleged Facts of the assaults committed upon the Plaintiff and overall abuse that I have been subjected to via the defendants here in the Plaintiffs Complaint Ca No 04 380 demonstratively shows in and of itself a long standing and continuous pattern of abuse physical and psychologically that has been knowingly wantonly willfully and maliciously been inflicted upon the Plaintiff by the Defendants and their agents

Where taken together as a whole the Plaintiff would argue that the constant physical abuse and assaults and numerous life threatening and severe injuries upon his person and torment and attempts on the part of the Defendants to cover up their sick and cowardly behavior by booking the Plaintiff repeatedly for fabricated assaults or attempted assaults and that the Plaints Constitutional rights have been violated

Facts

in some of the most egregious ways imaginable

C. Claims

The Plaintiff states and asserts that Defendants Violated the 8th Amendment Prohibition against cruel and unusual punishment by subjecting him to a constant barrage of physical assaults and excessive use of force against his person knowingly willfully and with Malicious intent to cause physical harm where the Plaintiff sustain very severe and life threatening injuries that will have a lasting effect for a lifetime.

This also cause great emotional pain and sufferring.

After the Plaintiff was severely injured the Defendant and medical staff showed indifference to his pain and suffering.

Enumerated in pages 1-15 under facts

C. Claims

The Plaintiff states and asserts that Defendant officials Wall et al Violated the Plaintiff Due Process Rights under the 14th Amendment by subjecting him to an unfair and arbitrary disciplinary process calculated to cover up his abuse and take away good time and keep the Plaintiff in Segregation and lengthen his his sentence

This was done to punish the Plaintiff and was only done in retaliation when the Plaintiff attempted to expose his abuse to the courts and attorney's

D Damages

The Plaintiff is in constant pain and on pain killers Vicodin that do very little to relieve the pain to my knee and ribs and face. Arthritis sets in where there was many fractures

I have constant headaches and Xanax for the emotional trauma caused by my physical and emotional abuse.

I have been in a Segregation cell for 7 consecutive years locked in my cell 23 hr a day M-Fri and all day Sat Sun and holidays.

I have not seen my Son a TV Radio telephone call in seven years or had a store order.

The Plaintiff is asking for compensatory and punitive monetary damages in the amount unspecified to be determined by a jury

E. Issues

The Defendants have withheld Extraction Tapes, Surveillance film, photo's of the Plaintiff's injuries, Audio tapes of discipline Board and refuse to answer interrogatories. There isn't any legal Precedent in the Federal Courts to support withholding very relevant discovery. The Plaintiff will also object to any film from a psychiatric cell unless it shows the Plaintiff self inflicting any injuries to himself that are in his Complaint and the Plaintiff was transported to an outside hospital.

The Plaintiff only went to a suicide cell to avoid being beaten and abused.

The Defendants have altered and tampered with medical records and submitted a falsified document to the Court.

I would like the Court to to address this obvious attempt to cover up.

F. Legal Arguments

The cruel and unusual punishment clause of the 8th Amendment was designed to protect prisoners. The Court found an 8th Amendment Violation when an officer repeatedly hit a prisoner even though the prisoner had immediately obeyed an order to lie face down on the floor, and was already being restrained by four other officers. Estate of Davis by Ostenfeld v Delo 115 F3d 1388 8th Cir 1997. The treatment a prisoner receives in prison and the conditions of confinement are subject to scrutiny under the 8th Amendment Helling v McKinney 509 U.S. 25 31 113 S ct 2475 2480 1993 when prison officials are placing prisoners in dangerous surroundings ...... When they are Deliberately Indifferent to a prisoners health and safety they violate the Constitution Quinones v Jimenez Nettleship 1st Cir 1988

F Legal Argument

Farmer v Brennan 511 U.S. 825 114 S.Ct 1970 128 L 2d 811 1994 holding a prison official is Deliberately indifferent when the official knows of & yet disregards an excessive risk to prisoners health and safety

Legal Argument

For Defendant officials to be held in violation of Plaintiff Due Process rights they must have first subjected him to an atypical and significant hardship in relation to the ordinary incidents of prison life Sandin v Conner U.S. Supreme Court 515 U.S 472 484 1995 as the standard of review set up by the High Court to determine if whether the State has created a liberty interest for its prisoners Plaintiff has been confined to a Segregation cell for 7 years and argues and maintains that if not for false and fabricated discipline infractions to keep the Plaintiff in a Segregation cell the Plaintiff sentence would not have been extended and the Plaintiff would have the benefits of population

G Pending Matter

The Plaintiff would ask that medical records dated 10 18 2000 11 9 2000 and 4 18 01 be exhibits although they are not part of the Plaintiff Complaint They show that defendants had a prior knowledge of abuse and didn't do anything to stop it.

There was a protective order signed by the late Justice Di Mitri in November 2000 and Justice Procaccini in 2003

I also ~~en~~ will have medical records as Exhibits for 6 14 2000 10 20 2000 and 12 7 2000

I cannot get copies of exhibit made and ran out of stickers

M. 17. Estimated Time of Trial

The Plaintiff is not an attorney but would estimate 5 days for the Plaintiff and whatever the Defendants Counsel needs for time.

The entire case should take 2 weeks