Ca No 04 380 T Lyons v Wall et al
Jury Instructions

A The Plaintiff asserts that defendants Violated the 8th Amendment Prohibition against cruel and unusual punishment by subjecting him to a constant barrage of physical assaults and excessive use of force against his person knowingly willfully and with malicious intent to cause physical harm as well as very severe pain and suffering
The Plaintiff injuries were never De Minimis
The defendants also showed a deliberate indifference to his injuries medical treatment and pain and suffering

B The Plaintiff must show there was an excessive use of force that was done knowingly willfully and with malicious intent to violate the 8th
The defendants knew of substantial risk of serious harm and failed to respond This constitutes Deliberate Indifference knee brace thrown away operations denied furloughs denied

Ca No 04 380T Lyons V A T Wall et al
Jury Instructions

A The Plaintiff asserts that the defendant officials Wall et al Violated the Plaintiffs Due Process rights under the 14th Amendment by subjecting him to an unfair and arbitrary disciplinary process calculated to cover up his abuse lengthen his sentence and keep the Plaintiff in Segregation for 7 consecutive years.
This was also done in retaliation when the Plaintiff attempted to expose his abuse to the Courts and Attorney's

B The Plaintiff must show his discipline infraction were unfair arbitrary and discretionary for a Due Process Violation.