United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 04 380T

Motion For Appointment Of Counsel

The Plaintiff once again is asking for appointment of Counsel for the following.
If the defendants legal Counsel puts the Plaintiff on the witness stand to testify how will the Plaintiff cross examine himself? How will the Plaintiff take notes while the defendants legal counsel question him?
How will the Plaintiff show himself and the jury exhibits on cross examination.
The Plaintiff asks you grant him counsel for obvious reasons. This is a trial and although a civil trial the Plaintiff is entitled to a fair and just trial.

Please grant the Plaintiff
Counsel,

respectfully submitted
Plaintiff Pro Se
[signature]
P.O. Box 8273
Cranston Rhode Island 02920

Certification

On April 12, 2007 the Plaintiff
mailed a copy of his Motion
for appointment of Counsel to the
defendants legal Counsel 40 Howard
Avenue Cranston Rhode Island 02920

Plaintiff Pro Se
[signature]
P.O. Box 8273
Cranston Rhode Island 02920