UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. No. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO
PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Now come the Defendants in the above-entitled matter and hereby object to the Plaintiff's motion for appointment of counsel, as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CLASSIFICATION

The undersigned hereby certifies that on this, the 27th day of April, 2007, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion for Appointment of Counsel and accompanying Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

/S/ Michael B. Grant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

V. C. A. No. 04-380 T

A. T. WALL, ET AL

MEMORANDUM

This is Plaintiff's fifth (5th) motion for appointment of counsel. This Honorable Court denied his previous motions on November 8, 2004, July 15, 2005, September 19, 2006 and March 21, 2007.

The basis for Plaintiff's latest motion is that as a pro se party, he will be unable to function at trial, in that he cannot cross-examine himself, and that he cannot take notes as he is questioned by Defendants' Counsel. Plaintiff's motion should be denied for the following reasons.

There is no constitutional right to appointment of counsel in a civil case. **Desrosier v. Moran**, 949 F.2d 15, 23 (1st Cir. 1991). This matter does not involve complex legal issues and the Plaintiff has clearly displayed an ability to prosecute his claims. Plaintiff, when testifying, will be given a full opportunity to explain any testimony he provides in accordance with the rules of evidence and the Federal Rules of Civil Procedure.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant, #3864
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920