UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. CA No. 04-380-T

A.T. WALL, et al.

**ORDER SUSTAINING IN PART AND DENYING IN PART PLAINTIFF'S APPEAL FROM MAGISTRATE JUDGE'S ORDER**

Plaintiff Oliver Lyons has filed an objection, pursuant to Fed. R. Civ. P. 72(a), to an Order signed by Magistrate Judge Hagopian on September 5, 2006, granting in part and denying in part Lyons's Motion to Compel Production of Documents. The defendants did not file a response to the appeal as required by L.R. Cv. 72(c)(3).

Lyons' objection is sustained, in part, and overruled, in part, and it is hereby Ordered that on or before May 15, 2007, the defendants shall provide all

(1) reports and/or video tapes regarding any incidents occurring on 10/18/2000, 4/18/2001, 11/3/2001, 12/17/2001, 8/28/2002, 12/30/2002, 6/11/2003, 8/14/2003, 8/19/2003, 2/26/2004, and 2/27/2004 that are the subject of plaintiff's allegations of assault.

(2) All medical records and/or photographs describing any medical treatment received by or showing any injuries sustained by the plaintiff and/or any of the defendants as a result of any such incidents.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge
Date: 5/9/07