# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CA04-380T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **OLIVER LYONS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the 4th day of **June, 2007 and each day thereafter until trial is complete**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: May 31, 2007.

David A. DiMarzio, Clerk

JURY TRIAL

***By*** ***Lucia Cristina Leyva - Deputy Clerk***