UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER S. LYONS

v. CA No. 04-380-T

A.T. WALL, ET AL.

**VERDICT FORM**

WE, THE JURY, FIND: (check one for each claim)

**Re: Claim of cruel and unusual punishment on 11/3/01**

For the Plaintiff, Oliver S. Lyons ________ For the Defendant, Robert Dennett ✓

If you find for the Plaintiff, state the amount of damages, if any:

$________________

**Re: Claim of cruel and unusual punishment on 12/30/02**

For the Plaintiff, Oliver S. Lyons ________ For the Defendant, Albenzio DiMezza ✓

If you find for the Plaintiff, state the amount of damages, if any:

$________________

**Re: Claim of cruel and unusual punishment on 6/11/03**

For the Plaintiff, Oliver S. Lyons ________ For the Defendant, Nicholas Violante ✓

If you find for the Plaintiff, state the amount of damages, if any, to be awarded:

$__________

**<u>Re: Claim of cruel and unusual punishment on 2/26/04</u>**

| | | | |
|---|---|---|---|
| For the Plaintiff, Oliver S. Lyons | ________ | For the Defendant, Albenzio DiMezza | ✓ |
| For the Plaintiff, Oliver S. Lyons | ________ | For the Defendant, Avelino Duarte | ✓ |
| For the Plaintiff, Oliver S. Lyons | ________ | For the Defendant, Nicholas Violante | ✓ |

If you find for the Plaintiff, state the amount of damages, if any, to be awarded against:

Albenzio DiMezza: $__________

Avelino Duarte: $__________

Nicholas Violante $__________

**<u>Re: Claim of cruel and unusual punishment on 2/27/04</u>**

| | | | |
|---|---|---|---|
| For the Plaintiff, Oliver S. Lyons | ________ | For the Defendant, Albenzio DiMezza | ✓ |

If you find for the Plaintiff, state the amount of damages, if any, to be awarded:

$__________

Signature of Foreperson: Date: