**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OLIVER LYONS

Plaintiff

vs. C.A. No. 04-380T

A.T. WALL, ET AL.

Defendants

# JUDGMENT

[ X ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

In accordance with the jury verdict and the granting in part of defendants' motion for judgment as a matter of law by Judge Ernest C. Torres, judgment hereby enters in favor of the defendants A.T. Wall, Arnold Anderson, Robert Dennett, Avelino Duarte, Albenzio DiMezza, III and Nicholas Violante and against the plaintiff Oliver Lyons.

Enter:

Deputy Clerk

Dated: June 18, 2007