# *UNITED STATES DISTRICT COURT*
*for the*
*District of Rhode Island*

***Case No. CA04-380T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **OLIVER LYONS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **4th** day of **June, 2007 and each day thereafter until trial is complete**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible] and return that [illegible] on the date and time [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: May 31, 2007.

David A. DiMarzio, Clerk

JURY TRIAL

***By*** ______________________
***Lucia Cristina Leyva - Deputy Clerk***