AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

OLIVER LYONS v. A.T. WALL, ET AL

EXHIBIT AND WITNESS LIST

CASE NUMBER: CA04-380T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Oliver Lyons, pro se | Michael Grant; Kathleen Kelly |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/30/2007, 5/31/07, 6/4/07, 6/5/07 | Debra D. Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/30/07 | | | W-1, Arnold Anderson, Jr. |
| 4A | | | X | | 11/3/01 Medical Record from Statcare Emergency |
| 4B | | | X | | 11/14/01 Medical Record - MRI |
| 20A | | 5/30/07 | X | FULL | Inmate Discipline History Report |
| 12F | | 5/30/07 | X | FULL | Report of Inspector Mallett dated 3/11/04 as to assault on 2/26/04 |
| 9C | | | X | | Use of Force Report dated 6/12/03 |
| 9E | | | X | | Discipline Infraction dated 6/10/03 |
| 9F | | | X | | Discipline Infraction dated 6/10/03 |
| 9G | | | X | | Discipline Infraction dated 6/10/03 |
| | | 5/30/07 | | | W-2, Oliver Lyons |
| 6A | | 5/30/07 | | FULL | DOC Health Services Report beginning 8/7/02 |
| 6B | | 5/30/07 | | FULL | 8/28/02 Consultation Report |
| 6C | | 5/30/07 | | FULL | 8/28/02 Interoffice Memo |
| 7A | | 5/30/07 | | FULL | DOC Log beginning 9/9/02 |
| 7B | | 5/30/07 | | FULL | 1/3/03 Consultation Report |
| 7D | | 5/30/07 | | FULL | 1/4/03 DOC Referral Sheet |
| | X | 5/30/07 | X | FULL | 11/10/03 DOC Inmate Request Form |
| | Y | 5/30/07 | X | FULL | 11/10/03 DOC Inmate Request Form |
| 7C | | 5/30/07 | | FULL | RI DOC Nursing Contact Notes beginning 1/8/03 |
| | | | | | May 31, 2007 - Day 2 |
| 23A | | 5/31/07 | | FULL | 12/17/01 Photograph - Oliver Lyons |
| 23B | | 5/31/01 | | FULL | 12/17/01 Photograph - Oliver Lyons |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

OLIVER LYONS V. A.T. WALL, ET AL

CASE NUMBER: CA04-380T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23C | | 5/31/07 | | FULL | 12/17/01 Photograph - Oliver Lyons |
| 23D | | 5/31/07 | | FULL | 12/17/01 Photograph - Oliver Lyons |
| 24A | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24B | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24C | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24D | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24E | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24F | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24G | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| 24H | | 5/31/07 | | FULL | 12/30/02 Photograph - Oliver Lyons |
| | | 5/31/07 | | | W-4, Robert Renshaw |
| 25 | | 5/31/07 | | FULL | 2/26/04 Videotape |
| 26 | | 5/31/07 | | FULL | 6/11/03 Videotape |
| | | 5/31/07 | | | W-1, Arnold Anderson, Jr. |
| | MM 7 | 5/31/07 | X | FULL | DOC Witness to Use of Force Statement by A. Anderson dated 8/28/02 |
| | MM 10 | 5/31/07 | X | FULL | Memo from A. Anderson to Deputy Warden Reynolds dated 8/28/02 |
| | MM 1 | 5/31/07 | X | FULL | DOC Use of Force Evaluation Report/Package Review date 8/29/02 re: Incident on 8/28/02 |
| | MM 2 | 5/31/07 | X | FULL | Checklist, Level One, Code Response |
| | MM 3 | 5/31/07 | X | FULL | Emergency Response Evaluation 8/28/02 |
| | MM 4 | 5/31/07 | X | FULL | HSC Report - Use of Force Report 8/28/02 by Lt. Getter |
| | MM 5 | 5/31/07 | | FULL | Use of Force Report by A. Duarte 8/28/02 |
| | MM 6 | 5/31/07 | | FULL | Use of Force Report by R. Dennett 8/28/02 |
| | MM 8 | 5/31/07 | | FULL | DOC Witness to Use of Force Statement by Officer Zannini 8/28/02 |
| | MM 9 | 5/31/07 | | FULL | Memo from R. Dennett to A. Anderson 8/28/02 |
| | MM 11 | 5/31/07 | | FULL | Memo from Lt. Getter to Deputy Warden Reynolds 8/28/02 |
| | MM 12 | 5/31/07 | | FULL | Memo from Officer Daniels to Lt. Getter 8/28/02 |
| | MM 13 | 5/31/07 | | FULL | Memo from Nurse Grejdus, R.N. to A. Anderson 8/29/02 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

OLIVER LYONS V. A.T. WALL, ET AL

CASE NUMBER: CA04-380T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | MM 14 | 5/31/07 | | FULL | Memo from Nurse Grejdus, R.N. to Lt. Getter 8/28/02 |
| | MM 15 | 5/31/07 | | FULL | Photocopy of discipline report re: O. Lyons - Date of infraction 8/28/02 |
| | MM 16 | 5/31/07 | | FULL | Memo from A. Duarte to Deputy Warden Reynolds 8/28/02 |
| | CCC<br>NN1 | 5/31/07 | X<br>X | <br>Full | DOC Memo dated 6/29/03<br>Use of Force Evaluation Report/Package re Incident 6/11/03 |
| | NN2 | 5/31/07 | | FULL | Memo from R. Patnaude to Deputy Warden Reynolds 6/11/03 |
| | NN3 | 5/31/07 | | FULL | Report of Force used concerning plaintiff by Lt.Yakey dated 6/11/03 |
| | NN4 | 5/31/07 | | FULL | Use of Force Report Form by Officer Renshaw 6/11/03 |
| | NN5 | 5/31/07 | | FULL | Use of Force Report Form by A. Duarte 6/11/03 |
| | NN6 | 5/31/07 | | FULL | Use of Force Report Form by Officer Souza 6/11/03 |
| | NN7 | 5/31/07 | | FULL | Use of Force Report Form by Officer Zannini 6/11/03 |
| | NN8 | 5/31/07 | | FULL | Use of Force Report Form by Officer Violante 6/11/03 |
| | NN9 | 5/31/07 | | FULL | Use of Force Report Form by Officer Mendez 6/11/03 |
| | NN 10 | 5/31/07 | | FULL | Witness Statement to Use of Force by Lt. Patnaude 6/11/03 |
| | NN 11 | 5/31/07 | | FULL | Cell Extraction equipment issuance High Security Tactical Room Form 6/11/03 |
| | NN 12 | 5/31/07 | | FULL | Memo from Officer Grejdus to A. Anderson 6/11/03 |
| | NN 13 | 5/31/07 | | FULL | ACI Disciplinary Report concerning O. Lyons date of infraction 6/10/03 |
| | NN 14 | 5/31/07 | | FULL | Memo from Officer Gannon to Deputy Warden Reynolds dated 6/12/03 |
| | NN 15 | 5/31/07 | | FULL | Memo from Officer Gannon to Deputy Warden Reynolds dated 6/12/03 |
| 8A | | 5/31/07 | X | FULL | Request from O. Lyons dated 3/15/03 |
| 13A | | | X | | DOC Interoffice Memo from C. Bailey to Cpt. Headen dated 11/5/04 |
| | | 5/31/07 | | | W-4, Robert Dennett |
| 4H | | | X | | Report of Force Used 11/3/01 by R. Dennett |
| | SS1 | 5/31/07 | | FULL | DOC Use of Force HSC Evaluation Report Package 11/15/01 |
| | SS2 | 5/31/07 | | FULL | Memo from R. Patnaude to Deputy Warden Reynolds 11/3/01 |
| | SS3 | 5/31/07 | | FULL | HSC Use of Force Report 11/3/01 by R. Patnaude |
| | SS4 | 5/31/07 | | FULL | Use of Force Report 11/3/01 by R. Patnaude |
| | SS5 | 5/31/07 | | FULL | Use of Force Report 11/3/01 by M. Tierney |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

OLIVER LYONS V. A.T. WALL, ET AL CASE NUMBER: CA04-380T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | SS6 | 5/31/07 | | FULL | Use of Force Report 11/3/01 by R. Dennett |
| | SS7 | 5/31/07 | | FULL | Use of Force Witness Statement 11/3/01 by R. Tapley |
| | SS8 | 5/31/07 | | FULL | Memo from M. Grejdus to Lt. Patnaude 11/3/01 |
| | SS9 | 5/31/07 | | FULL | Memo from C. Hickey to Lt. Patnaude 11/4/01 |
| | SS 10 | 5/31/07 | | FULL | ACI Disciplinary Report Infraction date 11/03/01 |
| | | 5/31/07 | | | W-5, Avelino Duarte |
| 27 | | 5/31/07 | | FULL | Statcare Medical Records for O. Lyons for visit 11/3/01 |
| 28 | | 5/31/07 | | FULL | Statcare Medical Records for O. Lyons for visit 11/4/01 |
| 29 | | 5/31/07 | | FULL | Statcare Medical Records for O. Lyons for visit 12/17/01 |
| | | 5/31/07 | | | W-6, Albenzio DiMezza, III |
| 7E | | 5/31/07 | X | FULL | Inmate Copy of Booking Sheet dated 12/30/02 |
| 18A | | | X | | DOC High Security Center Rules and Regulations |
| 30A | | 5/31/07 | X | FULL | 12/30/02 Photograph - A. DiMezza |
| 30B | | 5/31/07 | X | FULL | 12/30/02 Photograph - A. DiMezza |
| 30C | | 5/31/07 | X | FULL | 12/30/02 Photograph - A. DiMezza |
| 30D | | 5/31/07 | X | FULL | 12/30/02 Photograph - A. DiMezza |
| | | 5/31/07 | | | W-7, Nicholas Violante |
| 12D | | | X | | Discipline Infraction Report dated 2/26/04 |
| | | 5/31/07 | | | W-8, Paul Leduc |
| | PP3 | | X | | 12/17/01 Interoffice memo from P. Leduc to Lt. Yakey |
| | | 5/31/07 | | | W-9, Thomas Pierce |
| 9A | | 5/31/07 | X | FULL | Medical Record 6/11/03 |
| 9B | | 5/31/07 | X | FULL | Medical Record 6/11/03 |
| 12E | | 5/31/07 | | FULL | 2/26/04 Use of Force Report |
| | | | | | June 4, 2007 - Day 3 |
| | | 6/4/07 | | | W-6, Albenzio DiMezza, III |
| | | 6/4/07 | | | W-7, Nicholas Violante |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

OLIVER LYONS V. A.T. WALL, ET AL

CASE NUMBER: CA04-380T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/4/07 | | | W-10, Dale Fogarty |
| | | 6/4/07 | | | W-11, Barbara E. Headen |
| | | 6/4/07 | | | W-12, John F. Lopez, III |
| | | 6/4/07 | | | W-13, James Weeden |
| | DDD | 6/4/07 | X | FULL | DOC High Security Center Use of Force Evaluation Report/Package reviewed 3/1/04 |
| | OO1 | 6/4/07 | X | FULL | DOC Use of Force HSC Center Evaluation Report/Package. Date Reviewed 3/1/04 by Deputy Warden Reynolds |
| | OO2 | 6/4/07 | X | FULL | Assault on Correctional Employee by Inmate Form concerning Officer Dimezza and Oliver Lyons as to assault on 2/27/04 |
| | OO3 | 6/4/07 | X | FULL | Memo from Capt. Anderson to Deputy Warden Reynolds 2/27/04 |
| | OO4 | 6/4/07 | X | FULL | Memo from Capt. Headen to Deputy Warden Reynolds 2/27/04 |
| | OO5 | 6/4/07 | X | FULL | HSC Report of Force Used Form 2/27/04 concerning Oliver Lyons completed by Capt. Anderson |
| | OO6 | 6/4/07 | X | FULL | Report of Force Used Form by Officer Trindade 2/27/04 |
| | OO7 | 6/4/07 | X | FULL | Report of Force Used Form by Officer Leduc 2/27/04 |
| | OO8 | 6/4/07 | X | FULL | Report of Force Used Form by Officer Dimezza 2/27/04 |
| | OO 9 | 6/4/07 | X | FULL | Memo from Officer Dimezza to Deputy Warden Reynolds 2/27/04 |
| | OO 10 | 6/4/07 | X | FULL | Memo from Officer Leduc to Capt. Headen 2/27/04 |
| | OO 11 | 6/4/07 | X | FULL | Memo from Officer Trindade to Capt. Anderson 2/27/04 |
| | OO 12 | 6/4/07 | X | FULL | Memo from Officer Dennett to Deputy Warden Reynolds 2/27/04 |
| | OO 13 | 6/4/07 | X | FULL | Memo from Officer Leduc to Capt. Headen 2/27/04 |
| | OO 14 | 6/4/07 | X | FULL | Memo from Dale Fogarty to Capt. Headen 2/27/04 |
| | OO 15 | 6/4/07 | X | FULL | Memo from R. Ford (?), R.N. for Leduc to Capt. Headen |
| | OO 16 | 6/4/07 | X | FULL | ACI Disciplinary Report concerning the Plaintiff's date of infration 2/27/04 |
| | | 6/4/07 | | | W-14, Pauline Marcussen |
| | B | 6/4/07 | X | FULL | Photocopy - Physician Contact Notes with entries on 11/5/01 |
| | D | 6/4/07 | X | FULL | Photocopy - Physician Contact Notes with entries on 6/12/03 and 6/13/03 |
| | E | 6/4/07 | X | FULL | Photocopy - Physician Contact Notes with entries on 2/26/04 |
| | G | 6/4/07 | X | FULL | Photocopy - Nursing Contact Notes with entries on 12/18/01 and 12/21/01 |
| | I | 6/4/07 | X | FULL | Photocopy - Nursing Contact Notes with entries on 12/30/02 and 12/31/02 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

OLIVER LYONS V. A.T. WALL, ET AL

CASE NUMBER: CA04-380T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | J | 6/4/07 | X | FULL | Photocopy - Nursing Contact Notes with entries on 5/16/03 and 5/17/03 |
| | K | 6/4/07 | X | FULL | Photocopy - Nursing Contact Notes with entries on 6/11/03, 6/12/03, 6/13/03, 6/20/03, 6/25/03, 6/26/03 and 6/28/03 |
| | L | 6/4/07 | X | FULL | Photocopy - Nursing Contact Notes with entries on 2/27/04 and 2/28/04 |
| | M | 6/4/07 | X | FULL | Photocopy - DOC Consultation Report dated 11/3/01 |
| | P | 6/4/07 | X | FULL | Photocopy - DOC Referral Form. Date of referral: 9/17/02 |
| | Q | 6/4/07 | X | FULL | Photocopy - DOC Referral Form. Date of referral: 1/4/03 |
| | R | 6/4/07 | X | FULL | Photocopy - DOC Referral Form. Date of referral:1/17/03 |
| | EEE | 6/4/07 | X | FULL | Photocopy - Physician Contact Notes with entries from 2/27/04 - 3/5/04 |
| | FFF | 6/4/07 | X | FULL | Photocopy - Nursing Contact Notes with entries from 9/9/02 - 12/30/02 |
| | | 6/4/07 | | | W-1, Arnold Anderson |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |