United States District Court
For The District Of Rhode Island

Oliver Lyon Ca No 04 380T
v
A T Wall Etal

Notice Of Appeal

The Plaintiff in the above entitled matter gives notice that he wants to Appeal Ca No 04 380T
The Plaintiff was granted "in forma pauperis" status when he filed his Complaint and submits inmate account statements showing the Plaintiff is now more indigent than when he filed Complaint Ca No 04 380T

Plaintiff Pro Se
6 18 07 Oliver Lyon
P. O. Box 8273
Cranston Rhode Island

Certification

The Plaintiff mailed notice of his request for Appeal to defendants legal Counsel 40 Howard Avenue Cranston Rhode Island 02920