United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 04 380T

Plaintiff's Motion For Transcripts

The Plaintiff requests the entire transcripts of Trial 04 380T before Justice Torres and impanelment and pre trial conference before Justice Lovegreen.

The Plaintiff submits inmate account statements showing he is indigent and must file "informa pauperis" for his transcripts.

Plaintiff Pro Se
6 10 07 Oliver Lyons
P.O. Box 8273
Cranston RI 02920

Certification

The Plaintiff mailed a copy of the above motion to the defendants legal Counsel at 40 Howard Cranston RI 02920

Plaintiff
6 10 07 Oliver Lyons