UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

DEFENDANTS' OBJECTION TO PLAINTIFF'S "MOTION FOR TRANSCRIPT"

Now come the Defendants in the above-entitled matter and hereby object to Plaintiff's "motion for transcript" as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 22ND day of June, 2007, I mailed a true copy of the within Defendants' Objection to Plaintiff's Motion For Transcript and accompanying Memorandum to Oliver Lyons, P. O. Box 8273, Cranston, R. I. 02920.

/s/ Michael B. Grant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

OLIVER LYONS

v. C. A. NO. 04-380 T

A. T. WALL, ET AL

MEMORANDUM

Plaintiff has moved this Honorable Court requesting an entire transcript of the trial by jury held in this matter earlier this month before United States Senior District Judge Ernest C. Torres. Plaintiff also seeks a transcript of the jury empanelment and the pre-trial conference held before United States Magistrate Judge Robert W. Lovegreen. Plaintiff, in support of his motion indicates that he appended a statement from the Department of Corrections Inmate Accounts office showing he is indigent. Defendants urge that the Plaintiff's motion is premature and should be denied based on the following grounds.

Local Rule 24 of the United States District Court for the District of Rhode Island governs proceedings in forma pauperis. Local Rule 24(a)(1) states that "a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that: (A) shows in the detail prescribed by form 4 of the appendix of forms, the party's inability to pay or to give security for fees and cost; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal."

Plaintiff seeks a transcript at no cost, based on his inability to afford the same; however, he has not been granted in forma pauperis status nor filed the proper motion seeking said status.

In the event this Honorable Court treats the instant motion as one seeking in forma pauperis status, Defendants argue that Plaintiff has failed to address and demonstrate to the Court entitlement to the same. Plaintiff in his motion does not press any argument or claim relative to an entitlement to redress nor does he state the issues he intends to present on appeal.

Accordingly, Plaintiff's" motion for a transcript" must be denied as he has not been granted leave by this Honorable Court to proceed in forma pauperis.

Respectfully submitted,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864