United States District Court
For The District Of Rhode Island

Oliver Lyons
v
A T Wall Etal

Ca No 04 380T

Notice Of Appeal

The Plaintiff gives notice to the Court and defendants that he will Appeal his law suit 04 380T before Justice Torres
The Plaintiff also enclosed Affidavits in support of Appeal and inmate account statements showing he is indigent

Plaintiff Pro Se
June 22, 07 Oliver Lyons
P.O Box 8273
Cranston Rhode Island 02920

Certification
The Plaintiff mailed a hand written copy of his Motion and Notice of Appeal to the defendant Counsel

Plaintiff
June 22, 07 Oliver Lyons