1

# Affidavit

I the undersigned clearly attest under Penalty of perjury that the following facts are true and correct to the best of my knowledge and belief.

The Plaintiff filed his law suit "informa pauperis" 04 380T and is still indigent and without any funds whatsoever. The Plaintiff's enclosed his inmate account statements for the last six months.

Plaintiff Pro Se
June 22, 07 Oliver Lyons
P.O. Box 8273
Cranston Rhode Island

Sworn and subscribed to before me on this day of June 2007

D.O.C. Officials refuse to have a Notary sign and stamp