United States District Court
For The District Of Rhode Island

Oliver Lyons
v
AT Wall Etal

Motion For Transcripts of Trial Jury imponelment and Pre Trial Conference

The Plaintiff's in the above entitled matter would ask the Court to give the Plaintiff the entire Transcripts of his Trial Jury imponelment and Pre Trial Conference

The Plaintiff is indigent and submits Affidavits and inmate account statements for the last six months in support of his Motion

June 22, 07

Plaintiff Pro Se
Oliver Lyons
P.O. Box 8273
Cranston Rhode Island
02920

Certification

The Plaintiff mailed a hand written copy of his Motion For Transcripts to the defendant Legal Counsel at 40 Howard Avenue Cranston Rhode Island 02920

Plaintiff Pro Se

June 22, 07

Oliver Lyons
P.O. Box 8273
Cranston Rhode Island 02920