Affidavit

I the undersigned clearly attest under penalty of perjury that the facts alleged in this Affidavit are true and correct to the best of my knowledge and belief.

On the June 10, 2007 the Plaintiff in law suit Case No 04 380T filed a Notice of Appeal of his case 04 380T and Motion for the Plaintiffs' entire Transcripts trial, jury imponelment and Pretrial Conference before Mr Justice Lovegreen and Presiding Justice Torres at my trial be the United States District Court and have not had any response from the Court.

The Plaintiff is entitled to his entire transcripts of his trial and an Appeal of his law suit. The Plaintiff law suit 05 433 ML before the 1st circuit Court in Boston Mass was denied because mail was tampered with and the Plaintiff found in default.

Mr. Justice Torres is well aware that retaliation like tampering with a Plaintiff's mail and other documents is done to have a Plaintiff's Appeal denied by default.
The Plaintiff has asked that this Affidavit be notarized and was denied by D-OC officials many many times.

Plaintiff
June 22, 07 Oliver S Lyons
P. O. Box 8273
Cranston Rhode Island 02920

Sworn and subscribed to before me on this day of June 2007

Notary Public
Refused to have any Notary sign despite the Plaintiff's many many requests
June 22, 07 Oliver Lyons
Plaintiff Pro Se
P.O. Box 8273
Cranston Rhode Island 02920