UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 20, 2007

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: ***CA04-380T OLIVER LYONS v. A.T. WALL, ET AL.***

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: *Lucia Cristina Leyva*
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Letter; Appeal Cover Sheet; Notices of Appeal; Cert. Of Clerk; Complete Case File (2 Volumes); Cert. Copy of Docket.